UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 28  2 50 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

------------------------------------X
NORMAN C. BLOOM,
    *Plaintiff,*

    v.                                                    3:02CV907(PCD)

MICHAEL A. DOUGLAS,
    *Defendant.*
------------------------------------X
MICHAEL A. DOUGLAS,
    *Third-Party Plaintiff,*

    v.                                                    October 27, 2003

NORMAN C. BLOOM, NORMAN R.
BLOOM REVOCABLE TRUST,
NORMAN R. BLOOM FAMILY SPRAY
TRUST, and NORMAN R. BLOOM
IRREVOCABLE INSURANCE TRUST
    *Third-Party Defendants.*
------------------------------------X

**MOTION ON CONSENT FOR MODIFICATION OF THIS COURT'S
SCHEDULING ORDER WITH RESPECT TO DISPOSITIVE MOTIONS**

NOW COME plaintiff/third-party defendants Norman C. Bloom, Norman R. Bloom Revocable Trust, Norman R. Bloom Family Spray Trust, and Norman R. Bloom Irrevocable Trust, and defendant/third-party plaintiff Michael A. Douglas, and move this Court for a revised Scheduling Order, and state in support of same as follows:

1. That the undersigned has spoken with George R. Ciampa, Esq., counsel for defendant/third-party plaintiff Michael A. Douglas, who consents to plaintiff/third-party defendants Norman C. Bloom, Norman R. Bloom Revocable Trust, Norman R. Bloom Family Spray Trust, and Norman R. Bloom Irrevocable Trust's application for an extension of the following discovery dates, i.e.,

[Handwritten margin note: October 30, 2003. The casual effort evidenced in scheduling Mr. Douglas' deposition, does not comport with the reasonable requirement of trying this 1½ year old case to trial. Telly, his unavailability by 14 November 20, or 29 is not apparent. The motion will be granted in part. Deposition of motions will be filed complaint with the supplemental order on or before December 5, 2003.]