UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 30  4 10 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

-----------------------------------------------------X

NORMAN C. BLOOM,
    *Plaintiff*

    v.

MICHAEL A. DOUGLAS,
    *Defendant.*

-----------------------------------------------------X

MICHAEL A. DOUGLAS,
    *Third-Party Plaintiff*

    v.

NORMAN C. BLOOM, NORMAN R.
BLOOM REVOCABLE TRUST,
NORMAN R. BLOOM FAMILY SPRAY
TRUST and NORMAN R. BLOOM
IRREVOCABLE INSURANCE TRUST,
    *Third-Party Defendants*

-----------------------------------------------------X

3:02-CV-907 (PCD)

OCTOBER 28, 2003

## DEFENDANT/THIRD-PARTY PLAINTIFF'S CERTIFICATION IN COMPLIANCE WITH SUPPLEMENTAL ORDER RE: RULE 37(a)(2)(B) MOTION

In accordance with the supplemental order on motion filing procedure before judge Dorsey, I certify that on this 28th day of October, 2003, I mailed to

Frederick A. Lovejoy, Esq.
Lovejoy & Associates
276 Center Road
Easton, CT 06612
*(Attorney for plaintiff and third-party defendants)*

102-C:\drs\Michael.Douglas v. Norman Bloom\Cert.compl re supp.order.Rule.37.a.2.B.10.27.03

the following:

    (a)    defendant's original proposed Rule 37(a)(2)(B) motion for an order compelling the plaintiff's attendance at a deposition upon oral examination;

    (b)    defendant's counsel's original affidavit in accordance with D.Conn.L.Civ.R. 9(b);

    (c)    defendant's bill of costs; and

    (d)    a copy of this certification.

MICHAEL A. DOUGLAS,
DEFENDANT/THIRD-PARTY PLAINTIFF

By: *[signature]*
George R. Ciampa (ct03551)
SLAVITT, CONNERY & VARDAMIS
His Attorneys
618 West Avenue
Norwalk, CT 06850
(203) 838-7555
(203) 866-9724 (telefax)