UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 13  1 54 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

-------------------------------------------------------X
NORMAN C. BLOOM,
    *Plaintiff*

3:02-CV-907 (PCD)

v.

MICHAEL A. DOUGLAS,
    *Defendant.*
-------------------------------------------------------X
MICHAEL A. DOUGLAS,
    *Third-Party Plaintiff*

v.

NORMAN C. BLOOM, NORMAN R.
BLOOM REVOCABLE TRUST,
NORMAN R. BLOOM FAMILY SPRAY
TRUST and NORMAN R. BLOOM
IRREVOCABLE INSURANCE TRUST,    NOVEMBER 11, 2003
    *Third-Party Defendants*
-------------------------------------------------------X

### DEFENDANT/THIRD-PARTY PLAINTIFF'S CERTIFICATION IN COMPLIANCE WITH SUPPLEMENTAL ORDER RE: RULE 37(a)(2)(B) MOTION

In accordance with the supplemental order on motion filing procedure before judge Dorsey, I certify that on this 11th day of November, 2003, I mailed to

Frederick A. Lovejoy, Esq.
Lovejoy & Associates
276 Center Road
Easton, CT 06612
*(Attorney for plaintiff and third-party defendants)*

102-C:\Gre\Michael.Douglas v Norman Bloom\Cert.compl re.SB depo.11 3.03

the following:

(a) defendant's original proposed Rule 37(a)(2)(B) motion for an order compelling the attendance of Stephen Bloom at a deposition upon oral examination;

(b) defendant's counsel's original affidavit in accordance with D.Conn.L.Civ.R. 9(b);

(c) defendant's original bill of costs; and

(d) a copy of this certification.

MICHAEL A. DOUGLAS,
DEFENDANT/THIRD-PARTY PLAINTIFF

By: *[signature]*
George R. Ciampa (ct03551)
SLAVITT, CONNERY & VARDAMIS
His Attorneys
618 West Avenue
Norwalk, CT 06850
(203) 838-7555
(203) 866-9724 (telefax)

102-C:\Ore\Michael Douglas v. Norman Bloom\Cert.compl.re.SB.depo.11.3.03