UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Dec 8  3 25 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

------------------------------------------------X
NORMAN C. BLOOM,
    *Plaintiff*

    v.                                    3:02-CV-907 (PCD)

MICHAEL A. DOUGLAS,
    *Defendant.*
------------------------------------------------X
MICHAEL A. DOUGLAS,
    *Third-Party Plaintiff*

    v.

NORMAN C. BLOOM, NORMAN R.
BLOOM REVOCABLE TRUST,
NORMAN R. BLOOM FAMILY SPRAY
TRUST and NORMAN R. BLOOM
IRREVOCABLE INSURANCE TRUST,
    *Third-Party Defendants*
------------------------------------------------X    OCTOBER 28, 2003

**DEFENDANT/THIRD-PARTY PLAINTIFF'S RULE 37(a)(2)(B)
MOTION FOR ORDER COMPELLING THE PLAINTIFF'S
ATTENDANCE AT A DEPOSITION UPON ORAL EXAMINATION**

1.    Mr. Douglas has repeatedly noticed the deposition of Norman C. Bloom: first for April 15, 2003, then for May 7, 2003, and again for August 8, 2003. Each change was requested by Mr. Bloom's attorney, Frederick A. Lovejoy.

2.    At the request of Mr. Lovejoy, Mr. Douglas agreed to another change in the date of the deposition, this time for August 7, 2003.

3. The examination, whenever conducted, was to have focused on documents requested under Fed.R.Civ.P. 34 on February 25, 2003 and on March 28, 2003. These documents have never been produced and are the subject of Mr. Douglas' pending motion for an order compelling disclosure. Rule 37(a)(2)(B).

4. Through his attorney, Mr. Bloom's response to each of Mr. Douglas' reminders was that the documents would be produced shortly. In reliance on these assurances, and mindful of the discovery deposition deadline under the revised scheduling order, the date for Mr. Bloom's deposition was not changed.

5. Not until a few days before August 7, 2003 was it apparent that responses from Mr. Bloom which complied with his obligation under Rule 34 would not be served in time to review them and to use them on August 7. So, Mr. Douglas canceled the August 7 deposition.

6. Once the Rule 37 motion has been decided by the court, and after Mr. Douglas' receipt of all additional responses which may be ordered, it is Mr. Douglas' intent to re-notice Mr. Bloom's deposition. Through his attorney, Mr. Bloom has, however, now refused to be deposed.

7. Through his attorneys, Mr. Douglas has conferred with the attorney for Mr. Bloom in an effort to arrive at a mutually satisfactory resolution. An affidavit of one of Mr. Douglas' counsel, pursuant to D.Conn.L.Civ.R. 9(d)2, is attached to this motion as Exhibit A.

8. This motion involves no disputed issues of law and is, therefore, not accompanied by a written memorandum of law.

**WHEREFORE**, the defendant prays:

(a) That an order issue to the plaintiff, compelling his attendance at a deposition to be conducted by the defendant/third-party plaintiff;

(b) That this order require the deposition to occur within a reasonable period of time after Mr. Douglas' receipt of all disclosures Mr. Bloom shall be ordered to make as a result of Mr. Douglas' August 8, 2003 Rule 37 motion;

(c) That the deadline established by the case management order be enlarged, day-for-day, until the production of the requested documents has occurred and a reasonable time thereafter has lapsed within which the documents can be reviewed and the deposition of Norman C. Bloom can be taken; and

(d) That the plaintiff be required to pay to the defendant/third-party plaintiff his reasonable expenses in making this motion, including attorney's fees.

MICHAEL A. DOUGLAS,
DEFENDANT/THIRD-PARTY PLAINTIFF

By: _____
Robert A. Slavitt (ct06901)
SLAVITT, CONNERY & VARDAMIS
His Attorneys
618 West Avenue
Norwalk, CT 06850
(203) 838-7555
(203) 866-9724 (telefax)

## CERTIFICATE OF SERVICE

This is to certify that I have this day mailed a copy of the foregoing Defendant/Third-Party Plaintiff's Rule 37(a)(2)(B) Motion for Order Compelling the Plaintiff's Attendance at a Deposition Upon Oral Examination, postage prepaid, first class regular mail, to the following counsel of record:

Frederick A. Lovejoy, Esq.
Lovejoy & Associates
276 Center Road
Easton, CT 06612
*(Attorney for plaintiff and third-party defendants)*

Date:   October 28, 2003

_____
George R. Ciampa