UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Dec 8  3 25 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

-----------------------------------------------------------X
NORMAN C. BLOOM,
    *Plaintiff*

    v.                                    3:02-CV-907 (PCD)

MICHAEL A. DOUGLAS,
    *Defendant.*
-----------------------------------------------------------X
MICHAEL A. DOUGLAS,
    *Third-Party Plaintiff*

    v.

NORMAN C. BLOOM, NORMAN R.
BLOOM REVOCABLE TRUST,
NORMAN R. BLOOM FAMILY SPRAY
TRUST and NORMAN R. BLOOM
IRREVOCABLE INSURANCE TRUST,
    *Third-Party Defendants*
-----------------------------------------------------------X   OCTOBER 28, 2003

STATE OF CONNECTICUT)
                     ) SS: NORWALK
COUNTY OF FAIRFIELD )

### DEFENDANT/THIRD PARTY PLAINTIFF'S COUNSEL'S LOCAL RULE 9(b) AFFIDAVIT

1.     I am one of the attorneys for Michael A. Douglas in this litigation.

2.  Through telephone conferences, and one meeting, I have conferred with the attorney for Norman C. Bloom in a good faith effort to arrive at a mutually satisfactory resolution of the issues arising from Mr. Douglas' notice of the deposition of Norman C. Bloom. Counsel were unable to agree.

*George R. Ciampa*
_____
George R. Ciampa

Subscribed and sworn to before me this 2 day of Dec., 2003.

_____
Commissioner of the Superior Court
~~Notary Public~~
~~My Commission Expires~~:

2

## CERTIFICATE OF SERVICE

This is to certify that I have this day mailed a copy of the foregoing Defendant/Third-Party Plaintiff's Counsel's Local Rule 9(b) Affidavit, postage prepaid, first class regular mail, to the following counsel of record:

Frederick A. Lovejoy, Esq.
Lovejoy & Associates
276 Center Road
Easton, CT 06612
*(Attorney for plaintiff and third-party defendants)*

Date:  October 28, 2003

George R. Ciampa