UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------X
NORMAN C. BLOOM,
    *Plaintiff,*

    v.

MICHAEL A. DOUGLAS,
    *Defendant.*
------------------------------------X
MICHAEL A. DOUGLAS,
    *Third-Party Plaintiff,*

    v.

NORMAN R. BLOOM REVOCABLE TRUST,
NORMAN R. BLOOM FAMILY SPRAY
TRUST, and NORMAN R. BLOOM
IRREVOCABLE INSURANCE TRUST
    *Third-Party Defendants.*
------------------------------------X

3:02CV907(PCD)

December 5, 2003

FILED
DEC 9  2 40 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN

PLAINTIFF NORMAN C. BLOOM AND THIRD-PARTY DEFENDANTS
NORMAN R. BLOOM REVOCABLE TRUST, NORMAN R. BLOOM FAMILY
SPRAY TRUST, AND NORMAN R. BLOOM IRREVOCABLE
INSURANCE TRUST'S CERTIFICATION IN COMPLIANCE WITH
THE HONORABLE PETER C. DORSEY'S SUPPLEMENTAL ORDER
<u>RE: MOTION FOR SUMMARY JUDGMENT</u>

In accordance with Judge Peter C. Dorsey's supplemental order on motion filing procedure,

I certify that on this 5th day of December, 2003, I mailed to

George R. Ciampa, Esq.
Slavitt, Connery & Vardamis
618 West Avenue
Norwalk, Connecticut 06850
*(Attorney for defendant/third-party plaintiff)*

the following:

1)   Plaintiff Norman C. Bloom and third-party defendant Norman R. Bloom Revocable Trust, Norman R. Bloom Family Spray Trust, and Norman R. Bloom Irrevocable Insurance Trust's Motion for Summary Judgment,

2)   Plaintiff Norman C. Bloom and third-party defendant Norman R. Bloom Revocable Trust, Norman R. Bloom Family Spray Trust, and Norman R. Bloom Irrevocable Insurance Trust's Memorandum of Law

3)   Plaintiff Norman C. Bloom and third-party defendant Norman R. Bloom Revocable Trust, Norman R. Bloom Family Spray Trust, and Norman R. Bloom Irrevocable Insurance Trust's Local Civil Rule 9(c)(1) Statement,

4)   The 28 U.S.C. SEC. 1746 Statement of Norman C. Bloom,

5)   The 28 U.S.C. SEC. 1746 Statement of Deborah Bloom, and

6)   The 28 U.S.C. SEC. 1746 Statement of Mark Errico.

Dated: Easton, Connecticut
December 5, 2003

LOVEJOY & ASSOCIATES
Attorneys for Plaintiff Norman C. Bloom and
Third-Party Defendants Norman R. Bloom
Revocable Trust, Norman R. Bloom Family Spray
Trust, and Norman R. Bloom Irrevocable Insurance
Trust


By: _____
Frederick A. Lovejoy (CT 03121)
276 Center Road
P.O. Box 56
Easton, Connecticut 06612
(203) 459-9941
(203) 459-9943 (telefax)

DoulgasCompliance.doc

## CERTIFICATION

This is to certify that a copy of the attached was telefaxed and mailed on December 5, 2003, postage prepaid, to:

George R. Ciampa, Esq.
Slavitt, Connery & Vardarmis
618 West Avenue
Norwalk, Connecticut 06850
(203) 866-9724

_____
FREDERICK A. LOVEJOY

3