UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Dec 15   2 32 PM '03

U.S DISTRICT COURT
NEW HAVEN, CONN.

```
------------------------------------------------------------X
NORMAN C. BLOOM,
        Plaintiff

                                                    3:02-CV-907 (PCD)

        v.

MICHAEL A. DOUGLAS,
        Defendant.
------------------------------------------------------------X
MICHAEL A. DOUGLAS,
        Third-Party Plaintiff

        v.

NORMAN C. BLOOM, NORMAN R.
BLOOM REVOCABLE TRUST,
NORMAN R. BLOOM FAMILY SPRAY
TRUST and NORMAN R. BLOOM
IRREVOCABLE INSURANCE TRUST,
        Third-Party Defendants
------------------------------------------------------------X    NOVEMBER 11, 2003
```

## DEFENDANT/THIRD-PARTY PLAINTIFF'S RULE 37(a)(2)(B) MOTION FOR ORDER COMPELLING THE ATTENDANCE OF MARK ERRICO AT A DEPOSITION UPON ORAL EXAMINATION

1.      Upon information and belief, Mark Errico is a long-time employee of plaintiff and third-party defendant Norman C. Bloom.

2.      On March 12, 2003, Mr. Douglas' attorneys mailed to Norman C. Bloom's attorney, Frederick A. Lovejoy, a notice of the deposition of Mark Errico, to be taken on April 9, 2003.

3.    On March 13, 2003, a subpoena for the April 9 deposition was served in hand on Stephen Bloom, and the appropriate fees tendered to him.

4.    Mr. Lovejoy then telephoned the attorney for Mr. Douglas to ask, in behalf of Mark Errico, that the deposition be re-scheduled to August 5, 2003.

5.    On July 29, 2003, a re-notice of Mark Errico's deposition, now to be conducted on August 5, was mailed to Mark Errico and to Mr. Lovejoy.

6.    Later that same day, July 29, Mr. Lovejoy requested of Mr. Douglas' counsel, in behalf of the deponent, that Mr. Errico's deposition be changed to a date during the week of August 11, to be chosen by the deponent in consultation with Mr. Lovejoy.  Counsel memorialized their agreement to that change by letter dated July 29.

7.    In mid-August, in response to Mr. Douglas' counsel's inquiry, Mr. Lovejoy said he had no authority to propose dates convenient to Mark Errico.

8.    On August 19, 2003, counsel for Mr. Douglas wrote directly to Mark Errico, asking him to contact Douglas' counsel to discuss convenient deposition dates.  There has never been any response.

9.    The attorney for Mr. Douglas has conferred with the attorney for Mr. Bloom in an effort to arrive at a mutually satisfactory resolution.  An affidavit of one of Mr. Douglas' counsel, pursuant to D.Conn.L.Civ.R. 9(d)2, is attached to this motion.

10.    This motion involves no disputed issues of law and is, therefore, not accompanied by a written memorandum of law.

**WHEREFORE,** the defendant prays:

(a)    That an order issue to the plaintiff, compelling the attendance of his employee Mark Errico, at a deposition to be conducted by the defendant/third-party plaintiff on a date convenient to Mr. Douglas;

(b)    Or, in the alternative to (a), that a capias issue for Mr. Mark Errico's compulsory attendance at his own deposition;

(c)    That the deadline established by the case management order be enlarged, day-for-day, so as to allow reasonable time after the issuance of the order prayed for in (a), or after the issuance of the capias prayed for in (b), for the conduct of Mark Errico's deposition; and

(d)    That the plaintiff be required to pay to the defendant/third-party plaintiff his reasonable expenses in making this motion, including attorney's fees.

MICHAEL A. DOUGLAS,
DEFENDANT/THIRD-PARTY PLAINTIFF

By: _____
Robert A. Slavitt (ct06901)
SLAVITT, CONNERY & VARDAMIS
His Attorneys
618 West Avenue
Norwalk, CT 06850
(203) 838-7555
(203) 866-9724 (telefax)

## CERTIFICATE OF SERVICE

This is to certify that I have this day mailed the original of the foregoing Defendant/Third-Party Plaintiff's Rule 37(a)(2)(B) Motion for Order Compelling the Attendance of Mark Errico at a Deposition Upon Oral Examination, postage prepaid, first class regular mail, to the following counsel of record:

Frederick A. Lovejoy, Esq.
Lovejoy & Associates
276 Center Road
Easton, CT 06612
*(Attorney for plaintiff and third-party defendants)*


Date:  November 11, 2003                    _George R. Ciampa_
                                            George R. Ciampa