UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Dec 15  2 52 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

-------------------------------------------------------X
NORMAN C. BLOOM,
    *Plaintiff*

    v.

                                                    3:02-CV-907 (PCD)

MICHAEL A. DOUGLAS,
    *Defendant.*
-------------------------------------------------------X
MICHAEL A. DOUGLAS,
    *Third-Party Plaintiff*

    v.

NORMAN C. BLOOM, NORMAN R.
BLOOM REVOCABLE TRUST,
NORMAN R. BLOOM FAMILY SPRAY
TRUST and NORMAN R. BLOOM
IRREVOCABLE INSURANCE TRUST,
    *Third-Party Defendants*
-------------------------------------------------------X   NOVEMBER 11, 2003

STATE OF CONNECTICUT)
                    ) ss: NORWALK
COUNTY OF FAIRFIELD )

### DEFENDANT/THIRD PARTY PLAINTIFF'S COUNSEL'S LOCAL RULE 9(b) AFFIDAVIT IN SUPPORT OF MOTION FOR ORDER COMPELLING THE ATTENDANCE OF MARK ERRICO AT A DEPOSITION UPON ORAL EXAMINATION

1.    I am one of the attorneys for Michael A. Douglas in this litigation.

102-C:\Ord\Michael.Douglas v. Norman.bloom\Affidavit re local rule.9.b.10.27.03

2.  Through telephone conferences and written correspondence, I have conferred with the attorney for Norman C. Bloom in a good faith effort to arrive at a mutually satisfactory resolution of the issues arising from Mr. Douglas' notice of the deposition of Mark Errico. Counsel were unable to agree.

_____
George R. Ciampa

Subscribed and sworn to before me this 11th day of November, 2003.

_____
Commissioner of the Superior Court
~~Notary Public~~
~~My Commission Expires~~:

# CERTIFICATE OF SERVICE

This is to certify that I have this day mailed the original of the foregoing Defendant/Third-Party Plaintiff's Counsel's Local Rule 9(b) Affidavit in Support of Motion for Order Compelling the Attendance of Mark Errico at a Deposition upon Oral Examination, postage prepaid, first class regular mail, to the following counsel of record:

Frederick A. Lovejoy, Esq.
Lovejoy & Associates
276 Center Road
Easton, CT 06612
*(Attorney for plaintiff and third-party defendants)*

Date: November 11, 2003

George R. Ciampa