UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Dec 15   2 52 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

-----------------------------------------------------------X
NORMAN C. BLOOM,
        *Plaintiff*

     v.                                                                            3:02-CV-907 (PCD)

MICHAEL A. DOUGLAS,
        *Defendant.*
-----------------------------------------------------------X
MICHAEL A. DOUGLAS,
        *Third-Party Plaintiff*

     v.

NORMAN C. BLOOM, NORMAN R.
BLOOM REVOCABLE TRUST,
NORMAN R. BLOOM FAMILY SPRAY
TRUST and NORMAN R. BLOOM
IRREVOCABLE INSURANCE TRUST,
        *Third-Party Defendants*
-----------------------------------------------------------X   NOVEMBER 11, 2003

STATE OF CONNECTICUT )
                         ) ss: NORWALK
COUNTY OF FAIRFIELD )

<u>DEFENDANT/THIRD PARTY PLAINTIFF'S COUNSEL'S
LOCAL RULE 9(b) AFFIDAVIT IN SUPPORT OF
MOTION FOR ORDER COMPELLING THE ATTENDANCE OF
STEPHEN BLOOM AT A DEPOSITION UPON ORAL EXAMINATION</u>

1.     I am one of the attorneys for Michael A. Douglas in this litigation.

102-C:\Orc\Michael Douglas v. Norman Bloom\Affidavit re local rule 9.b.10.27.03

**CERTIFICATE OF SERVICE**

This is to certify that I have this day mailed the original of the foregoing Defendant/Third-Party Plaintiff's Counsel's Local Rule 9(b) Affidavit in Support of Motion for Order Compelling the Attendance of Stephen Bloom Upon Oral Examination, postage prepaid, first class regular mail, to the following counsel of record:

Frederick A. Lovejoy, Esq.
Lovejoy & Associates
276 Center Road
Easton, CT 06612
*(Attorney for plaintiff and third-party defendants)*

Date:  November 11, 2003

_____
George R. Ciampa