UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Dec 15  2 52 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

-----------------------------------------------------------X

NORMAN C. BLOOM,
    *Plaintiff*

    v.

MICHAEL A. DOUGLAS,
    *Defendant.*

-----------------------------------------------------------X

MICHAEL A. DOUGLAS,
    *Third-Party Plaintiff*

    v.

NORMAN C. BLOOM, NORMAN R.
BLOOM REVOCABLE TRUST,
NORMAN R. BLOOM FAMILY SPRAY
TRUST and NORMAN R. BLOOM
IRREVOCABLE INSURANCE TRUST,
    *Third-Party Defendants*

-----------------------------------------------------------X

3:02-CV-907 (PCD)

NOVEMBER 11, 2003

### DEFENDANT/THIRD-PARTY PLAINTIFF'S BILL OF COSTS IN SUPPORT OF RULE 37(a)(2)(B) MOTION FOR DISCOVERY ORDER COMPELLING THE ATTENDANCE OF STEPHEN BLOOM AT A DEPOSITION UPON ORAL EXAMINATION

1.    In preparation of Mr. Douglas' motion for a discovery order, I

    (a)    reviewed the Federal Rules of Civil Procedure, the local rules of this court, and this court's supplemental order on motion filing procedures;

    (b)    prepared a motion, an affidavit of counsel, and this bill of costs; and

    (c)    corresponded with the attorney for the plaintiff in compliance with the court's supplemental order on motion filing procedure.

102-C:\GRC\Michael.Douglas v. Bloom\Bill of Costs reRule37(a)(2)(B).compel.depo.10.27.03

2.  I devoted three hours to this task.

3.  My billing rate for this case is two hundred twenty dollars ($220) per hour.

4.  My legal fees (and, thus, Mr. Douglas' costs) equal six hundred sixty dollars ($660).

MICHAEL A. DOUGLAS,
DEFENDANT/THIRD-PARTY PLAINTIFF

By: *George R. Ciampa*
George R. Ciampa (ct03551)
SLAVITT, CONNERY & VARDAMIS
His Attorneys
618 West Avenue
Norwalk, CT 06850
(203) 838-7555
(203) 866-9724 (telefax)

102-C:\GRC\Michael Douglas v. Bloom\Bill of Costs reRule37(a)(2)(b) compel.depo.10.27.03

## CERTIFICATE OF SERVICE

This is to certify that I have this day mailed GRC ~~a copy of~~ the foregoing Defendant/Third-Party Plaintiff's Bill of Costs in Support of Rule 37(a)(2)(B) Motion for Discovery Order Compelling the Attendance of Stephen Bloom at a Deposition Upon Oral Examination, postage prepaid, first class regular mail, to the following counsel of record:

Frederick A. Lovejoy, Esq.
Lovejoy & Associates
276 Center Road
Easton, CT 06612
*(Attorney for plaintiff and third-party defendants)*

Date:   November 11, 2003

_____
George R. Ciampa