UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Dec 29 2 22 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

-----------------------------------------------------------X

**NORMAN C. BLOOM,**
*Plaintiff*

**3:02-CV-907 (PCD)**

**v.**

**MICHAEL A. DOUGLAS,**
*Defendant.*

-----------------------------------------------------------X

**MICHAEL A. DOUGLAS,**
*Third-Party Plaintiff*

**v.**

**NORMAN C. BLOOM, NORMAN R. BLOOM REVOCABLE TRUST, NORMAN R. BLOOM FAMILY SPRAY TRUST and NORMAN R. BLOOM IRREVOCABLE INSURANCE TRUST,**
*Third-Party Defendants*

**DECEMBER 23, 2003**

-----------------------------------------------------------X

**DEFENDANT/THIRD-PARTY PLAINTIFF MICHAEL A. DOUGLAS' MOTION FOR ENLARGEMENT OF TIME TO REPLY TO PLAINTIFF AND THIRD-PARTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

In preparing Mr. Douglas' response to the Bloom parties' motion for summary judgment, his attorneys require the active participation of their client.

- Only he can inform them of the accuracy of the claims made in the "28 U.S.C. §1746 Statements" accompanying the motion.

- Only he can provide the information necessary to prepare his own affidavit which sets out the facts which are in dispute.

Beginning on the day that the service copy of the Bloom motion reached them, Mr. Douglas' attorneys have consistently tried to reach him, to no avail. They have (i) telephoned him several times per week, receiving no answer, (ii) faxed him twice, receiving no response, (iii) written him twice, receiving no response, and even (iv) paid a New York deputy sheriff to serve him with a letter (although that was not done).

The attorneys for Mr. Douglas do not know where he is and do not know how to reach him. They request, therefore, that the time for response to the summary judgment motion be enlarged by thirty days.

The Bloom parties do not assert to this motion.

MICHAEL A. DOUGLAS

By: ______________________

Robert A. Slavitt (ct06901)
SLAVITT, CONNERY & VARDAMIS
His Attorneys
618 West Avenue
Norwalk, CT 06850
(203) 838-7555
(203) 866-9724 (telefax)


**CERTIFICATE OF SERVICE**

This is to certify that on this day, I served a copy the foregoing "Defendant and Third-Party Plaintiff Michael A. Douglas' Motion for Enlargement of Time to Reply to Plaintiff and Third-Party Defendants' Motion for Summary Judgment", by mailing same, postage prepaid, first class regular mail, to the following:

Frederick A. Lovejoy, Esq.
Lovejoy & Associates
276 Center Road
Easton, CT 06612
*(Attorney for plaintiff and third-party defendants)*

Date: December 23, 2003

~~George R. Ciampa~~
Robert A. Slavitt