UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NOMAN C. BLOOM                    :
                                  :
    -vs-                          :        Civil No. 3:02 cv 907 (PCD)
                                  :
MICHAEL A. DOUGLAS                :

## ENDORSEMENT ORDER

  Defendant's motion for extension of time to reply to Plaintiff's Motion for Summary Judgment (Doc. #44) is hereby DENIED.

  The failure of defendant to maintain communication with his attorney constitutes a basis for his being defaulted.

  SO ORDERED.

  Dated at New Haven, Connecticut, January 6, 2004.

          _____/s/_____
             Peter C. Dorsey, Senior
             United States District Judge