UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----------------------------------X

NORMAN C. BLOOM,
    *Plaintiff,*

v.

              3:02CV907(PCD)

MICHAEL A. DOUGLAS,
    *Defendant.*

----------------------------------X

MICHAEL A. DOUGLAS,
    *Third-Party Plaintiff,*

v.

             December 5, 2003

NORMAN R. BLOOM REVOCABLE TRUST,
NORMAN R. BLOOM FAMILY SPRAY
TRUST, and NORMAN R. BLOOM
IRREVOCABLE INSURANCE TRUST
    *Third-Party Defendants.*

----------------------------------X

PLAINTIFF NORMAN C. BLOOM AND THIRD-PARTY DEFENDANTS,
NORMAN R. BLOOM REVOCABLE TRUST, NORMAN R. BLOOM FAMILY
SPRAY TRUST, AND NORMAN R. BLOOM IRREVOCABLE INSURANCE
<u>TRUST'S MOTION FOR SUMMARY JUDGMENT</u>

Now come plaintiff Norman C. Bloom and third-party defendants Norman R. Bloom Revocable Trust, Norman R. Bloom Family Spray Trust, and Norman R. Bloom Irrevocable Insurance Trust, and make this Motion for Summary Judgment, and submit in support thereof:

1)     Memorandum of Law in Support of plaintiff Norman C. Bloom and third-party defendants Norman R. Bloom Revocable Trust, Norman R. Bloom Family Spray Trust, and Norman R. Bloom Irrevocable Insurance Trust's Motion for Summary Judgment;

2)     the 28 U.S.C. § 1746 Statement of Mr. Norman C. Bloom;

3)     the 28 U.S.C. § 1746 Statement of Mrs. Deborah Bloom

ORAL ARGUMENT REQUESTED
<u>TESTIMONY NOT REQUIRED</u>

1

4) the 28 U.S.C. § 1746 Statement of Mr. Mark Errico; and

5) Local Civil Rule 56(a)(1) Statement.

Dated: Easton, Connecticut
December 5, 2003

LOVEJOY & ASSOCIATES
Attorneys for Plaintiff Norman C. Bloom and Third-Party Defendants Norman R. Bloom Revocable Trust, Norman R. Bloom Family Spray Trust, and Norman R. Bloom Irrevocable Insurance Trust

By: _____
Frederick A. Lovejoy (CT 03121)
276 Center Road
P.O. Box 56
Easton, Connecticut 06612
(203) 459-9941
(203) 459-9943 (telefax)

DouglasMotion.doc

## CERTIFICATION

This is to certify that a copy of the attached was mailed on December 5, 2003, postage prepaid, to:

George R. Ciampa, Esq.
Slavitt, Connery & Vardamis
618 West Avenue
Norwalk, Connecticut 06850

FREDERICK A. LOVEJOY