UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------X
NORMAN C. BLOOM,
      *Plaintiff,*

v.                                   3:02CV907(PCD)

MICHAEL A. DOUGLAS,
      *Defendant.*
---------------------------------X
MICHAEL A. DOUGLAS,
      *Third-Party Plaintiff,*

v.                                   December 5, 2003

NORMAN R. BLOOM REVOCABLE TRUST,
NORMAN R. BLOOM FAMILY SPRAY
TRUST, and NORMAN R. BLOOM
IRREVOCABLE INSURANCE TRUST
      *Third-Party Defendants.*
---------------------------------X

## 28 U.S.C. SEC. 1746 STATEMENT OF DEBORAH BLOOM

That I, Deborah Bloom, declare under penalty of perjury that the foregoing is true and correct:

1. That I am eighteen (18) years of age or greater and understand the obligation of an oath.

2. That I am the wife of plaintiff Norman C. Bloom.

3. That I am familiar with the defendant/third-party plaintiff Michael A. Douglas.

4. That defendant/third-party plaintiff Michael A. Douglas resided at 1-2 Seaside Place, East Norwalk, Connecticut in 1995 through approximately 1997.

5. That I understood that defendant/third-party plaintiff Michael A. Douglas is a lawyer.

1

6.     That defendant/third-party plaintiff Michael A. Douglas met with my husband, Norman C. Bloom, and/or me in my home on hundreds of occasions.

7.     That defendant/third-party plaintiff Michael A. Douglas at all times represented to me that he was our lawyer and/or Norman's lawyer and this is how we explained his relationship to us to others.

Dated: Easton, Connecticut
December 5, 2003

_____
DEBORAH BLOOM

DouglasAffidavit3.doc

## CERTIFICATION

This is to certify that a copy of the attached was mailed on December 5, 2003, postage prepaid, to:

George R. Ciampa, Esq.
Slavitt, Connery & Vardamis
618 West Avenue
Norwalk, Connecticut 06850

_____
FREDERICK A. LOVEJOY