UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------X
NORMAN C. BLOOM,
    *Plaintiff,*

    v.                                      3:02CV907(PCD)

MICHAEL A. DOUGLAS,
    *Defendant.*
-----------------------------------X
MICHAEL A. DOUGLAS,
    *Third-Party Plaintiff,*

    v.

NORMAN R. BLOOM REVOCABLE TRUST,     December 5, 2003
NORMAN R. BLOOM FAMILY SPRAY
TRUST, and NORMAN R. BLOOM
IRREVOCABLE INSURANCE TRUST
    *Third-Party Defendants.*
-----------------------------------X

PLAINTIFF NORMAN C. BLOOM AND THIRD-PARTY DEFENDANTS,
NORMAN R. BLOOM REVOCABLE TRUST, NORMAN R. BLOOM FAMILY
SPRAY TRUST, AND NORMAN R. BLOOM IRREVOCABLE INSURANCE
<u>TRUST'S EXHIBITS APPENDIX</u>

Dated: Easton, Connecticut         LOVEJOY & ASSOCIATES
       December 5, 2003            Attorneys for Plaintiff Norman C. Bloom and
                                         Third-Party Defendants Norman R. Bloom
                                         Revocable Trust, Norman R. Bloom Family Spray
                                         Trust, and Norman R. Bloom Irrevocable Insurance
                                         Trust

                                         By: _____
                                         Frederick A. Lovejoy (CT 03121)
                                         276 Center Road
                                         P.O. Box 56
                                         Easton, Connecticut 06612
                                         (203) 459-9941
                                         (203) 459-9943 (telefax)

DouglasExhibitApp.doc