# United States District Court

**DISTRICT OF   CONNECTICUT**

**NORMAN C. BLOOM,**
   **Plaintiff**

 **v**

**MICHAEL A. DOUGLAS**
   **Defendant and Third Party Plaintiff**

 **v**

**NORMAN C. BLOOM, NORMAN R. BLOOM REVOCABLE TRUST, NORMAN R. BLOOM FAMILY SPRAY TRUST and NORMAN R. BLOOM IRREVOCABLE INSURANCE TRUST**
   **Third Party Defendants**

## APPEARANCE

**CASE NUMBER: 3:02CV907(PCD)**

**FEBRUARY 25, 2004**

To the Clerk of this court and all parties of record:

 Enter my appearance as counsel in this case for the defendant, third party defendant MICHAEL A. DOUGLAS

2/25/04
Date

Signature

Ira B. Grudberg, No. 00178
Print Name

350 Orange Street/P.O. Box 606
Address

New Haven, Connecticut  06503
City  State  Zip Code

(203) 772-3100  (203) 772-1691
Phone Number  Fax Number
e-mail:

CERTIFICATION

      I hereby certify that a copy of the Appearance was mailed first class, postage prepaid on 2/25/04, to:

Robert A. Slavitt, Esq.
George R. Ciampa, Esq.
Slavitt, Connery & Vardamis
618 West Avenue
Norwalk, CT 06850

Frederick A. Lovejoy, Esq.
Lovejoy & Associates, LLC
3695 Post Road
Southport, CT 06890

                                              Ira B. Grudberg

Clerk
United States District Court
141 Church Street
New Haven, CT 06510