# United States District Court

DISTRICT OF  CONNECTICUT

NORMAN C. BLOOM,
      Plaintiff

   v

MICHAEL A. DOUGLAS
      Defendant and Third Party Plaintiff

   v

NORMAN C. BLOOM, NORMAN R. BLOOM REVOCABLE TRUST, NORMAN R. BLOOM FAMILY SPRAY TRUST and NORMAN R. BLOOM IRREVOCABLE INSURANCE TRUST
      Third Party Defendants

CASE NUMBER: 3:02CV907(PCD)

FEBRUARY 25, 2004

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

The undersigned represents to the court, and moves as follows:

1.  The undersigned is filing his appearance with this motion.  Our firm has just been retained in the last few days, as it appears clear that Mr. Douglas badly needs counsel other than his present representation.

2.  We are aware of the fact that an earlier Motion for Extension of Time was made and denied.  However, the representations made to the court by present counsel for Mr. Douglas were not fully true or accurate.  Mr. Douglas has all along cooperated fully with counsel.

3.  We wish to file this motion and our appearance promptly.  As a result, we have been unable to generate an affidavit fully setting forth the background of Mr. Douglas' relationship with counsel, and the reasons why it would be unfair and inappropriate for the court to hear and decide a Summary Judgment Motion without allowing defendant/third party plaintiff to respond fully through new counsel.  Such a detailed supporting affidavit with memorandum will be filed by March 2, 2004.

WHEREFORE, defendant/third party plaintiff hereby requests that the court not yet decide the pending Summary Judgment Motion, and to allow him to file an Affidavit in support of this Motion to Extend Time Within Which to Respond, and then to extend the time for full response and briefing on the Summary Judgment Motion until April 1, 2004, as such time will be necessary in order for the undersigned (1) to obtain the file, and (2) to obtain the moving papers, which never were supplied to Mr. Douglas by present counsel, and (3) to respond factually and legally to whatever the Summary Judgment Motion has set forth.

THE DEFENDANT/THIRD PARTY PLAINTIFF
MICHAEL A. DOUGLAS


BY_____
  Ira B. Grudberg (ct00178)
  JACOBS, GRUDBERG, BELT & DOW, P.C.
  350 Orange Street
  P.O. Box 606
  New Haven, CT  06503
  (203) 772-3100

## CERTIFICATION

I hereby certify that a copy of the Motion for Extension of Time was mailed first class, postage prepaid on 2/25/04 to:

Robert A. Slavitt, Esq.
George R. Ciampa, Esq.
Slavitt, Connery & Vardamis
618 West Avenue
Norwalk, CT 06850

Frederick A. Lovejoy, Esq.
Lovejoy & Associates, LLC
3695 Post Road
Southport, CT 06890

Ira B. Grudberg