UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NORMAN C. BLOOM | : | |
| | : | |
| VS. | : | CASE NO. 3:02CV907 (PCD) |
| | : | |
| MICHAEL A. DOUGLAS | : | |
| ------------------------------------------------------------- | : | |
| MICHAEL A. DOUGLAS | : | |
| | : | |
| VS. | : | |
| | : | |
| NORMAN C. BLOOM, ET AL. | : | |

**ENDORSEMENT ORDER**

The Motion of Robert A. Slavitt and of George R. Ciampa to Withdraw Their Appearances In Behalf of Michael A. Douglas, document no. 54, will be considered on March 15, 2004. Absent any showing why the motion should not be granted, it will be granted. Mr. Douglas is hereby directed to replace Mr. Slavitt and Mr. Ciampa by arranging the appearance of replacement counsel or by entering his own appearance, pro se, on or before March 15, 2004. Mr. Slavitt and/or Mr. Ciampa will serve a copy of this Order on Mr. Douglas and certify doing so in writing filed in court on or before March 12, 2004. Failing compliance with this Order by Mr. Douglas, a default and a dismissal will enter against him in the two cases for failure to appear.

SO ORDERED. Dated at New Haven, Connecticut, this 9th day of March, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court