UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NORMAN C. BLOOM : | |
| : | |
| -vs- : | Civil No. 3:02 cv 907 (PCD) |
| : | |
| MICHAEL A. DOUGLAS, ET ALS : | |

### ENDORSEMENT ORDER

     Defendant's motion for extension of time within which to respond to motion for summary judgment (Doc. #56) is hereby GRANTED.

     Defendant's response to the motion for summary judgment shall be filed on or before April 1, 2004.

     SO ORDERED.

     Dated at New Haven, Connecticut, March 10, 2004.

                                                          /s/_____
                                                              Peter C. Dorsey, Senior
                                                              United States District Judge