UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------X
NORMAN C. BLOOM,
    *Plaintiff,*

    v.

MICHAEL A. DOUGLAS,
    *Defendant.*
------------------------------------X
MICHAEL A. DOUGLAS,
    *Third-Party Plaintiff,*

    v.

NORMAN C. BLOOM, NORMAN R.
BLOOM REVOCABLE TRUST,
NORMAN R. BLOOM FAMILY SPRAY
TRUST, and NORMAN R. BLOOM
IRREVOCABLE INSURANCE TRUST
    *Third-Party Defendants.*
------------------------------------X

3:02CV907 (PCD)

March 5, 2004

MOTION ON CONSENT FOR EXTENSION OF TIME TO AND
INCLUDING APRIL 2, 2004 IN WHICH TO RESPOND TO DEFENDANT/
THIRD-PARTY PLAINTIFF MICHAEL A. DOUGLAS' "MOTION FOR
EXTENSION OF TIME WITHIN WHICH TO RESPOND TO MOTION
FOR SUMMARY JUUDGMENT" DATED FEBRUARY 25, 2004

Now comes defendant Norman C. Bloom and Third-Party Defendants Norman R. Bloom Revocable Trust, Norman R. Bloom Family Spray Trust and Norman R. Bloom Irrevocable Insurance and move this Court on consent for an Extension of Time to and including April 2, 2004 in which to file a respond to "Motion For Extension of Time Within Which To Respond To Motion For Summary Judgment" dated February 25, 2004 and states as follows:

1

1. That on March 5, 2004 we received in the mail Defendant/Third-Party Plaintiff Michael A. Douglas' Motion For Extension of Time Within Which to Respond to Motion For Summary Judgment dated February 25, 2004.

2. That I have spoken with counsel for Defendant/Third-Party Plaintiff Michael A. Douglas, Ira B. Grudberg, Esq., who advises that the said motion was originally sent by his offices to our former address and then remailed upon its return by the US Postal Service to our current address.

3. That counsel for Defendant/Third-Party Plaintiff Michael A. Douglas, Ira B. Grudberg, Esq., consents to Plaintiff Norman C. Bloom and Third-Party Defendants Norman R. Bloom Revocable Trust, Norman R. Bloom Family Spray Trust and Norman R. Bloom Irrevocable Insurance's request for an extension of time to and including April 2, 2004 in which to respond to Defendant/Third-Party Plaintiff Michael A. Douglas' "Motion For Extension of Time Within Which to Respond to Motion For Summary Judgment" dated February 25, 2004.

4. That the reason that this request is being made is that the undersigned has two exceptionally large submissions due in two complicated admiralty cases; i.e. one before United States District Judge Chin in the United States District Court for the Southern District of New York and the other before United States District Judge Christopher F. Droney in the United States District Court for the District of Connecticut between now and March 26, 2004 along with his normal duties.

5. Additionally, the Affidavit of Michael A. Douglas, which is referred to in the Motion papers of the defendant/third-party plaintiff, dated, February 25, 2004, has not been filed with the Court to date.

6. That this motion is not being made for the purpose of delay and/or harassment.

Dated: Easton, Connecticut  
March 5, 2004

LOVEJOY & ASSOCIATES  
Attorneys for Plaintiff/  
Third-Party Defendants,

By: _____  
Frederick A. Lovejoy (CT 03121)  
P.O. Box 56  
Easton, Connecticut 06612  
(203) 459-9941  
(203) 459-9943 (telefax)

DouglasMotion2.doc

3

## CERTIFICATION

This is to certify that a copy of the attached was mailed on March 5, 2004, postage prepaid, to:

Ira B. Grudberg
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
P.O Box 606
New Haven, Connecticut 06503

Robert A. Slavitt, Esq.
Slavitt, Connery & Vardamis
618 West Avenue
Norwalk, Connecticut 06850

George R. Ciampa, Esq.
Slavitt, Connery & Vardamis
618 West Avenue
Norwalk, Connecticut 06850

_____
FREDERICK A. LOVEJOY