UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------X
NORMAN C. BLOOM,
       *Plaintiff,*

v.

MICHAEL A. DOUGLAS,
       *Defendant.*
------------------------------------X
MICHAEL A. DOUGLAS,
       *Third-Party Plaintiff,*

v.

NORMAN C. BLOOM, NORMAN R.
BLOOM REVOCABLE TRUST,
NORMAN R. BLOOM FAMILY SPRAY
TRUST, and NORMAN R. BLOOM
IRREVOCABLE INSURANCE TRUST
       *Third-Party Defendants.*
------------------------------------X

3:02CV907 (PCD)

March 12, 2004

Notice of Manual Filing

Please take notice that plaintiff Norman C. Bloom has manually filed the following document or thing:

    PLAINTIFF NORMAN C. BLOOM AND THIRD-PARTY DEFENDANTS NORMAN R. BLOOM REVOCABLE TRUST, NORMAN R. BLOOM FAMILY SPRAY TRUST, AND NORMAN R. BLOOM IRREVOCABLE INSURANCE TRUST'S OBJECTION TO DEFENDANT/THIRD-PARTY PLAINTIFF MICHAEL A. DOUGLAS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF NORMAN C. BLOOM AND THIRD-PARTY DEFENDANTS NORMAN R. BLOOM REVOCABLE TRUST, NORMAN R. BLOOM FAMILY SPRAY TRUST, AND NORMAN R. BLOOM IRREVOCABLE INSURANCE TRUST'S MOTION FOR SUMMARY JUDGMENT SHOULD BE DENIED

This document has not been filed electronically because

[ X ]  the document or thing cannot be converted to an electronic format (WordPerfect) by the undersigned's system
[   ]  the electronic file size of the document exceeds 1.5 megabytes
[   ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

1

The document or thing has been manually served on all parties.

Respectfully submitted,
LOVEJOY & ASSOCIATES
Attorneys for Defendants
National Loss Management,
National Marine Underwriters, Inc.
and Hanover Insurance Company

By: _____
Frederick A. Lovejoy (CT 03121)
P.O. Box 56
Easton, Connecticut 06612
(203) 459-9941
(203) 459-9943 (telefax)

BloomNotice2.doc

2

## CERTIFICATION

This is to certify that a copy of the attached was mailed on March 12, 2004, postage prepaid, to:

George R. Ciampa, Esq.
Slavitt, Connery & Vardarmis
618 West Avenue
Norwalk, Connecticut 06850

Ira B. Grudberg, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
P.O. Box 606
New Haven, Connecticut 06503

FREDERICK A. LOVEJOY