## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NORMAN C. BLOOM | : | |
| | : | |
| VS. | : | CASE NO. 3:02CV907 (PCD) |
| | : | |
| MICHAEL A. DOUGLAS | : | |
| | : | |
| ------------------------------------------------------------ | : | |
| | : | |
| MICHAEL A. DOUGLAS | : | |
| | : | |
| VS. | : | |
| | : | |
| NORMAN C. BLOOM, ET AL. | : | |

## **ENDORSEMENT ORDER**

The Motion on Consent for Extension of Time, document no. 60, is DENIED as moot. Defendant / third-party plaintiff Michael Douglas's Motion for Extension of Time has already been granted as the time requested was not unreasonable.

SO ORDERED.  Dated at New Haven, Connecticut, this 16th day of March, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court