# United States District Court

**DISTRICT OF CONNECTICUT**

NORMAN C. BLOOM,
    Plaintiff

v

**APPEARANCE**

CASE NUMBER: 3:02CV907(PCD)

MICHAEL A. DOUGLAS
    Defendant and Third Party Plaintiff

v

NORMAN C. BLOOM, NORMAN R. BLOOM REVOCABLE TRUST, NORMAN R. BLOOM FAMILY SPRAY TRUST and NORMAN R. BLOOM IRREVOCABLE INSURANCE TRUST
    Third Party Defendants

APRIL 1, 2004

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the defendant, third party defendant MICHAEL A. DOUGLAS

4/1/04
Date

Signature

Joshua D. Lanning  ct24529
Print Name

350 Orange Street/P.O. Box 606
Address

New Haven, Connecticut  06503
City      State      Zip Code

(203) 772-3100      (203) 772-1691
Phone Number      Fax Number
e-mail:

CERTIFICATION

      I hereby certify that a copy of the Appearance was mailed first class, postage prepaid on 4/1/04 to:

Robert A. Slavitt, Esq.
George R. Ciampa, Esq.
Slavitt, Connery & Vardamis
618 West Avenue
Norwalk, CT 06850

Frederick A. Lovejoy, Esq.
Lovejoy & Associates, LLC
3695 Post Road
Southport, CT 06890

                                        Joshua D. Lanning

Clerk
United States District Court
141 Church Street
New Haven, CT 06510