# United States District Court

DISTRICT OF   CONNECTICUT

NORMAN C. BLOOM,
       Plaintiff

   v

MICHAEL A. DOUGLAS
       Defendant and Third Party Plaintiff

   v
NORMAN C. BLOOM, NORMAN R. BLOOM REVOCABLE TRUST, NORMAN R. BLOOM FAMILY SPRAY TRUST and NORMAN R. BLOOM IRREVOCABLE INSURANCE TRUST
       Third Party Defendants

CASE NUMBER: 3:02CV907(PCD)

April 1, 2004

## MOTION FOR SECOND EXTENSION OF TIME WITHIN WHICH TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

The undersigned attorney[1] for defendant/third party plaintiff Michael Douglas ("Douglas") represents to the court, and moves as follows:

---

[1] Attorney Ira Grudberg (ct 00178) previously filed his appearance on behalf of Douglas. The undersigned files his personal appearance contemporaneous with this motion.

1. This is an action concerning a contract for services first entered into in 1995 and amended several times thereafter.

2. Plaintiff/third party defendant filed the present action on May 24, 2002, slightly under two years ago.

3. Since that time the matter has been extensively litigated.  That litigation has included expansive discovery, including numerous depositions, sets of interrogatories and voluminous requests for production.

4. Douglas retained the undersigned's firm approximately one month ago, after the relationship between him and his former attorney's had irretrievably broken down.

5. At that time, although plaintiff/third party defendants' Summary Judgment motion was then pending, the undersigned's firm had not received the moving papers, nor any of the underlying paperwork from Mr. Douglas' previous firm.

6. We finally received those items approximately two weeks ago.  In addition to the moving papers, there are six large boxes containing thousands of pages of paperwork generated from discovery in the present matter, as well as the underlying contract for services upon which the present claim is based.

7. In order to properly respond to the Summary Judgment Motion, the undersigned needs more time to fully explore the discovery and other documents generated in this

litigation. The Summary Judgment Motion is based on the argument that Douglas is not entitled to compensation for services to plaintiff/third party defendants because his services involved the unauthorized practice of law in Connecticut. Douglas disputes that claim. The "behavior" upon which that allegation is based spans a <u>seven year</u> period. In order to properly evaluate plaintiff/third party defendants' claim, the undersigned will need to thoroughly examine the voluminous documents generated during that period, as well as the extensive paperwork generated in the past two years of litigation.

8. Douglas has been cooperating closely with counsel to ensure the Summary Judgment is responded to promptly. The undersigned anticipates the need for no more than two weeks to full respond to plaintiff/third party defendants' factual and legal claims.

9. This motion is not made for purposes of harassment or delay but to ensure an accurate and faithful response to plaintiff/third party defendants' motion.

10. The undersigned represents that this will serve as defendant/third party plaintiff's final request for an enlargement of time.

11. Counsel for plaintiff/third party defendants has been consulted about the present request and has not given his consent to any further extension of time.

WHEREFORE, defendant/third party plaintiff respectfully requests that the Court extend the time within which to respond to plaintiff/third party defendants' Motion for Summary Judgment by two weeks, up to and including April 15, 2004.

                        THE DEFENDANT/THIRD PARTY PLAINTIFF
                        MICHAEL A. DOUGLAS


                        BY_____
                          Joshua D. Lanning (ct 24529)
                          JACOBS, GRUDBERG, BELT & DOW, P.C.
                          350 Orange Street
                          P.O. Box 606
                          New Haven, CT  06503
                          (203) 772-3100

## CERTIFICATION

      I hereby certify that a copy of the Motion for Extension of Time was mailed first class, postage prepaid sent April 1, 2004

Robert A. Slavitt, Esq.
George R. Ciampa, Esq.
Slavitt, Connery & Vardamis
618 West Avenue
Norwalk, CT 06850

Frederick A. Lovejoy, Esq.
Lovejoy & Associates, LLC
3695 Post Road
Southport, CT 06890

                                                Joshua D. Lanning