**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| NORMAN C. BLOOM | : | |
| | : | |
| -vs- | : | Civil No. 3:02 cv 907 (PCD) |
| | : | |
| MICHAEL A. DOUGLAS, ET ALS | : | |

<u>ENDORSEMENT ORDER</u>

Defendant's motion for extension of time within which to respond to motion for summary judgment (Doc. #64) is hereby GRANTED.

Defendant's response to the motion for summary judgment shall be filed on or before April 15, 2004.

SO ORDERED.

Dated at New Haven, Connecticut, April 5, 2004.

/s/ _____
Peter C. Dorsey, Senior
United States District Judge