## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| NORMAN C. BLOOM         : | |
| :                        | |
| VS.                    : | CASE NO. 3:02CV907 (PCD) |
| :                        | |
| MICHAEL A. DOUGLAS      : | |

------------------------------------------------------------

MICHAEL A. DOUGLAS      :

VS.                    :

NORMAN C. BLOOM, ET AL. :

## **ENDORSEMENT ORDER**

The Motion of Robert A. Slavitt and of George R. Ciampa to Withdraw Their Appearances In Behalf of Michael A. Douglas, document no. 54, is GRANTED.

SO ORDERED. Dated at New Haven, Connecticut, this 16th day of April, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court