# EXHIBIT G

```
                                                                    1

 1                   UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF CONNECTICUT
 2
     * * * * * * * * * * * * * *
 3                               *    CIVIL ACTION NO.
     NORMAN C. BLOOM,            *
 4           Plaintiff           *    302 CV 1619 AWT
                                 *
 5        V.                     *
                                 *
 6                               *
     MICHAEL A. DOUGLAS          *
 7           Defendant           *
                                 *    AUGUST 15, 2003
 8   * * * * * * * * * * * * * *
     MICHAEL A. DOUGLAS,         *
 9        Third-Party Plaintiff  *
                                 *
10        V.                     *
                                 *
11                               *
     NORMAN C. BLOOM, NORMAN R.  *
12   BLOOM REVOCABLE TRUST,      *
     NORMAN R. BLOOM FAMILY SPRAY*
13   TRUST, and NORMAN R. BLOOM  *
     IRREVOCABLE INSURANCE TRUST *
14        Third-Party Defendants *
     * * * * * * * * * * * * * *
15

16
              Deposition of CHRISTINE BARKER, ESQ.
17
              Deposition taken in the above-entitled action,
18
         pursuant to the Stipulations set forth herein, before
19
         Marion Strachman, Notary Public, at the Law Offices of
20
         SEIGEL, O'CONNOR, SCHIFF & ZANGARI, 171 Orange Street,
21
         New Haven, Ct., on the 15th day of August, 2003, 11:15
22
         a.m.
23

24
```

```
 1
 2
 3
 4
 5
 6   APPEARANCES:
 7
 8
 9        FOR THE PLAINTIFF:        FREDERICK A. LOVEJOY, ESQ.
                                    276 CENTER ROAD
10                                  EASTON, CT. 06612
11
                                    SLAVITT, CONNERY & VARDAMIS
12        FOR THE DEFENDANTS:       GEORGE R. CIAMPA, ESQ.
                                    618 WEST AVENUE
13                                  NORWALK, CT. 06850
14
          ALSO PRESENT:             MICHAEL A. DOUGLAS, ESQ.
15
16
17
18
19
20
21
22
23
24
```

1  and we marked it as Exhibit A. Do you have that
2  document in front of you now?
3      A   Yes.
4      Q   Have you reviewed that document within
5  the last couple of minutes?
6      A   Yes, just prior to our break.
7      Q   As a result of that review, has it
8  refreshed your memory about the process by
9  which this language was created
10     A   I think my memory was refreshed prior
11 to that.
12     Q   Would it be fair to say that the
13 language on pages 19 of 33 and 20 of 33 contains
14 a provision for the payment of legal fees?
15     A   It contains language not for the
16 payment of legal fees, but use of funds to
17 collateralize legal and consulting fees.
18     Q   So, it speaks about consulting fees,
19 does it not?
20     A   Yes.
21     Q   Is it fair that one of the persons who
22 recommended the inclusion of the language
23 about the payment of consulting fees was
24 Michael Douglas?

1                    REDIRECT-LOVEJOY
2       A    Yes.
3       Q    Did Michael Douglas have a conversation
4  with you in which he recommended the inclusion
5  of that language?
6       A    I recall that it came directly from
7  Michael. I don't recall if it was in person or
8  telephone that, that conversation took place,
9  but I do recall that Mr. Douglas requested that
10 language, yes.
11      Q    And when he requested that language,
12 Michael Douglas requested the language of you,
13 did he not tell you it was because he was not
14 holding himself out as being authorized to
15 collect legal fees?
16           MR. LOVEJOY: Objection.
17      A    No, he did not tell me that.
18           MR. CIAMPA: No further questions.
19
20
21 REDIRECT EXAMINATION BY MR. LOVEJOY:
22      Q    Just so I'm clear, the language
23 involving payment of consulting fees, which
24 appears in Defendant's Exhibit A, was not

CERTIFICATION

STATE OF CONNECTICUT )
                                    ss:   NORWALK
COUNTY OF FAIRFIELD )

    I, hereby certify that I am a Notary Public, in and for the State of Connecticut, duly commissioned and qualified to administer oaths.
    I, further certify that the deponent named in the foregoing deposition was by me duly sworn and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to print by myself or under my direction, and the foregoing is a true and accurate transcript of the testimony.
    I further certify that I am neither counsel nor related to either of the parties to said suit, nor am I interested in the outcome of said cause.
    In witness whereof I have hereunto set my hand and affixed my notarial seal this 4th day of September, 2003.

(My Commission Expires January, 2004.)

--------------------------------
Marion Strachman
License# 000296   Notary Public

**Marion Strachman**
*Certified Court Reporter*
93 Silvermine Avenue                    (203) 846-0549
Norwalk, CT 06850