UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------X
NORMAN C. BLOOM,
    *Plaintiff,*

v.                                    3:02CV907(PCD)

MICHAEL A. DOUGLAS,
    *Defendant.*
------------------------------X
MICHAEL A. DOUGLAS,
    *Third-Party Plaintiff,*

v.

                                   April 22, 2004

NORMAN R. BLOOM REVOCABLE TRUST,
NORMAN R. BLOOM FAMILY SPRAY
TRUST, and NORMAN R. BLOOM
IRREVOCABLE INSURANCE TRUST
    *Third-Party Defendants.*
------------------------------X

### MOTION FOR EXTENSION OF TIME OF THE DEADLINE FOR THE TAKING OF THE DEPOSITION OF NORMAN C. BLOOM

Now comes plaintiff Norman C. Bloom and moves this Court for an Order extending the deadline set in this Court's Order dated April 15, 2004 (Docket No. 66) for the taking of the deposition of plaintiff Norman C. Bloom from Friday, April 23, 2004, to and including Friday, May 14, 2004, and states as follows:

1.    Yesterday, the undersigned received in the mail this Court's Order (Docket No. 66) dated April 15, 2004 directing that the deposition of plaintiff Norman C. Bloom be taken by Friday, April 23, 2004.

2.    That because the undersigned is preparing for trial, and the trial in <u>In re: DG HARMONY</u> (Docket No. 99 Civ. 8394 (DC) Consolidated Actions) pending in the United States

1

District Court for the Southern District of New York is to begin on April 22, 2004 before United States District Judge Dennis Chin, it is not possible for the undersigned to review the necessary files to prepare Mr. Bloom or to produce him for deposition on or before Friday, April 23, 2004.

3. That the trial in the DG HARMONY case is expected to run through May 10, 2004.

4. That the undersigned has spoken with counsel for defendant/third-party plaintiff Michael A. Douglas, who does not object to the instant request for an enlargement of time to comply with the Court's Order.

5. That this motion is not being made for purposes of harassment or delay.

Dated: Easton, Connecticut
April 21, 2004
Third-

LOVEJOY & ASSOCIATES
Attorneys for Plaintiff Norman C. Bloom and Party Defendants Norman R. Bloom Revocable Trust, Norman R. Bloom Family Spray Trust, and Norman R. Bloom Irrevocable Insurance Trust's

By: _____
Frederick A. Lovejoy (CT 03121)
P.O. Box 56
Easton, Connecticut 06612
(203) 459-9941
(203) 459-9943 (telefax)

DouglasExtension2.doc

## CERTIFICATION

This is to certify that a copy of the attached was mailed on April 22, 2004, postage prepaid, to:

Ira B. Grudberg
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
New Haven, Connecticut 06503

_____
FREDERICK A. LOVEJOY

3