UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

NORMAN C. BLOOM,
        *Plaintiff,*

v.

MICHAEL A. DOUGLAS,
        *Defendant.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

MICHAEL A. DOUGLAS,
        *Third-Party Plaintiff,*

                                                3:02CV907 (PCD)

v.
                                                April 22, 2004

NORMAN C. BLOOM, NORMAN R.
BLOOM REVOCABLE TRUST,                          Notice of Manual Filing
NORMAN R. BLOOM FAMILY SPRAY
TRUST, and NORMAN R. BLOOM
IRREVOCABLE INSURANCE TRUST
        *Third-Party Defendants.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        Please take notice that plaintiff Norman C. Bloom has manually filed the following
document or thing:

        MOTION FOR EXTENSION OF TIME OF THE DEADLINE FOR THE TAKING OF
THE DEPOSITION OF NORMAN C. BLOOM

This document has not been filed electronically because

[ X ]   the document or thing cannot be converted to an electronic format (WordPerfect) by the
        undersigned's system
[    ]   the electronic file size of the document exceeds 1.5 megabytes
[    ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d)
        or Local Rule of Criminal Procedure 57(b)
[    ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

1

The document or thing has been manually served on all parties.

Dated: Easton, Connecticut
      April 22, 2004

Respectfully submitted,

LOVEJOY & ASSOCIATES
Attorneys for Plaintiff Norman R. Bloom
and Third-Party Defendants Norman C.
Bloom, Norman R. Bloom Revocable Trust,
Norman R. Bloom Family Spray Trust, and
Norman R. Bloom Irrevocable Insurance
Trust

By:_____
Frederick A. Lovejoy (CT 03121)
P.O. Box 56
Easton, Connecticut 06612
(203) 459-9941
(203) 459-9943 (telefax)

BloomNotice3.doc

2

## CERTIFICATION

This is to certify that a copy of the attached was mailed on April 22, 2004, postage prepaid, to:

Ira B. Grudberg, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
P.O. Box 606
New Haven, Connecticut 06503

FREDERICK A. LOVEJOY

3