UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------X
NORMAN C. BLOOM,
    *Plaintiff,*

   v.                                                                3:02CV907(PCD)

MICHAEL A. DOUGLAS,
    *Defendant.*
------------------------------------X
MICHAEL A. DOUGLAS,                                    NOTICE OF MANUAL FILING
    *Third-Party Plaintiff,*

   v.                                                                April 27, 2004

NORMAN R. BLOOM REVOCABLE TRUST,
NORMAN R. BLOOM FAMILY SPRAY
TRUST, and NORMAN R. BLOOM
IRREVOCABLE INSURANCE TRUST
    *Third-Party Defendants.*
------------------------------------X

    Please take notice that plaintiff/third-party defendant Norman C. Bloom has manually filed the following document or thing:

> MOTION ON CONSENT FOR EXTENSION OF TIME: 1) TO FILE A
> REPLY BRIEF IN SUPPORT OF PLAINTIFF NORMAN C. BLOOM'S
> MOTION FOR SUMMARY JUDGMENT, AND 2) TO FILE AN
> AMENDED LOCAL CIVIL RULE 56(a)(1) STATEMENT

This document has not been filed electronically because

[ X ]  the document or thing cannot be converted to an electronic format (WordPerfect) by the undersigned's system
[   ]  the electronic file size of the document exceeds 1.5 megabytes
[   ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

1

Respectfully submitted,

LOVEJOY & ASSOCIATES
Attorneys for Plaintiff Norman C. Bloom and
Third-Party Defendants Norman R. Bloom
Revocable Trust, Norman R. Bloom Family Spray
Trust, and Norman R. Bloom Irrevocable Insurance
Trust


By: _____
Frederick A. Lovejoy (CT 03121)
P.O. Box 56
276 Center Road
Easton, Connecticut 06612
(203) 459-9941
(203) 459-9943 (telefax)

DouglasManual.doc

2

## CERTIFICATION

This is to certify that a copy of the attached was mailed on April 27, 2004, postage prepaid, to:

Joshua Lanning, Esq.
Ira B. Grudberg, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
New Haven, Connecticut 06503

*[signature]*
FREDERICK A. LOVEJOY

4

CERTIFICATION