**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| NORMAN C. BLOOM | : | |
| | : | |
| -vs- | : | Civil No. 3:02 cv 907 (PCD) |
| | : | |
| MICHAEL A. DOUGLAS, ET ALS | : | |

<u>ENDORSEMENT ORDER</u>

  Plaintiff's motion for extension of time until May 14, 2004 to take the deposition of plaintiff (Doc. #70) is hereby GRANTED.

  SO ORDERED.

  Dated at New Haven, Connecticut, April 30, 2004.

            /s/ _____
               Peter C. Dorsey, Senior
               United States District Judge