**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| NORMAN C. BLOOM | : | |
| | : | |
| -vs- | : | Civil No. 3:02 cv 907 (PCD) |
| | : | |
| MICHAEL A. DOUGLAS, ET ALS | : | |

ENDORSEMENT ORDER

     Plaintiff's motion for extension of time until May 17, 2004 to file an amended Local Civil Rule 56(a)(1) and until April 17, 2004 to file a reply brief in support of his motion for summary judgment (Doc. #71) is hereby GRANTED.

     SO ORDERED.

     Dated at New Haven, Connecticut, April 30, 2004.

                                         /s/_____
                                            Peter C. Dorsey, Senior
                                            United States District Judge