# United States District Court

DISTRICT OF   CONNECTICUT

NORMAN C. BLOOM,
                Plaintiff

    v

                                        CASE NUMBER: 3:02CV907(PCD)

MICHAEL A. DOUGLAS
                  Defendant and Third
Party Plaintiff

    v

NORMAN C. BLOOM, NORMAN R. BLOOM
REVOCABLE TRUST, NORMAN R. BLOOM     MAY 10, 2004
FAMILY SPRAY TRUST and NORMAN R.
BLOOM IRREVOCABLE INSURANCE
TRUST
                  Third Party
Defendants

### JOINT MOTION TO EXTEND TIME TO DEPOSE PLAINTIFF NORMAN BLOOM

Defendant/third-party plaintiff Michael Douglas, with consent of opposing counsel, respectfully requests that the Court grant a final extension of time to permit the taking of plaintiff Norman Bloom's deposition.   On April 30, 2004 the Court extended the time to take said deposition

until May 14, 2004. The parties have conferred and are unable to find a mutually agreeable date. They have determined, however, that June 9, 2004 is a convenient date for both parties.

WHEREFORE, the parties respectfully request a final extension of time, until June 9, 2004, to take the deposition of plaintiff Norman Bloom.

                        THE DEFENDANT/THIRD PARTY PLAINTIFF
                        MICHAEL A. DOUGLAS

BY_____
    Ira B. Grudberg (ct 00178)
    Joshua D. Lanning (ct 24529)
    JACOBS, GRUDBERG, BELT & DOW, P.C.
    350 Orange Street
    New Haven, CT 06503
    Telephone: (203) 772-3100
    Facsimile: (203) 772-1691
    email: igrudberg@jacobslaw.com

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed first class, this 10th day of May, 2004, to:

Frederick A. Lovejoy, Esq.
P.O. Box 56
Easton, CT 06612

                                                                                                      _____
                                                                                                       Ira B. Grudberg