UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
NORMAN C. BLOOM,
     *Plaintiff,*

   v.                                                                        3:02CV907(PCD)

MICHAEL A. DOUGLAS,
     *Defendant.*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
MICHAEL A. DOUGLAS,
     *Third-Party Plaintiff,*

   v.                                                                        May 12, 2004

NORMAN R. BLOOM REVOCABLE TRUST,
NORMAN R. BLOOM FAMILY SPRAY
TRUST, and NORMAN R. BLOOM
IRREVOCABLE INSURANCE TRUST
     *Third-Party Defendants.*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JOINT MOTION FOR THE RESCHEDULING OF THE SETTLEMENT CONFERENCE
SCHEDULED BEFORE PJO LAWRENCE W. IANNOTI FOR MAY 19, 2004

     Now comes the plaintiff Norman C. Bloom, the third-party defendants Norman R. Bloom Revocable Trust, Norman R. Bloom Family Spray Trust, and Norman R. Bloom Irrevocable Insurance Trust, and the defendant/third-party plaintiff Michael A. Douglas, and move this Court for an Order rescheduling the Settlement Conference presently scheduled for May 19, 2004 before PJO Lawrence W. Iannoti, and state as follows in support thereof:

     1.    That the parties have discussed the propriety of conducting a settlement conference at this time, and both parties are in agreement that settlement of this case would be highly unlikely at this time, given the fact that there is pending before this Court plaintiff Norman C. Bloom and third-party defendants Norman R. Bloom Revocable Trust, Norman R.

1

Bloom Family Spray Trust, and Norman R. Bloom Irrevocable Insurance Trust's Motion for Summary Judgment, which has not yet been ruled on by the Court.

2. That additionally, while the parties have scheduled the taking of the deposition of Norman C. Bloom, it has not been taken as of this date.

3. Moreover, the deposition of the third-party defendant Michael A. Douglas has never been taken.

## CONCLUSION

Based on the foregoing, the parties believe that there will be a much greater chance of settling this case following the Court's ruling on plaintiff Norman C. Bloom and third-party defendants Norman R. Bloom Revocable Trust, Norman R. Bloom Family Spray Trust, and Norman R. Bloom Irrevocable Insurance Trust's Motion for Summary Judgment and the taking of the depositions of Norman C. Bloom and Michael A. Douglas.

Dated: Easton, Connecticut
     May 12, 2004

LOVEJOY & ASSOCIATES
Attorneys for Plaintiff Norman C. Bloom and Third-Party Defendants Norman R. Bloom Revocable Trust, Norman R. Bloom Family Spray Trust, and Norman R. Bloom Irrevocable Insurance Trust

By:_____
Frederick A. Lovejoy (CT 03121)
P.O. Box 56
276 Center Road
Easton, Connecticut 06612
(203) 459-9941
(203) 459-9943 (telefax)

Dated: New Haven, Connecticut     JACOBS, GRUDBERG, BELT & DOW, P.C.
   May 12, 2004       Attorneys for Defendant/Third-Party Plaintiff
               Michael A. Douglas


           By:_____
             Ira B. Grudberg (CT 00178)
             Joshua D. Lanning (CT 24529)
             350 Orange Street
             New Haven, Connecticut 06503
             (203) 772-3100
             (203) 772-1691 (telefax)

DouglasRescheduling.doc

## CERTIFICATION

      I hereby certify that a copy of the foregoing was mailed first class, by certified mail, this 12th day of May, 2004, to:

Frederick A. Lovejoy, Esq.
P.O. Box 56
Easton, CT 06612

_____
Ira B. Grudberg