UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Norman C. BLOOM, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Case No. 3:02cv907 (PCD) |
| | : | |
| Michael A. DOUGLAS, | : | |
|     Defendant. | : | |
| ------------------------------------------- | | |
| Michael A. DOUGLAS, | : | |
|     Third-Party Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Norman C. BLOOM, NORMAN R. BLOOM REVOCABLE TRUST, NORMAN R. BLOOM FAMILY SPRAY TRUST, AND NORMAN R. BLOOM IRREVOCABLE INSURANCE TRUST | : | |
|     Third-Party Defendants. | : | |

**RULING ON JOINT MOTION TO RESCHEDULE SETTLEMENT CONFERENCE**

The parties move jointly to reschedule the Settlement Conference scheduled for May 19, 2004 with PJO Lawrence W. Iannotti, in light of the summary judgment motion filed by Plaintiff [Doc. No. 47].[1]  The parties' motion [Doc. No. 76] is **granted**.  When the summary judgment motion is ruled upon, the PJO settlement conference will be rescheduled to occur on a date shortly thereafter.

SO ORDERED.

Dated at New Haven, Connecticut, May  17 , 2004.

/s/
Peter C. Dorsey
United States District Judge

---

[1] Although the motion was filed on January 12, 2004, it is due to become ripe on the date of this Ruling.