UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

NORMAN C. BLOOM,
    *Plaintiff,*

    v.

MICHAEL A. DOUGLAS,
    *Defendant.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

MICHAEL A. DOUGLAS,
    *Third-Party Plaintiff,*

    v.

NORMAN R. BLOOM REVOCABLE TRUST,
NORMAN R. BLOOM FAMILY SPRAY
TRUST, and NORMAN R. BLOOM
IRREVOCABLE INSURANCE TRUST
    *Third-Party Defendants.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

3:02CV907(PCD)

May 12, 2004

MOTION ON CONSENT FOR EXTENSION OF TIME: 1) TO FILE A
REPLY BRIEF IN SUPPORT OF PLAINTIFF NORMAN C. BLOOM'S
MOTION FOR SUMMARY JUDGMENT, AND 2) TO FILE AN
AMENDED LOCAL CIVIL RULE 56(a)(1) STATEMENT

Now comes plaintiff Norman C. Bloom and moves this Court for an Order extending the

deadline set in this Court's Order dated April 21, 2004 (Docket No. 69) for the filing of an

amended Local Civil Rule 56(a)(1) Statement from Friday, April 30, 2004, to and including

Monday, May 31, 2004, and an extension of time to and including April 31, 2004 in which to file

plaintiff Norman C. Bloom's Reply Brief in Support of his Motion for Summary Judgment and

states as follows:

    1.    That this is the undersigned's second request for an extension (attached is

plaintiff/third-party defendants first request).

1

2.    That further to the factors stated in plaintiff/third-party defendants Motion dated April 27, 2004 states that the trial in In Re: DG HARMONY, Docket No. 99CIV8394 (DC) (Consolidated Actions) in which the undersigned represents one of the plaintiffs did not conclude on schedule, i.e. by May 10, 2004, and will continue to and including Monday, May 17, 2004.

3.    That because of the foregoing obligations and other obligations that have been backing up as a result of the above the undersigned makes this request.

4.    That the undersigned has spoken with counsel for defendant/third-party plaintiff Michael A. Douglas, who does not object to the instant request for an enlargement of time to comply with the Court's Order.

9.    That this motion is not being made for purposes of harassment or delay.

Dated: Easton, Connecticut
      May 12, 2004

LOVEJOY & ASSOCIATES
Attorneys for Plaintiff Norman C. Bloom and Third-Party Defendants Norman R. Bloom Revocable Trust, Norman R. Bloom Family Spray Trust, and Norman R. Bloom Irrevocable Insurance Trust

By: _____
    Frederick A. Lovejoy (CT 03121)
    P.O. Box 56
    Easton, Connecticut 06612
    (203) 459-9941
    (203) 459-9943 (telefax)

DouglasExtension4.doc

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
NORMAN C. BLOOM,
     *Plaintiff,*

       v.                                      3:02CV907(PCD)

MICHAEL A. DOUGLAS,
     *Defendant.*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
MICHAEL A. DOUGLAS,
     , *Third-Party Plaintiff,*

       v.                                      April 27, 2004

NORMAN R. BLOOM REVOCABLE TRUST,
NORMAN R. BLOOM FAMILY SPRAY
TRUST, and NORMAN R. BLOOM
IRREVOCABLE INSURANCE TRUST
     *Third-Party Defendants.*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

MOTION ON CONSENT FOR EXTENSION OF TIME: 1) TO FILE A
REPLY BRIEF IN SUPPORT OF PLAINTIFF NORMAN C. BLOOM'S
MOTION FOR SUMMARY JUDGMENT, AND 2) TO FILE AN
AMENDED LOCAL CIVIL RULE 56(a)(1) STATEMENT

Now comes plaintiff Norman C. Bloom and moves this Court for an Order extending the

deadline set in this Court's Order dated April 21, 2004 (Docket No. 69) for the filing of an

amended Local Civil Rule 56(a)(1) Statement from Friday, April 30, 2004, to and including

Monday, May 17, 2004, and an extension of time to and including April 17, 2004 in which to file

plaintiff Norman C. Bloom's Reply Brief in Support of his Motion for Summary Judgment and

states as follows:

1

1.    The undersigned received in the mail this Court's Order (Docket No. 69) dated April 21, 2004 on April 24, 2004 directing the amendment of plaintiff Norman C. Bloom's Local Civil Rule 56(a)(1) Statement by April 30, 2004.

2.    The undersigned received defendant/third-party plaintiff Michael A. Douglas's Objection/Opposition to plaintiff Norman C. Bloom's Motion for Summary Judgment, dated April 15, 2004, on April 21, 2004.

3.    That because the undersigned is preparing on trial in <u>In Re: DG HARMONY</u> (Docket No. 99  Civ. 8394(DC) Consolidated Actions) pending in the United States District Court for the Southern District of New York, which began on April 22, 2004 before United States District Judge Dennis Chin, it is not possible for the undersigned to meet the aforementioned deadlines.

4.    Additionally, on the evening of March 16, 2004, the room containing the undersigned's files was struck by a motor vehicle which resulted in significant damage to the undersigned's offices.

5.    That as a result of the damage to the undersigned's offices, some of the files, including some of those relating to the Bloom litigation, were required to be moved, and that as a result thereof, the undersigned has not been able to locate the Appendixes relating to plaintiff Norman C. Bloom's Local Civil Rule 56(a)(1) Statement.

6.    That repairs to the undersigned's office are presently being performed by a contractor.

7.    That the trial in the DG HARMONY case is expected to run through May 10, 2004.

2

8.    That the undersigned has spoken with counsel for defendant/third-party plaintiff Michael A. Douglas, who does not object to the instant request for an enlargement of time to comply with the Court's Order.

9.    That this motion is not being made for purposes of harassment or delay.

Dated: Easton, Connecticut
      April 27, 2004

LOVEJOY & ASSOCIATES
Attorneys for Plaintiff Norman C. Bloom and Third-Party Defendants Norman R. Bloom Revocable Trust, Norman R. Bloom Family Spray Trust, and Norman R. Bloom Irrevocable Insurance Trust

By: _____
    Frederick A. Lovejoy (CT 03121)
    P.O. Box 56
    Easton, Connecticut 06612
    (203) 459-9941
    (203) 459-9943 (telefax)

DouglasExtension3.doc

3

## CERTIFICATION

This is to certify that a copy of the attached was mailed on April 27, 2004, postage prepaid, to:

Joshua Lanning, Esq.
Ira B. Grudberg, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
New Haven, Connecticut 06503

FREDERICK A. LOVEJOY

4

## CERTIFICATION

This is to certify that a copy of the attached was mailed on May 12, 2004, postage

prepaid, to:

Joshua Lanning, Esq.
Ira B. Grudberg, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
New Haven, Connecticut 06503

FREDERICK A. LOVEJOY

3