79

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
---------------------------------X
NORMAN C. BLOOM,
    *Plaintiff,*

v.

MICHAEL A. DOUGLAS,
    *Defendant.*
---------------------------------X
MICHAEL A. DOUGLAS,
    *Third-Party Plaintiff,*

v.

NORMAN R. BLOOM REVOCABLE TRUST,
NORMAN R. BLOOM FAMILY SPRAY
TRUST, and NORMAN R. BLOOM
IRREVOCABLE INSURANCE TRUST
    *Third-Party Defendants.*
---------------------------------X

3:02CV907(PCD)

NOTICE OF MANUAL FILING

May 12, 2004

    Please take notice that plaintiff/third-party defendant Norman C. Bloom has manually filed the following document or thing:

> MOTION ON CONSENT FOR EXTENSION OF TIME: 1) TO FILE A
> REPLY BRIEF IN SUPPORT OF PLAINTIFF NORMAN C. BLOOM'S
> MOTION FOR SUMMARY JUDGMENT, AND 2) TO FILE AN
> AMENDED LOCAL CIVIL RULE 56(a)(1) STATEMENT

This document has not been filed electronically because

[ X ]   the document or thing cannot be converted to an electronic format (WordPerfect) by the undersigned's system
[    ]   the electronic file size of the document exceeds 1.5 megabytes
[    ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[    ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

1

Dated:  Easton, Connecticut
       May 12, 2004

Respectfully submitted,

LOVEJOY & ASSOCIATES
Attorneys for Plaintiff Norman C. Bloom and
Third-Party Defendants Norman R. Bloom
Revocable Trust, Norman R. Bloom Family Spray
Trust, and Norman R. Bloom Irrevocable Insurance
Trust

By: _____
Frederick A. Lovejoy (CT 03120)
P.O. Box 56
276 Center Road
Easton, Connecticut 06612
(203) 459-9941
(203) 459-9943 (telefax)

DouglasManual.doc

2