# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| Norman C. BLOOM, : | |
|     Plaintiff, : | |
| v. : | Case No. 3:02cv907 (PCD) |
| : | |
| Michael A. DOUGLAS, : | |
|     Defendant. : | |
| ------------------------------------------------------ | |
| Michael A. DOUGLAS, : | |
|     Third-Party Plaintiff, : | |
| v. : | |
| : | |
| Norman C. BLOOM, NORMAN R. : | |
| BLOOM REVOCABLE TRUST, : | |
| NORMAN R. BLOOM FAMILY SPRAY : | |
| TRUST, AND NORMAN R. BLOOM : | |
| IRREVOCABLE INSURANCE TRUST : | |
|     Third-Party Defendants. : | |

## RULING ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Plaintiff moves again for an extension of time to file his reply brief and to file his amended Local Rule 56(a) Statement. His reply brief was originally due on April 30, 2004, and he previously sought and received an extension until May 17, 2004. Plaintiff now seeks until May 31, 2004.[1] The summary judgment motion was filed on January 12, 2004. Plaintiff's motion for extension of time [Doc. No. 78] is **granted in part**. He shall file his reply brief and Local Rule 56(a) statement on or before May 27, 2004.

SO ORDERED.

Dated at New Haven, Connecticut, May  19 , 2004.

                                                              /s/
                                                    Peter C. Dorsey
                                              United States District Judge

---

[1] Plaintiff purports to seek until May 31, 2004 to file his Local Rule 56(a) Statement and until April 31 [sic], 2004 to file his Reply Brief. It is noted that April, 2004 has already passed and he has not filed his reply, therefore his request is construed as an extension of time until May 31, 2004.