UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

Jun 1  2 52 PM '04

U.S DISTRICT COURT
NEW HAVEN, CONN.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

NORMAN C. BLOOM,
        *Plaintiff,*

    v.

MICHAEL A. DOUGLAS,
        *Defendant.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

MICHAEL A. DOUGLAS,
        *Third-Party Plaintiff,*

    v.

3:02CV907 (PCD)

May 27, 2004

NORMAN C. BLOOM, NORMAN R.
BLOOM REVOCABLE TRUST,
NORMAN R. BLOOM FAMILY SPRAY
TRUST, and NORMAN R. BLOOM
IRREVOCABLE INSURANCE TRUST
        *Third-Party Defendants.*

Notice of Manual Filing

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

    Please take notice that plaintiff Norman C. Bloom has manually filed the following document or thing:

    1)    Reply Brief of Plaintiff Norman C. Bloom and Third-Party Defendants Norman R. Bloom Revocable Trust, Norman R. Bloom Family Spray Trust, and Norman R. Bloom Irrevocable Insurance Trust in Response to Defendant/Third-Party Plaintiff Michael A. Douglas's Memorandum in Opposition to Summary Judgment Dated April 15, 2004, in Support of their Motion for Summary Judgment Dated December 5, 2003 (Docket Nos. 47, 48, 49, 50, 51, 52, and 53), and

    2)    Revised Local Civil Rule 56(a)(1) Statement

This document has not been filed electronically because

[ X ]  the document or thing cannot be converted to an electronic format (WordPerfect) by the undersigned's system

[   ]  the electronic file size of the document exceeds 1.5 megabytes

[   ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

[   ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

1

The document or thing has been manually served on all parties.

Dated: Easton, Connecticut
   May 27, 2004

Respectfully submitted,

LOVEJOY & ASSOCIATES
Attorneys for Plaintiff Norman R. Bloom
and Third-Party Defendants Norman C.
Bloom, Norman R. Bloom Revocable Trust,
Norman R. Bloom Family Spray Trust, and
Norman R. Bloom Irrevocable Insurance
Trust

By: _____
Frederick A. Lovejoy (CT 03121)
P.O. Box 56
Easton, Connecticut 06612
(203) 459-9941
(203) 459-9943 (telefax)

BloomNotice4.doc

2

## CERTIFICATION

This is to certify that a copy of the attached was mailed on May 27, 2004, postage

prepaid, to:

Ira B. Grudberg, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
P.O. Box 606
New Haven, Connecticut 06503

FREDERICK A. LOVEJOY

3