# United States District Court

**DISTRICT OF** CONNECTICUT

**NORMAN C. BLOOM,**
      Plaintiff

   v

**MICHAEL A. DOUGLAS**
      Defendant and Third Party Plaintiff

   v
**NORMAN C. BLOOM, NORMAN R. BLOOM REVOCABLE TRUST, NORMAN R. BLOOM FAMILY SPRAY TRUST and NORMAN R. BLOOM IRREVOCABLE INSURANCE TRUST**
      Third Party Defendants

**CASE NUMBER: 3:02CV907(PCD)**

**JUNE 9, 2004**

### REQUEST FOR PERMISSION TO FILE SUR-REPLY IN RESPONSE TO MOVANT'S REPLY BRIEF IN SUPPORT OF SUMMARY JUDGMENT DATED MAY 27, 2004

     Defendant/third-party plaintiff Michael Douglas ("Douglas") respectfully requests this Court's permission to file a sur-reply in response to movant's Reply Brief dated May 27, 2004. In support of this request, Douglas notes that movant's brief offers several new legal arguments with respect to its position. For example, movants aver that Douglas may not

create an issue of material fact by submitting an affidavit that contradicts the deposition testimony of a nonparty.  Moreover, movants further aver that Douglas is now "estopped" from asserting that he did not provide legal services to plaintiff Norman C. Bloom.

    It is anticipated Douglas' sur-reply would reach a maximum of five pages.  The movants' counsel objects to this request.

                                      THE DEFENDANT/THIRD PARTY PLAINTIFF
MICHAEL A. DOUGLAS


BY_____
    Joshua D. Lanning (CT 24529)
    JACOBS, GRUDBERG, BELT & DOW, P.C.
    350 Orange Street
    P.O. Box 606
    New Haven, CT  06503
    (203) 772-3100 (PHONE)
    (203) 772-1691 (FAX)
    jlanning@jacobslaw.com

## **CERTIFICATION**

I hereby certify that a copy of the Request for Permission to File Sur-Reply in Response to Movant's Reply Brief in Support of Summary Judgment Dated May 27, 2004, was mailed first class, postage prepaid to:

Frederick Lovejoy, Esq.
P. O. Box 56
Easton, CT  06612

                                       Joshua D. Lanning