UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Norman C. BLOOM,
   Plaintiff,

v.

Michael A. DOUGLAS,
   Defendant.

---

Michael A. DOUGLAS,
   Third-Party Plaintiff,

v.

Norman C. BLOOM, NORMAN R.
BLOOM REVOCABLE TRUST,
NORMAN R. BLOOM FAMILY SPRAY
TRUST, AND NORMAN R. BLOOM
IRREVOCABLE INSURANCE TRUST
   Third-Party Defendants.

FILED
JUN 14  3 28 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

Case No. 3:02cv907 (PCD)

## RULING ON DEFENDANT'S MOTION TO FILE SUR-REPLY

Defendant moves for permission to file a sur-reply brief of five pages or less in response to Plaintiff's reply brief in support of its motion for summary judgment,[1] on the basis that Plaintiff "offers several new legal arguments with respect to its position."[2] Defendant's motion [Doc. No. 83] is **granted**, and any such sur-reply brief (five pages or less) shall be filed on or before June 16, 2004. Should Plaintiff wish to file any sur-reply, he shall file it on or before June 18, 2004, and it shall be no longer than five pages.

---

[1] The summary judgment motion was filed approximately five months ago, on January 12, 2004.

[2] It should be noted that a reply brief should only respond to issues and arguments raised in the opposition brief. *See* D. CONN. L. CIV. R. 7(d) (A reply brief "must be strictly confined to a discussion of matters raised by the responsive brief"); *Knipe v. Skinner*, 999 F.2d 708, 711 (2d Cir. 1993) ("Arguments may not be made for the first time in a reply brief.").

SO ORDERED.

Dated at New Haven, Connecticut, June __, 2004.

---
Peter C. Dorsey
United States District Judge

2