UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------X
NORMAN C. BLOOM,
    *Plaintiff,*

v.

MICHAEL A. DOUGLAS,
    *Defendant.*
------------------------------X
MICHAEL A. DOUGLAS,
    *Third-Party Plaintiff,*

v.

NORMAN C. BLOOM, NORMAN R.
BLOOM REVOCABLE TRUST,
NORMAN R. BLOOM FAMILY SPRAY
TRUST, and NORMAN R. BLOOM
IRREVOCABLE INSURANCE TRUST
    *Third-Party Defendants.*
------------------------------X

3:02CV907 (PCD)

June 18, 2004

Notice of Manual Filing

    Please take notice that plaintiff Norman C. Bloom has manually filed the following document or thing:

    1)    Plaintiff Norman C. Bloom and Third-Party Defendants Norman R. Bloom Revocable Trust, Norman R. Bloom Family Spray Trust, and Norman R. Bloom Irrevocable Insurance Trust Reply Pursuant to the Court Order dated June 14, 2004 (Docket No. 84) in Response to Defendant/Third-Party Plaintiff Michael A. Douglas's Sur-Reply in Opposition to Motion for Summary Judgment, dated June 16, 2004 (Docket No. 85).

This document has not been filed electronically because

[ X ]   the document or thing cannot be converted to an electronic format (WordPerfect) by the undersigned's system
[   ]   the electronic file size of the document exceeds 1.5 megabytes
[   ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

1

The document or thing has been manually served on all parties.

Dated: Easton, Connecticut
      June 18, 2004

Respectfully submitted,

LOVEJOY & ASSOCIATES
Attorneys for Plaintiff Norman R. Bloom and Third-Party Defendants Norman C. Bloom, Norman R. Bloom Revocable Trust, Norman R. Bloom Family Spray Trust, and Norman R. Bloom Irrevocable Insurance Trust

By: _____
Frederick A. Lovejoy (CT 03121)
P.O. Box 56
Easton, Connecticut 06612
(203) 459-9941
(203) 459-9943 (telefax)

BloomNotice4.doc

## CERTIFICATION

This is to certify that a copy of the attached was mailed on June 18, 2004, postage prepaid, to:

Ira B. Grudberg, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
P.O. Box 606
New Haven, Connecticut 06503

                                              FREDERICK A. LOVEJOY