*United States District Court*
**DISTRICT OF**   CONNECTICUT

**NORMAN C. BLOOM,**
    **Plaintiff**

v

**MICHAEL A. DOUGLAS**
    **Defendant and Third Party Plaintiff**

    v
**NORMAN C. BLOOM, NORMAN R. BLOOM REVOCABLE TRUST, NORMAN R. BLOOM FAMILY SPRAY TRUST and NORMAN R. BLOOM IRREVOCABLE INSURANCE TRUST**
    **Third Party Defendants**

**CASE NUMBER: 3:02CV907(PCD)**

SEPTEMBER 1, 2004

### NOTICE OF DEFENDANT/THIRD PARTY PLAINTIFF'S MOTION FOR PERMISSION TO DISCLOSE EXPERT

Defendant/third party plaintiff Michael Douglas, through counsel, respectfully submits that he has, today, served plaintiff/third party defendants, through counsel, with a Motion for Permission to Disclose Expert.

            THE DEFENDANT/THIRD PARTY PLAINTIFF
            MICHAEL A. DOUGLAS

            BY_____
             Joshua D. Lanning (ct 24529)
             JACOBS, GRUDBERG, BELT & DOW, P.C.
             350 Orange Street
             P.O. Box 606
             New Haven, CT  06503
             (203) 772-3100

## **CERTIFICATION**

I hereby certify that a copy of the Notice of Defendant/Third Party Plaintiff's Motion for Permission to Disclose Expert was mailed first class, postage prepaid on September 1, 2004, to:

Frederick Lovejoy, Esq.
P.O. Box 56
Easton, CT  06612

                                                          Joshua D. Lanning