UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 NOV 17 P 3: 12

U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| Norman C. BLOOM<br>Plaintiff, | :<br>:<br>: |
| -vs- | : Civil No. 3:02cv907 (PCD) |
| Michael A. DOUGLAS,<br>Defendant and Third Party Plaintiff, | :<br>: |
| -vs- | :<br>: |
| Norman C. BLOOM, NORMAN R.<br>BLOOM REVOCABLE TRUST,<br>NORMAN R. BLOOM FAMILY SPRAY<br>TRUST, and NORMAN R. BLOOM<br>IRREVOCABLE INSURANCE TRUST<br>Third Party Defendants. | :<br>:<br>:<br>:<br>:<br>: |

### RULING ON DEFENDANT/THIRD PARTY PLAINTIFF'S MOTION FOR PERMISSION TO DISCLOSE EXPERT

Defendant/Third Party Plaintiff ("Defendant"), Michael Douglas, moves [Doc. No. 89] for permission to disclose an expert notwithstanding that the time previously set for expert disclosure has expired. For the following reasons, the motion is **denied**.

The issues presented in this case arose in 1995. The need for an expert should have been apparent even to present counsel who have been involved in the case for more than seven months prior to filing this motion. To permit Defendant another expert will require renewed discovery in a case nearing three years old. Furthermore, it would delay Plaintiff's entitlement to a resolution and cost Plaintiff the expense of added discovery. Because Defendant has failed to establish good cause, the motion is denied.

SO ORDERED.

Dated at New Haven, Connecticut, November 16, 2004.

_/s/ Peter C. Dorsey_
Peter C. Dorsey
United States District Judge