UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------X
NORMAN C. BLOOM,
    *Plaintiff,*

v.

MICHAEL A. DOUGLAS,
    *Defendant.*
------------------------------------X
MICHAEL A. DOUGLAS,
    *Third-Party Plaintiff,*

v.

NORMAN R. BLOOM REVOCABLE TRUST,
NORMAN R. BLOOM FAMILY SPRAY
TRUST, and NORMAN R. BLOOM
IRREVOCABLE INSURANCE TRUST
    *Third-Party Defendants.*
------------------------------------X

3:02CV00907(PCD)

FILED
2004 DEC -8  P 2: 36
U.S. DISTRICT COURT
NEW HAVEN, CT

December 7, 2004

## PLAINTIFF AND THIRD-PARTY DEFENDANTS' MOTION ON CONSENT FOR MODIFICATION OF THE COURT'S SCHEDULING ORDER

Now come plaintiff Norman C. Bloom and third-party defendants Norman R. Bloom Revocable Trust, Norman R. Bloom Family Spray Trust, and Norman R. Bloom Irrevocable Insurance Trust, and move this Court, on the consent of defendant/third-party plaintiff Michael A. Douglas, for a modification of the Court's Trial Preparation Order (Docket No. 93), and state in support thereof as follows:

1.    That this motion is made with the consent of counsel for defendant/third-party plaintiff Michael A. Douglas.

2.    That on June 27, 2004, the undersigned's father-in-law passed away; Sam D. Eggleston

1

3. That because of various court commitments of the undersigned and because of work commitments of my wife, we were only able to attend the funeral and return to Connecticut.

4. That because of the brief period of time that we were able to assist my mother-in-law in late June 2004, we agreed to spend 11 days with her; i.e., from December 22, 2004 to January 1, 2005, so that we might assist her in going through my father in laws belongings, et cetera, at her home and otherwise assisting her.

5. That we have, heretofore, made and paid for travel arrangements from Connecticut to Virginia and back for the above-referenced time period.

6. That the undersigned would like to honor his commitment in respect to the aforementioned one time only obligation.

7. That because of the above and because of various other deadlines in other cases which fall between December 15 and December 20, 2004, the undersigned respectfully requests that the three dates contained in the Court's Order (Docket No. 93) be rescheduled, for a period of 30 days, respectively to January 20, 2005 from December 20, 2004 (Section A), January 27, 2005 from December 27, 2004 (Section B) and February 5, 2005 from January 5, 2005 (Section C).

8. That this motion is not being made for purposes of harassment or delay.

Dated: Easton, Connecticut
December 7, 2004

LOVEJOY & ASSOCIATES
Attorneys for Plaintiff Norman C. Bloom and Third-Party Defendants Norman R. Bloom Revocable Trust, Norman R. Bloom Family Spray Trust, and Norman R. Bloom Irrevocable Insurance Trust

By: _____
Frederick A. Lovejoy (CT 03121)
P.O. Box 56
Easton, Connecticut 06612
(203) 459-9941
(203) 459-9943 (telefax)

DouglasConsent.doc

SO ORDERED:

_____
U.S.D.J.

## CERTIFICATION

This is to certify that a copy of the attached was mailed on December 7, 2004, postage prepaid, to:

Joshua Lanning, Esq.
Ira B. Grudberg, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
New Haven, Connecticut 06503

_____
FREDERICK A. LOVEJOY

4