UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------X
NORMAN C. BLOOM,
    *Plaintiff,*

v.

MICHAEL A. DOUGLAS,
    *Defendant.*
---------------------------------X
MICHAEL A. DOUGLAS,
    *Third-Party Plaintiff,*

v.

NORMAN R. BLOOM REVOCABLE TRUST,
NORMAN R. BLOOM FAMILY SPRAY
TRUST, and NORMAN R. BLOOM
IRREVOCABLE INSURANCE TRUST
    *Third-Party Defendants.*
---------------------------------X

FILED

3:02CV907(PCD)

U.S. DISTRICT COURT
NEW HAVEN, CT

December 7, 2004

### NOTICE OF MANUAL FILING

Please take notice that Plaintiff/Third Party Defendants Norman C. Bloom, Norman R. Bloom Revocable Trust, Norman R. Bloom Family Spray Trust, and Norman R. Bloom Irrevocable Insurance Trust have manually filed their Motion on Consent For Modification of the Court's Scheduling Order

This document has not been filed electronically because

[ X ]  the documents or things cannot be converted to an electronic format (WordPerfect) by the undersigned's system
[   ]  the electronic file size of the document exceeds 1.5 megabytes
[   ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document has been manually served on all parties.

Dated: Easton, Connecticut  
December 7, 2004

LOVEJOY & ASSOCIATES, LLC  
Attorneys for Plaintiffs

By: _____  
Frederick A. Lovejoy (CT 03121)  
P.O. Box 56  
Easton, Connecticut 06612  
(203) 459-9941  
(203) 459-9943 (telefax)

Bloom Manual111904.doc

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on December 7, 2004, postage prepaid, to:

Joshua D. Lanning, Esq.
Jacobs, Grudberg, Belt & Dow PC
PO Box 606, 350 Orange Street
New Haven, CT 06503-0606

Frederick A. Lovejoy