UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JURY SELECTION CALENDAR

HONORABLE PETER C. DORSEY, U.S.D.J.
141 CHURCH STREET
NEW HAVEN
COURTROOM NO. 1

February 3, 2005

9:00 A.M.

## NOTICE TO COUNSEL

Jury selection will commence at 9:00 A.M. on **FEBRUARY 3, 2004** in Courtroom No. 1, 141 Church Street, New Haven, Connecticut. Juries will be selected in six cases in the order listed. A schedule of trial dates, commencing the day after jury selection shall be announced at the time of jury selection.

Problems with the selection of juries or in the assignment of trial dates shall be discussed initially among all counsel. Any request to the court shall be made at the earliest possible time and in writing. No continuances shall be granted except after such consultation and upon good cause shown. No other commitments or conflicts in schedule can be accommodated unless such information is communicated to Patricia A. Villano, Deputy Clerk, Office of the Clerk, 203-773-2427 not less than five business days before jury selection.

Counsel in the first six cases shall select juries at the time noted. Counsel in all other cases shall be prepared to appear at the time noted if notified to do so by the court. Any case in which a jury is selected shall be prepared to commence on 24-hours notice. Counsel in cases awaiting trial must immediately inform the Deputy Clerk of any potential schedule conflict. Failure to so inform the Deputy Clerk will not be accepted to excuse a case from trial as may be required in accordance herewith.

In any case assigned for jury selection or trial, all counsel must diligently explore settlement/entry of a plea at as early a date as possible and advise the Deputy Clerk of any actual settlement/or request for the scheduling of the plea immediately.

If the court, Magistrate Margolis or a Parajudicial Officer can aid settlement discussions, a request for a conference will be honored as promptly as possible. Late advice of settlements/requests to change plea compromises the ability to inform counsel in other cases of their being assigned for jury selection and/or trial. Advice of settlements/requests to change plea but one or two business days before an assignment creates onerous workloads on the court staff and potentially unfair burdens on parties, counsel and witnesses in other cases.

Any settlement reported later than noon, two business days before the assignment date, will require an explanation as to why settlement was not previously accomplished.

PETER C. DORSEY, SENIOR,
UNITED STATES DISTRICT JUDGE

### CASE NO.    3:03 cr 294 USA vs. Alberto Castillo

COUNSEL OF RECORD:

| | |
|---|---|
| Stephen B. Reynolds, AUSA | U.S. Attorney's Office, 915 Lafayette Blvd., Room 309, Bridgeport, CT 06604<br>203-696-3000 |
| James I. Glasser, AUSA | U.S. Attorney's Office, 157 Church St., 23rd Fl., New Haven, CT 06510<br>203-821-3700 |
| Jonathan J. Einhorn, Esq. | 412 Orange St., New Haven, CT 06511<br>203-777-3777 |

### CASE NO.   3:04 cr 276 USA vs. John Chetta and Michael Barletta

COUNSEL OF RECORD:

| | |
|---|---|
| Michael J. Gustafson, AUSA<br>James I. Glasser, AUSA<br>John H. Durham, AUSA | U.S. Attorney's Office, 157 Church St., 23rd Fl., New Haven, CT 06510<br>203-821-3700 |
| John R. Gulash, Jr., Esq. | Gulash & Riccio, 350 Fairfield Ave., P.O. Box 9118, Bridgeport, CT 06601<br>203-367-7440 |
| Andrew B. Bowman, Esq. | Law Offices of Andrew B. Bowman, 1804 Post Road East, Westport, CT 06880<br>203-259-0599 |

### CASE NO.    3:04 cr 277 USA vs. Victor Riccitelli, Richard Terico, David Bean, Jose Guzman and Hector Fernandez

COUNSEL OF RECORD:

| | |
|---|---|
| Michael J. Gustafson, AUSA | U.S. Attorney's Office, 157 Church St., 23rd Fl., New Haven, CT 06510<br>203-821-3700 |
| Jonathan J. Einhorn, Esq. | 412 Orange St., New Haven, CT 06511<br>203-777-3777 |

| | |
|---|---|
| Philip D. Russell, Esq. | Philip Russell, PC, 71 Lewis St., P.O. Box 1437, Greenwich, CT 06836   203-661-4200 |
| Frank J. Riccio, Esq. | 923 East Main St., P.O. Box 491, Bridgeport, CT 06601   203-333-6135 |
| Robert G. Golger, Esq. | Quatrella & Rizio, One Post Rd., P.O. Box 320019, Fairfield, CT 06432 203-255-9928 |
| Robert J. Sullivan, Jr., Esq. | 190 Main St., Westport, CT 06880 203-227-1404 |

### CASE NO. 3:04 cr 284 USA vs. Peter N. Ellef, William A. Tomasso, Tomasso Brothers, Inc., Tunix Management Co., Peter N. Ellef, II and L.F. Design, LLC

COUNSEL OF RECORD:

| | |
|---|---|
| Nora R. Dannehy, AUSA | U.S. Attorney's Office, 450 Main St., Hartford, CT 06103   860-947-1101 |
| Eric J. Glover, AUSA<br>John H. Durham, AUSA | U.S. Attorney's Office, 157 Church St., 23rd Fl., P.O. Box 1824, New Haven, CT 06510 203-821-3700 |
| Hugh F. Keefe, Esq. | Lynch, Traub, Keefe & Errante, P.O. Box 1612, 52 Trumbull St., New Haven, CT 06506 203-787-0275 |
| James T. Cowdery, Esq.<br>Thomas J. Murphy, Esq. | Cowdery, Ecker & Murphy, 750 Main St., Suite 910, Hartford, CT 06103-4477<br><br>860-278-5555 |
| John R. Fornaciari, Esq. | Sheppard, Mullin, Ricter & Hampton, 1300 I St., NW, 11th Fl., E Washington DC 20005   202-218-0000 |
| Martin J. Minnella, Esq.<br>Timothy C. Moynahan, Esq. | Moynahan, Ruskin, Mascolo & Minnella, 141 East Main St., P.O. Box 2242, Waterbury, CT 06722-2242 203- 573-1411 |

### CASE NO. 3:02 cv 907  Norman C. Bloom vs. Michael A. Douglas

COUNSEL OF RECORD:

| | |
|---|---|
| Frederick A. Lovejoy, Esq. | Lovejoy & Associates, P.O. Box 56, Easton, CT 06612<br>203-459-9941 |
| Ira B. Grudberg, Esq.<br>Joshua D. Lanning, Esq. | Jacobs, Grudberg, Belt & Dow, P.C., 350 Orange St., P.O. Box 606, New Haven, CT 06503-0001<br>203-772-1691 |

### CASE NO. 3:02 cv 1906 Paul Fillipelli vs. Terrace Club

COUNSEL OF RECORD:

| | |
|---|---|
| Kevin J. Lennon, Esq. | Tisdale & Lennon, 10 Spruce St., Southport, CT 06490<br>203-254-8474 |
| Mark A. Ruben, Esq. | Marcus, Ollman & Kommer, 72 East Main St., New Rochelle, NY 10801<br>914-633-7400 |
| Darren P. Renner, Esq.<br>Lori A. Eaton, Esq. | Lustig & Brown, 1150 Summer St., Stamford, CT 06905    203-977-7840 |

### CASE NO. 3:03 cv 459  Crossroads Communications of Old Saybrook, LLC. vs. Tower Ventures, Inc.

COUNSEL OF RECORD:

| | |
|---|---|
| Edward M. Rosenthal, Esq.<br>Thomas P. Willcutts, Esq. | Willcutts & Assoc., 21 Oak St., Suite 602, Hartford, CT 06106-8002<br>860-524-6800 |
| Andrew M. Dewey, Esq.<br>Claudia A. Baio, Esq. | Baio & Associates, 15 Elm St., Rocky Hill, CT 06067    860-571-8853 |

<u>CASE NO.   3:04 cv 838   Philip Ventimiglia vs. Metro-North Commuter RR Co.</u>

COUNSEL OF RECORD:

| | |
|---|---|
| Robert E. Myers, Esq. | Coffeey & Kaye, Two Bala Plaza, Suite 718, Bala Cynwyd, PA 19004    610-668-9800 |
| Anthony D. Sutton, Esq. | Jacobs, Grudberg, Belt & Dow, P.C., 350 Orange St., P.O. Box 606, New Haven, CT 06510    203-772-3100 |
| Catherine S. Nietzel, Esq.<br>Robert O. Hickey, Esq. | Ryan, Ryan, Johnson & Deluca, 80 4TH St., P.O. Box 3057, Stamford, CT 06905<br>203-961-9872 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK