UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

NORMAN C. BLOOM,
*Plaintiff,*

v.                                          3:02CV00907(PCD)

MICHAEL A. DOUGLAS,
*Defendant.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

MICHAEL A. DOUGLAS,
*Third-Party Plaintiff,*

v.
                                            January 20, 2005

NORMAN R. BLOOM REVOCABLE TRUST,
NORMAN R. BLOOM FAMILY SPRAY
TRUST, and NORMAN R. BLOOM
IRREVOCABLE INSURANCE TRUST
*Third-Party Defendants.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MANUAL FILING

Please take notice that plaintiff Norman C. Bloom and third-party defendants Norman R. Bloom Revocable Trust, Norman R. Bloom Family Spray Trust and Norman R. Bloom Irrevocable Insurance Trust have manually filed the following documents or things:

1)    Plaintiff and Third-Party Defendants' Motion for Modification of the Court's Scheduling Order

This document has not been filed electronically because

[ X ]    the documents or things cannot be converted to an electronic format (WordPerfect) by the undersigned's system
[    ]    the electronic file size of the document exceeds 1.5 megabytes
[    ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[    ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents or things have been manually served on all parties.

Respectfully submitted,

Dated: Easton, Connecticut
      January 20, 2005

LOVEJOY & ASSOCIATES
Attorneys for Plaintiff Norman C. Bloom and
Third-Party Defendants Norman R. Bloom
Revocable Trust, Norman R. Bloom Family Spray
Trust, and Norman R. Bloom Irrevocable
Insurance Trust

By: _____
Frederick A. Lovejoy (CT 0312 )
P.O. Box 56
Easton, Connecticut 06612
(203) 459-9941
(203) 459-9943 (telefax)

DouglasManual3.doc

CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on January 20, 2005, postage prepaid, to:

Joshua Lanning, Esq.
Ira B. Grudberg, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
New Haven, Connecticut 06503

Frederick A. Lovejoy