UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------X
NORMAN C. BLOOM,
*Plaintiff,*

v.                                            3:02CV00907(PCD)

MICHAEL A. DOUGLAS,
*Defendant.*
---------------------------------X
MICHAEL A. DOUGLAS,
*Third-Party Plaintiff,*

v.

January 11, 2005

NORMAN R. BLOOM REVOCABLE TRUST,
NORMAN R. BLOOM FAMILY SPRAY
TRUST, and NORMAN R. BLOOM
IRREVOCABLE INSURANCE TRUST
*Third-Party Defendants.*
---------------------------------X

MOTION IN LIMINE OF PLAINTIFF NORMAN C. BLOOM AND
THIRD-PARTY DEFENDANTS NORMAN R. BLOOM REVOCABLE TRUST,
NORMAN R. BLOOM FAMILY SPRAY TRUST, AND NORMAN R. BLOOM
IRREVOCABLE INSURANCE TRUST TO: 1) STRIKE THE COUNTERCLAIMS
AND DEFENSES OF DEFENDANT/THIRD-PARTY PLAINTIFF MICHAEL A.
DOUGLAS AND/OR PRECLUDE THE TESTIMONY OF MICHAEL A. DOUGLAS;
2) TO PRECLUDE DEFENDANT/THIRD-PARTY PLAINTIFF MICHAEL A.
DOUGLAS'S EXPERT WITNESS SID MILLER FROM TESTIFYING IN THIS
MATTER, 3) TO STRIKE THE COUNTERCLAIMS AND DEFENSES AND/OR PRECLUDE
THE TESTIMONY OF DEFENDANT/THIRD-PARTY PLAINTIFF MICHAEL A. DOUGLAS
FOR FAILING TO SERVE A DAMAGE ANALYSIS AS REQUIRED BY THE
REPORT OF PARTIES PLANNING MEETING, PARAGRAPH E (9) WHICH
WAS APPROVED AND ADOPTED AS AN ORDER OF THIS COURT
(DOCKET NO. 21); AND 4) FOR THE COURT REPORTER'S CHARGES DUE TO THE
BELATED CANCELLATION BY DEFENDANT/THIRD-PARTY PLAINTIFF
MICHAEL A. DOUGLAS OF FOUR (4) DEPOSITION DATES HE HAD AGREED TO

Now come plaintiff Norman C. Bloom and third-party defendants Norman R. Bloom Revocable Trust; Norman R. Bloom Family Spray Trust; and Norman R. Bloom Irrevocable Insurance Trust, and move this Court for an Order in support of their motion *in limine*: 1) to

1

strike the affirmative defenses and counterclaim of defendant and third-party plaintiff, Michael A. Douglas, Esq., and/or to preclude the testimony of Attorney Douglas at trial for repeated failure to appear for properly noticed depositions without justifiable excuse; 2) to preclude the testimony at trial of Sid M. Miller, Esq., the attorney delinquently disclosed as an expert witness by defendant and third-party plaintiff, Michael A. Douglas; 3) to strike the counterclaims and defenses and/or preclude the testimony of defendant/third-party plaintiff Michael A. Douglas for failing to serve a damage analysis as required by the Report of Parties Planning Meeting, paragraph E (9) which was approved and adopted as an order of this Court (Docket No. 21); and 4) for the court reporter's fees due to the belated cancellation by Attorney Michael A. Douglas of four (4) scheduled depositions, and in support of the same submit 1) plaintiff Norman C. Bloom and Third-Party Defendants Norman R. Bloom Revocable Trust, Norman R. Bloom Family Spray Trust, and Norman R. Bloom Irrevocable Insurance Trust's Memorandum Of Law In Support Of Motion In Limine of Plaintiff Norman C. Bloom and Third-Party Defendants Norman R. Bloom Revocable Trust, Norman R. Bloom Family Spray Trust, and Norman R. Bloom Irrevocable Insurance Trust to: 1) Strike the Counterclaims and Defenses of Defendant/Third-Party Plaintiff Michael A. Douglas and/or Preclude the Testimony of Michael A. Douglas; 2) to Preclude Defendant/Third-Party Plaintiff Michael A. Douglas's Expert Witness Sid Miller from Testifying in This Matter; 3) to strike the counterclaims and defenses of defendant/third-party plaintiff Michael A. Douglas for failing to serve a damage analysis as required by the Report of Parties Planning Meeting, paragraph E (9) which was approved and adopted as an order of this Court (Docket No. 21); and 4) for the Court Reporter's Charges Due to the Belated Cancellation by Defendant/Third-Party Plaintiff Michael A. Douglas of Four (4)

Deposition Dates He Had Agreed To, and 2) the 28 U.S.C. §1746 Statement of Frederick A. Lovejoy.

Dated: Easton, Connecticut  
January 11, 2005

LOVEJOY & ASSOCIATES  
Attorneys for Plaintiff Norman C. Bloom and Third-Party Defendants Norman R. Bloom Revocable Trust, Norman R. Bloom Family Spray Trust, and Norman R. Bloom Irrevocable Insurance Trust

By:_____  
Frederick A. Lovejoy (CT 03121)  
P.O. Box 56  
Easton, Connecticut 06612  
(203) 459-9941  
(203) 459-9943 (telefax)

DouglasMotionInLimine.doc

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on January 14, 2005, postage prepaid, to:

Joshua Lanning, Esq.
Ira B. Grudberg, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
New Haven, Connecticut 06503

_____
Frederick A. Lovejoy