UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------X
NORMAN C. BLOOM,
    *Plaintiff,*

    v.

MICHAEL A. DOUGLAS,
    *Defendant.*
---------------------------------X
MICHAEL A. DOUGLAS,
    *Third-Party Plaintiff,*

    v.

NORMAN R. BLOOM REVOCABLE TRUST,
NORMAN R. BLOOM FAMILY SPRAY
TRUST, and NORMAN R. BLOOM
IRREVOCABLE INSURANCE TRUST
    *Third-Party Defendants.*
---------------------------------X

3:02CV00907(PCD)

January 14, 2005

## NOTICE OF MANUAL FILING

Please take notice that plaintiff Norman C. Bloom and third-party defendants Norman R. Bloom Revocable Trust, Norman R. Bloom Family Spray Trust and Norman R. Bloom Irrevocable Insurance Trust have manually filed the following documents or things:

1)     Motion In Limine of Plaintiff Norman C. Bloom and Third-Party Defendants Norman R. Bloom Revocable Trust, Norman R. Bloom Family Spray Trust, and Norman R. Bloom Irrevocable Insurance Trust to: 1) Strike the Counterclaims and Defenses of Defendant/Third-Party Plaintiff Michael A. Douglas and/or Preclude the Testimony of Michael A. Douglas; 2) to Preclude Defendant/Third-Party Plaintiff Michael A. Douglas's Expert Witness Sid Miller from Testifying in This Matter, and 3) to strike the counterclaims and defenses and/or preclude testimony of defendant/third-party plaintiff Michael A. Douglas for failing to serve a damage analysis as required by the Report of Parties Planning Meeting, paragraph E (9) which was approved and adopted as an order of this Court (Docket No. 21); and 4) For the Court Reporter's Charges Due to the Belated Cancellation by Defendant/Third-Party Plaintiff Michael A. Douglas of Four (4) Deposition Dates He Had Agreed To

2)     Plaintiff Norman C. Bloom and Third-Party Defendants Norman R. Bloom Revocable Trust, Norman R. Bloom Family Spray Trust, and Norman R. Bloom Irrevocable

Insurance Trust's Memorandum of Law in Support of Motion In Limine to: 1) Strike the Counterclaims and Defenses of Defendant/Third-Party Plaintiff Michael A. Douglas and/or Preclude the Testimony of Michael A. Douglas; 2) to Preclude Defendant/Third-Party Plaintiff Michael A. Douglas's Expert Witness Sid Miller from Testifying in this Matter, and 3) to strike the counterclaims and defenses and/or preclude testimony of defendant/third-party plaintiff Michael A. Douglas for failing to serve a damage analysis as required by the Report of Parties Planning Meeting, paragraph E (9) which was approved and adopted as an order of this Court (Docket No. 21); and 4) For the Court Reporter's Charges Due to the Belated Cancellation by Defendant/Third-Party Plaintiff Michael A Douglas of Four (4) Deposition Dates He Had Agreed To

3)     28 U.S.C. §1746 Statement of Frederick A. Lovejoy

These documents have not been filed electronically because

[ X ] the documents or things cannot be converted to an electronic format (WordPerfect) by the undersigned's system
[   ] the electronic file size of the document exceeds 1.5 megabytes
[   ] the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ] Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents or things have been manually served on all parties.

                                              Respectfully submitted,

Dated: Easton, Connecticut        LOVEJOY & ASSOCIATES
       January 14, 2005              Attorneys for Plaintiff Norman C. Bloom and
                                            Third-Party Defendants Norman R. Bloom
                                            Revocable Trust, Norman R. Bloom Family Spray
                                            Trust, and Norman R. Bloom Irrevocable
                                            Insurance Trust

                                            By: _____
                                            Frederick A. Lovejoy (CT 03121)
                                            P.O. Box 56
                                            Easton, Connecticut 06612
                                            (203) 459-9941
                                            (203) 459-9943 (telefax)

DouglasManual2.doc

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on January 14, 2005, postage prepaid, to:

Joshua Lanning, Esq.
Ira B. Grudberg, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
New Haven, Connecticut 06503

_____
Frederick A. Lovejoy