UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------------X

NORMAN C. BLOOM,

        Plaintiff

                                      3:02CV907(PCD)

   v.

MICHAEL A. DOUGLAS,

        Defendant and Third
        Party Plaintiff

   v.

NORMAN C. BLOOM, NORMAN R.          JANUARY 20, 2005
BLOOM RECOVABLE TRUST,
NORMAN R. BLOOM FAMILY SPRAY TRUST
and NORMAN R. BLOOM IRREVOCABLE
INSURANCE TRUST

        Third Party Defendants

## NOTICE OF COMPLIANCE WITH TRIAL PREPARATION ORDER

    Defendant/Third-Party Plaintiff Michael Douglas respectfully submits notice that he has, this day, complied with "Section A" of this Court's Trial Preparation Order dated November 10, 2004 by sending responses to Section A items 1-6 to opposing counsel.

                THE DEFENDANT/THIRD PARTY PLAINTIFF
                MICHAEL A. DOUGLAS


                BY_____
                  Joshua D. Lanning (ct 24529)
                  JACOBS, GRUDBERG, BELT,DOW & KATZ, P.C.
                  350 Orange Street, P.O. Box 606
                  New Haven, CT  06503
                  Phone: (203) 772-3100
                  Fax: (203) 772-1691 jlanning@jacobslaw.com

## **CERTIFICATION**

I hereby certify that a copy of the Notice of Compliance With Trial Preparation Order was mailed first class, postage prepaid on January 20, 2005, to:

Frederick Lovejoy, Esq.
P.O. Box 56
Easton, CT  06612

_____
Joshua D. Lanning