Q04-1130R

June 17, 2004

Frederick Lovejoy, Esq.
P. O. Box 56
276 Center Road
Easton, CT  06612

Dear Mr. Lovejoy:

    I have just received my copies of the deposition of Mr. Bloom.  I am assuming you also got copies for purposes of reading and signing.  I would appreciate it if, when that has been accomplished, you would send me a copy of the Errata Sheet and Jurat.

    Very truly yours,

    JACOBS, GRUDBERG, BELT & DOW, P.C.


    By_____
      Ira B. Grudberg

ibg/ad
P.S. Why don't you give me some days in the next four to six weeks when you will be available to depose Mr. Douglas.  Give me as much lead time as possible and I will get back to you promptly concerning his availability.  If we set date, he will appear.