# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| Norman C. BLOOM : | |
|     Plaintiff, : | |
| : | |
|     -vs- : | Civil No. 3:02cv907  (PCD) |
| : | |
| Michael A. DOUGLAS, : | |
|     Defendant and Third Party Plaintiff, : | |
| : | |
|     -vs- : | |
| : | |
| Norman C. BLOOM, NORMAN R. : | |
| BLOOM REVOCABLE TRUST, : | |
| NORMAN R. BLOOM FAMILY SPRAY : | |
| TRUST, and NORMAN R. BLOOM : | |
| IRREVOCABLE INSURANCE TRUST : | |
|     Third Party Defendants. : | |

## RULING ON PLAINTIFF'S AND THIRD-PARTY DEFENDANTS' MOTION FOR MODIFICATION OF THE COURT'S SCHEDULING ORDER

Plaintiff, Norman C. Bloom, and Third Party Defendants Norman R. Bloom Revocable Trust, Norman R. Bloom Family Spray Trust, and Norman R. Bloom Irrevocable Insurance Trust ("Plaintiff"), move [Doc. No. 100] for modification of the Court's Trial Preparation Order.  For the following reasons, the motion is **denied**.

On November 11, 2004, this Court issued a Trial Preparation Order ("TPO") [Doc. No. 93].  On December 9, 2004, this Court granted Plaintiff's motion for modification of the scheduling order [Doc. No. 96].  On January 20, 2005, the revised date on which the parties were ordered to comply with Section A of the TPO, Plaintiff filed the present motion, requesting an additional extension of time, to a date reasonably following the Court's ruling on Plaintiff's Motion in Limine [Doc. No. 101], to comply with the TPO.

As stated in the previous paragraph, this Court previously granted Plaintiff a one-month extension to comply with the TPO. Furthermore, Plaintiff filed the present motion for extension of time on the same date that he was ordered to comply with Section A of the TPO. Finally, Plaintiff states that Defendant/Third-Party Plaintiff Michael A. Douglas ("Defendant") consented to this motion. Defendant, however, has filed a memorandum in opposition to this motion alleging, among other things, that he did not consent to an extension of time [Doc. No. 104].

In sum, Plaintiff has had more than two months to comply with the TPO and his present request does not suggest a good faith effort to comply with the revised order. Accordingly, the motion is denied. Plaintiff shall comply with Section A on or before February 1, 2005; Section B on or before February 8, 2005; and Section C on or before February 18, 2005, at which time this case shall be deemed ready for trial.

SO ORDERED.

Dated at New Haven, Connecticut, January 27, 2005.

/s/

Peter C. Dorsey
United States District Judge