UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------X
NORMAN C. BLOOM,
                Plaintiff

                                                   3:02CV907(PCD)
v.

MICHAEL A. DOUGLAS,
                Defendant and Third
                Party Plaintiff

v.

NORMAN C. BLOOM, NORMAN R.           FEBRUARY 2, 2005
BLOOM RECOVABLE TRUST,
NORMAN R. BLOOM FAMILY SPRAY TRUST
and NORMAN R. BLOOM IRREVOCABLE
INSURANCE TRUST
                Third Party Defendants

## DEFENDANT/THIRD-PARTY PLAINTIFF MICHAEL DOUGLAS' PROPOSED QUESTIONS FOR POTENTIAL JURORS

In anticipation of jury selection in the above-captioned matter, defendant/third-party plaintiff Michael Douglas respectfully submits the following questions for the Court's use to the extent that they are of assistance during *voire dire*:

1. The plaintiff, Norman Bloom is a resident of Norwalk, Connecticut. Do you know him? Have you ever heard of him?

2. The plaintiff is represented by Attorney Frederick Lovejoy, of Lovejoy and Associates. Do you have any experience with him or his firm?

3. The defendant, Michael Douglas, is a resident of New York City. Do you know him? Have you ever heard of him?

4. The defendant is represented by Attorneys Ira Grudberg and Joshua Lanning. They are with New Haven firm Jacobs, Grudberg, Belt, Dow & Katz, P.C. Other attorneys in that firm are Howard Jacobs; David Belt; William F. Dow, III; Jonathan Katz; Bernard

Christianson; David Grudberg; Rosemarie Paine; Joseph Packtor; Andrew Schaeffer; Alinor Sterling; Trisha Morris; Edward McManus; Anthony Sutton. Do you have experience with any of these attorneys?

5. Do you have any experience/familiarity with the Connecticut shellfish industry?

6. There will likely be a lot of testimony in this case about a business named Tallmadge Brothers, Inc. Have you ever heard of that company?

7. You will likely hear testimony from several witnesses at trial. Defendant has stated that he may call the following witnesses:

   A) Richard DiMarco of the Stamford law firm Cohen & Wolf, P.C.

   B) Richard Albrecht of the Stamford law firm Cohen & Wolf, P.C.

   C) Sid Miller of the Hamden law firm Miller & Goldman.

   D) Norman C. Bloom of Norwalk Connecticut.

   E) A. Reynolds Gordon a Stamford Attorney.

   F) John Volk, former Director of Acquaculture at the Connecticut Department of Agriculture.

   G) Robert Bloom

   H) Stephen Bloom

   I) Frederick Lovejoy of the Easton Connecticut law firm Lovejoy & Associates.

   J) Mark Errico of Norwalk, Connecticut.

   K) Deborah Bloom of Norwalk Connecticut.

   L) Paul Zill

   M) David Hopp

   N) Leslie Miklovich

   O) Hillard Bloom, Jr.

   P) Richard Worth of Corporate Renewal Services.

   Q) Linda Simmons of Corporate Renewal Services.

   R) Christine Barker

S) Mario Zangari

T) Gregory Bezz:

U) Joseph A. Verilli of the accounting firm Dworken, Hillman, Lammorte & Sterczala, P.C.

V) Richard Diviney of Westport Bank and Trust Company.

W) Charles Gallagher of Westport Bank and Trusts Company.

X) Joseph Bononcini was at all relevant times CPA for Tallmadge Brothers, Inc.'s New Jersey operations; he is expected to provide testimony related to assets and income of Tallmadge's New Jersey subsidiaries.

Y) Steven Fleetwood was manager of Tallmadge Brothers, Inc.'s New Jersey Operations. He is expected to provide testimony related to assets and income of Tallmadge's New Jersey subsidiaries.

Z) Keeper of Records,

AA) Keeper of Records,

BB) Peter Mott

CC) Steven Ayers

DD) Lawrence Lapine, Esq.

EE) Michael Lyons

FF) Paul Pacifico

GG) Joseph Richichi, Esq.

HH) Joseph Tesoriere

II) Richard Zeisler

JJ) David H. Carey director of Acquaculture at the Connecticut Department of Agriculture.

KK) James Sullivan former chairman of the Connecticut Bond Commission.

LL) William C. Cibes former Secretary to the State Bond Commission.

MM) Melanie J. Atwater legislative assistant to the Department of Agriculture..

8.  What is your educational background?

9.  What do you do for a living?

10. Do you have any background in business or accounting?

11. You will likely hear a lot of evidence related to business and accounting matter. Do you anticipate any trouble understanding such material?

12. This case, in part, involves issues of what does, and what does not constitute the practice of law. Do you have any familiarity with the legal profession?

14. Have you ever been involved in a lawsuit?

13. Do you have any firm opinions about attorneys? Lawsuits?

14. Do you have any familiarity with the work performed by business consultants?

15. Have you ever been involved in a business dispute? Describe.

16. If so, did it result in litigation of any kind?

                              THE DEFENDANT/THIRD PARTY PLAINTIFF
                              MICHAEL A. DOUGLAS

                              BY _____
                              Joshua D. Lanning (ct 24529)
                              JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.
                              350 Orange Street, P.O. Box 606
                              New Haven, CT 06503
                              Phone: (203) 772-3100
                              Fax: (203) 772-1691
                              E-Mail: jlanning@jacobslaw.com

## CERTIFICATION

I hereby certify that a copy of the Defendant/Third-Party Plaintiff Michael Douglas' Proposed Questions For Potential Jurors was mailed first class, postage prepaid on February 2, 2005, to:

Frederick Lovejoy, Esq.
P.O. Box 56
Easton, CT  06612

_____
Joshua D. Lanning