UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Jury Trial Calendar

Honorable Peter C. Dorsey, U. S. D. J.
141 Church Street
New Haven
Courtroom #1

March 7, 2005

10:00 A.M.

CASE NO.   3-02-cv-907 (PCD) Norman C. Bloom vs. Michael A. Douglas

JURY TRIAL COMMENCES

COUNSEL OF RECORD:

| | |
|---|---|
| Frederick A. Lovejoy, Esq. | Lovejoy & Associates, P.O. Box 56, Easton, CT 06612<br>203-459-9941 |
| Ira B. Grudberg, Esq.<br>Joshua  D. Lanning, Esq. | Jacobs, Grudberg, Belt & Dow, P.C., 350 Orange St., P.O. Box 606, New Haven, CT 06503-0001<br>203-772-1691 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK