# EXHIBIT A

**LOVEJOY & ASSOCIATES**
ATTORNEYS AT LAW

Frederick A. Lovejoy*

Jennifer L. Hayes☐
Patricia A. Shepard†

*Admitted NY, CT, RI and NJ
☐Admitted in NY and CT
†Admitted in CT

276 CENTER ROAD
EASTON, CONNECTICUT 06612
TELEPHONE (203) 459-9941
TELEFAX (203) 459-9943
EMAIL ADDRESS: LOVEJOYADM@AOL.COM

December 11, 2003

<u>VIA TELEFAX</u>
(203) 866-9724

Re:   Norman C. Bloom v.
      Michael A. Douglas
      Docket No. 3:02CV907(PCD)
      (Our File 02-307-1)

George R. Ciampa, Esq.
Slavitt, Connery & Vardamis
618 West Avenue
Norwalk, Connecticut 06850

Dear Mr. Ciampa:

   We acknowledge receipt of the appearance of Robert A. Slavitt, Esq., which was telefaxed to us today.

   Since Mr. Slavitt personally represented plaintiff Norman C. Bloom on the very issue that defendant/third-party plaintiff Michael A. Douglas did, <u>and</u> will be called as a witness by plaintiff Norman C. Bloom and the third-party defendants Norman R. Bloom Revocable Trust, Norman R. Bloom Family Spray Trust and Norman R. Bloom Irrevocable Insurance Trust if this case goes to trial, we request that he immediately withdraw his appearance in this matter.

Yours very truly,

Frederick A. Lovejoy

FAL/jr
DouglasCiampa11.doc

RHODE ISLAND OFFICE:   1536 WESTMINSTER STREET, PROVIDENCE, RHODE ISLAND 02909
                       TELEPHONE: (401) 273-7747   TELEFAX: (401) 421-4818

NEW YORK OFFICE:       82 WALL STREET, SUITE 1105, NEW YORK, NEW YORK 10005
                       TELEPHONE: (212) 344-1717   TELEFAX: (203) 459-9943