# **EXHIBIT C**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------X
NORMAN C. BLOOM,
    *Plaintiff*

            v.

3:02-CV-907 (PCD)

MICHAEL A. DOUGLAS,
    *Defendant.*
-----------------------------------------------------------X
MICHAEL A. DOUGLAS,
    *Third-Party Plaintiff*

            v.

APRIL 8, 2003

NORMAN C. BLOOM, NORMAN R.
BLOOM REVOCABLE TRUST,
NORMAN R. BLOOM FAMILY SPRAY
TRUST and NORMAN R. BLOOM
IRREVOCABLE INSURANCE TRUST,
    *Third-Party Defendants*
-----------------------------------------------------------X

## SECOND RE-NOTICE OF DEPOSITION OF NORMAN C. BLOOM

TO:   Frederick A. Lovejoy, Esq.
      Lovejoy & Associates
      276 Center Road
      Easton, CT 06612

PLEASE TAKE NOTICE that at 10:00 A.M. on **Wednesday, May 7, 2003** at the law

offices of **Slavitt, Connery & Vardamis, 618 West Avenue, Norwalk, CT 06850**, the

defendant/third-party plaintiff will take the deposition of **Norman C. Bloom**, the plaintiff/third-

party defendant, as a witness, whose address is 7 Edgewater Place, East Norwalk, Connecticut

06855, upon oral examination pursuant to the Federal Rules of Civil Procedure, before Campano

& Associates, P.O. Box 370, Wilton, CT 06897-0370, a notary public, or before some other

officer authorized by law to administer oaths. The oral examination will be recorded by

stenographic means and continue from day to day until completed. You are invited to attend and

cross-examine.

The plaintiff/third-party defendant is requested to produce at or before the scheduled

deposition at the offices of defendant/third-party plaintiff's counsel, Slavitt, Connery &

Vardamis, 618 West Avenue, Norwalk, CT 06850:

(i)      All documents bearing upon any allegations, issues, or other matters involved in

this litigation which are either in the personal possession, custody or control of the plaintiff/third-

party defendant or are in the possession, custody or control of any agent, representative, and/or

attorney of the plaintiff/third-party defendant and /or are available to the plaintiff/third-party

defendant or his attorney in connection with this actions;

(ii)      Connecticut Commercial Shellfish Statistics ("survey forms") submitted by

Tallmadge Bros., Inc. to the Marine Fisheries Office of the Connecticut Department of

Environmental Protection, during the period January 1, 1991 through December 31, 1996; and

(iii)      federal and state income tax returns filed by Tallmadge Bros., Inc. and for all its

wholly owned subsidiaries, including without limitation Bivalve, Reed & Reed, and Peterson

Packing, for taxable years 1991 through 1996.

2

"Document" shall include, but is not limited to, notes, memoranda, correspondence, reports, tapes, articles or other publications, questionnaires and surveys, or any other writings or transcriptions of any kind which may relate, directly or indirectly, to any allegation, issue, or other matter involved in this litigation.

MICHAEL A. DOUGLAS


By: _____

George R. Ciampa (ct03551)
SLAVITT, CONNERY & VARDAMIS
His Attorneys
618 West Avenue
Norwalk, CT 06850
Telephone No. (203) 838-7555
Facsimile No.  (203) 866-9724

3

## Certificate of Service

This is to certify that on this 8th day of April, 2003, I mailed the original of the foregoing "Second Re-Notice of Deposition of Norman C. Bloom" via certified mail, return receipt requested to:

Frederick A. Lovejoy, Esq.
Lovejoy & Associates
276 Center Road
Easton, CT 06612
*(Attorney for plaintiff and third-party defendants)*

_____
George R. Ciampa

4

```
        * * *  TRANSMISSION RESULT REPORT ( APR. 8.2003  9:47AM ) *  *  *
                                                     TTI   SLAVITT CONNERY VARD

  DATE    TIME   ADDRESS          MODE      TIME   PAGE  RESULT   PERS. NAME           FILE
-------------------------------------------------------------------------------------------
APR. 8.  9:46AM                   TES       1'23"  P. 5   OK                            130
```

```
#  :  BATCH          C  :  CONFIDENTIAL       $  :  TRANSFER         P  :  POLLING
M  :  MEMORY         L  :  SEND LATER         @  :  FORWARDING       E  :  ECM
S  :  STANDARD       D  :  DETAIL             F  :  FINE             >  :  REDUCTION
*  :  PC             %  :  PC DIRECT
```