# **EXHIBIT D**



```
DOCS PHYSICIANS-FIRST FL
55 EAST 34TH STREET
NEW YORK, NY 10016
212/252-6001
TAX ID: 134021987                              09151035

DOUGLAS,MICHAEL                                Acct: 571801/1
13 EAST 16TH STREET
C/O S.B.P
NEW YORK,NY 10016                   Physician: ULEIS,KEITH MD

         Insurance                           Diagnosis
U.S. HEALTHCARE                              079.99


Opr  Date         Code-Mod     Description                                Amount
-------------------------------------------------------------------------------
TH   08/11/03     99214        OFFICE VISIT                               135.00
TH   08/11/03     PRCA         PRIVATE PAY-CASH                           -15.00




                                                               ---------
                                             Visit Balance        120.00

              Your Health Care Is Our Concern
         We Appreciate The Opportunity To Serve You.
```

D·O·C·S offices are located throughout the greater metropolitan area.
See reverse side.



## BETH ISRAEL MEDICAL CENTER

2007

RADIOLOGY REPORT

| | MR/DEPT# | LOC | ACC |
|---|---|---|---|
| NAME | 1736095 | PEDU | 2740965 |

NAME
DOUGLAS, MICHAEL A.
DOB: Jun-29-1940

Requesting MD: MASON, TONYA, MD
EXAM: CT ABD & PELVIS W/O CONTRAST
DATE OF EXAM: Aug-11-2003

PRELIMINARY REPORT

CT OF THE ABDOMEN AND PELVIS:

There is a 2 mm nonobstructing calculus at the lower pole of the left kidney. No other calculus is present in the kidneys, ureters, or bladder. There is minimal prominence of the left renal calyces without gross hydronephrosis. A 3.4 x 2.6 cm fluid attenuation lesion at the lower pole of the right kidney probably represents a cyst. The bowel appears unremarkable. In particular the appendix is visualized and is normal.

Impression: Nonobstructing left renal calculus. Probable right renal cyst. No appendicitis.

Alex Maderazo, MD
Radiology Resident

*****************************************************
THIS IS THE FINAL REPORT
*****************************************************

CT SCAN OF THE ABDOMEN AND PELVIS:

Multiple spiral axial sections through the abdomen and pelvis were obtained as a stone search protocol without intravenous contrast. A small amount of oral contrast was utilized.

The lung bases are clear. The liver, spleen, pancreas, adrenals, and gallbladder are unremarkable.

There is a 3.0 cm fluid attenuation mass at the lower pole of the right kidney, probably representing a cyst. There are multiple small parapelvic cysts in the left kidney. There is a 0.2 cm nonobstructing calculus at the lower pole of the left kidney (image #31). No hydronephrosis or hydroureter is seen. No

2007

## RADIOLOGY REPORT

| | MR/DEPT# | LOC | ACC |
|---|---|---|---|
NAME | 1736095 | PEDU | 2740965
DOUGLAS, MICHAEL A.
DOB: Jun-29-1940

Requesting MD: MASON, TONYA, MD
EXAM: CT ABD & PELVIS W/O CONTRAST
DATE OF EXAM: Aug-11-2003

Interpreted by:
Sandor Joffe, MD    /signed by/ Sandor Joffe, MD
Alex Maderazo, MD   /signed by/ Alex Maderazo, MD

Dictated on:
Transcribed on: Aug-12-2003 1:22 AM by Talkstation Interface
Finalized on:   Aug-12-2003 3:35 AM by Talkstation Interface

500302047

2007

[BETH ISRAEL MEDICAL CENTER]

RADIOLOGY REPORT

NAME                           MR/DEPT#        LOC       ACC
DOUGLAS, MICHAEL A.            1736095         PEDU      2740965
DOB: Jun-29-1940

Requesting MD: MASON, TONYA, MD
EXAM: CT ABD & PELVIS W/O CONTRAST
DATE OF EXAM: Aug-11-2003
ureteral or bladder calculi are noted. The bladder is unremarkable, although it is not fully distended. Incidentally noted is a circumaortic left renal vein.

The prostate is enlarged, measuring 5.3 x 3.7 cm.

The bowel is unremarkable. In particular, the appendix is visualized and appears normal. There is no pelvic or retroperitoneal lymphadenopathy. No pelvic mass or ascites is seen.

IMPRESSION:

Probable right renal cyst. Left renal parapelvic cysts.

Nonobstructing left renal calculus.

No evidence of appendicitis.

Mildly enlarged prostate.

```
         BETH ISRAEL MEDICAL CENTER LABS              Patient Name:   DOUGLAS, MICHAEL A
DEPARTMENT OF PATHOLOGY AND LABORATORY MEDICINE       Med Rec No.:    (000)173-6095
           FIRST AVENUE AT 16TH STREET                Loc: ER       Room:
              NEW YORK, NY  10003                     ID No.:   500302047      Type:  E
                                                      Sex: M    DOB:  06/29/1940
                                                      Admit Date:      08/11/03
                                                      Discharge Date: 08/18/03
                                                      Attending MD:
```

                            HEMATOLOGY - CBC & DIFF


                        Collected:    08/11/03
                            Time:     1549

| Units   | Reference     | Test           |       |
|---------|---------------|----------------|-------|
|         |               | COMPLETE BLOOD COUNT | |
| K/CMM   | [4.5-10.8]    | WBC            | 8.1   |
| M/CMM   | [4.50-5.90]   | RBC            | 4.70  |
| G/DL    | [13.5-17.5]   | HGB            | 13.5  |
| %       | [41.0-53.0]   | HCT            | 40.4L |
| FL      | [80.0-100.0]  | MCV            | 85.8  |
| PG/CEL  | [27.0-34.0]   | MCH            | 28.7  |
| G/DL    | [31.0-36.0]   | MCHC           | 33.4  |
| %       | [11.4-16.4]   | RDW            | 12.3  |
| K/CMM   | [150-450]     | PLATELETS      | 164   |
| FL      | [6.5-11.3]    | MPV            | 9.8   |
|         |               | AUTOMATED DIFFERENTIAL | |
| %       | [36.0-66.0]   | GRAN PERCENT   | 63.3  |
| %       | [15.0-44.0]   | LYMPH PERCENT  | 26.7  |
| %       | [0.0-10.0]    | MONO PERCENT   | 6.2   |
| %       | [0.0-5.0]     | EOS PERCENT    | 3.2   |
| %       | [0.0-2.0]     | BASO PERCENT   | 0.6   |
| K/CMM   | [1.4-7.6]     | GRAN ABSOLUTE  | 5.1   |
| K/CMM   | [0.9-3.1]     | LYMPH ABSOLUTE | 2.2   |
| K/CMM   | [0.1-0.8]     | MONO ABSOLUTE  | 0.5   |
| K/CMM   | [0.0-0.5]     | EOS ABSOLUTE   | 0.3   |
| K/CMM   | [0.0-0.2]     | BASO ABSOLUTE  | 0.0   |

Legend:
L = Low

Date Printed: 08/12/03          EMERGENCY INTERIM REPORT                     Page:    1

```
        BETH ISRAEL MEDICAL CENTER LABS            Patient Name:  DOUGLAS, MICHAEL A
DEPARTMENT OF PATHOLOGY AND LABORATORY MEDICINE    Med Rec No.:   (000)173-6095
           FIRST AVENUE AT 16TH STREET             Loc: ER     Room:
              NEW YORK, NY  10003                  ID No.:   500302047     Type:  E
                                                   Sex: M   DOB:  06/29/1940
                                                   Admit Date:      08/11/03
                                                   Discharge Date: 08/18/03
                                                   Attending MD:
```

URINALYSIS

```
                      Collected:  08/11/03
                           Time:  1705
Units      Reference         Test

ROUTINE URINALYSIS
           [YELLOW]          |COLOR             YELLOW
           [CLEAR]           |APPEARANCE        CLEAR
                             |PH                5.0
           [1.001-1.035]     |SPEC.GRAVITY      1.015
           [NEGATIVE]        |PROTEIN           NEGATIVE
           [NEGATIVE]        |GLUCOSE           NEGATIVE
           [NEGATIVE]        |KETONES           NEGATIVE
           [NEGATIVE]        |BILIRUBIN         NEGATIVE
MG/DL      [NORMAL]          |UROBILINOGEN      NORMAL
           [NEGATIVE]        |OCCULT BLOOD      NEGATIVE
           [NEGATIVE]        |NITRITE           NEGATIVE
           [NEGATIVE]        |LEUK ESTERASE     NEGATIVE
```

CHEMISTRY - GENERAL

```
                      Collected:  08/11/03
                           Time:  1549
Units      Reference         Test

GENERAL CHEMISTRY
MEQ/L      [135-145]         |SODIUM @          140
MEQ/L      [3.5-5.0]         |POTASSIUM @       4.3
MEQ/L      [96-108]          |CHLORIDE @        105
MEQ/L      [22-33]           |CO2 @             27
MG/DL      [8-21]            |BUN @             15
MG/DL      [70-110]          |GLUCOSE @         77
MG/DL      [0.7-1.3]         |CREATININE @      1.0
MG/DL      [8.4-10.2]        |CALCIUM @         9.0
U/L        [28-100]          |AMYLASE @         69
U/L        [7-60]            |LIPASE @          34
```

@ = |SODIUM, |POTASSIUM, |CHLORIDE, |CO2, |BUN, |GLUCOSE, |CREATININE, |CALCIUM, |AMYLASE
, |LIPASE Performed at:  BETH ISRAEL MEDICAL CENTER, FIRST AVE. AT 16TH ST,NEW YORK, NY
 10003

Date Printed: 08/12/03           EMERGENCY INTERIM REPORT              Page:    2
Time Printed: 0326

# BETH ISRAEL MEDICAL CENTER

PETRIE DIVISION NEW YORK, NY 10261

REFERENCE # 0308210137PED

| 1 Patient Name | 2 Service Date(s) From/Through | 3 Statement Date | Page |
|---|---|---|---|
| MICHAEL DOUGLAS | 08/11/03-08/11/03 | 09/04/03 | 1 |

**4 This is the current insurance information on file**
Please review and make corrections on the back of form

| Insurance Name | Policy # |
|---|---|
| 1. AETNA/US HEALTHCARE | BBD51F3A |
| 2. | |
| 3. | |
| 4. | |

**5 If paying by CREDIT CARD, please complete this section.**

VISA   MASTERCARD   AMEX

Card #: _____

Exp. Date ___/___   AMT AUTHORIZED $ _____.___

Signature _____

**6 CHECK / M.O.**
AMOUNT ENCLOSED
$ _____.___

**7 Responsible Party**

MICHAEL DOUGLAS
13 EAST 16TH ST 2ND FL
NEW YORK, NY 10003-3191

000146

**8 Mail payment to:**

BETH ISRAEL MEDICAL CENTER
P.O. BOX 4401
PETRIE DIVISION
NEW YORK, NY 10261-4401

| 9 Account Number | 10 Previous Balance | 11 Charges | 12 Est. Ins. Coverage | 13 Payments/ADJ'S | 14 Amt Due from Patient |
|---|---|---|---|---|---|
| 7160909 | | 3257.00 | | 3222.00- | 35.00 |

*To ensure proper credit to your account, detach top section and return with your payment*

| 15 Account Number | 16 Patient Name | 17 Service Date(s) | 18 Statement Date | Page |
|---|---|---|---|---|
| 7160909 | MICHAEL DOUGLAS | 08/11/03-08/11/03 | 09/04/03 | 1 |

| 19 Date(s) | 20 Description | 21 Charges | 22 Est. Ins. Coverage | 23 Payments/ADJ'S |
|---|---|---|---|---|
| | PETRIE EMERGENCY DEPT PEDU 0308210137 | | | |
| 08/11/03 | LIPASE | 18.00 | | |
| 08/11/03 | CBCC PANEL | 20.00 | | |
| 08/11/03 | STAT - AMYLASE | 58.00 | | |
| 08/11/03 | BASIC METABOLIC PANEL | 72.00 | | |
| 08/11/03 | STAT - ROUTINE URINE | 63.00 | | |
| 08/11/03 | CT ABD W/O CONTRAST | 1212.00 | | |
| 08/11/03 | CT PELVIS W/O CONTRAST | 1234.00 | | |
| 08/11/03 | EMERGENCY DEPT VISIT | 580.00 | | |
| 09/03/03 | INSURANCE BENEFIT | | | 3222.00- |

| 24 Previous Balance | Column Totals | 3257.00 | | 3222.00- |
|---|---|---|---|---|

Any Billing Inquiries? Please Call  212-387-6928
Or Write To: Patient Accounts Department

| 25 AMOUNT DUE FROM PATIENT | 35.00 |
|---|---|

## BETH ISRAEL MEDICAL CENTER

PETRIE DIVISION NEW YORK, NY 10261

PLEASE PAY THE FULL BALANCE UPON RECEIPT OF THIS BILL. IF
YOU SHOULD HAVE ANY QUESTIONS, CALL PATIENT FINANCIAL
SERVICES AT (212) 387-6928.

FEDERAL TAX I.D. - 13-5564934

NYS-DOH 1/96    *See reverse side for explanation of statement and important information on your patient rights*

BIMC04

SAM ALTSTEIN, D.O.  BA6281822
MINDY BERAN-SATSKY, M.D.  BB7390711
LOLITA CHATTERJEE, M.D.  BC4881808
JOHN N. CHUEY, M.D.  BC5402209
ALEXIS C. DRULLINSKY, M.D.  BD5317258
ANDREW FALLIS, M.D.  BF6278697
PATRICIA J. GAGLIANO, M.D.  BG5318503
PRAGNESH GANDHI, M.D.  BG4612455
HILARY GLEEKMAN-GREENBERG, M.D.  BG2489234
MICHAEL GROSS, M.D.  BG6248808



**D·O·C·S**
PHYSICIANS AFFILIATED WITH
BETH ISRAEL MEDICAL CENTER

KAREN HOLLADAY, M.D.  BH6115124
DAVID MCCLARY, M.D.  BM5847237
GRANT R. MACAULAY, M.D.  BM4842870
VENKATESH NORI, M.D.  BN4708131
GHOUSIA J. PASHA, M.D.  BP5254886
MARIA RAMIREZ, M.D.  BR2291968
ROWENA G. ROSALES, M.D.  BR5140987
ILAN SHAPIRA, M.D.  BS5769494
KEITH H. ULEIS, M.D.  BU2260305
AVRAHAM UNGAR, M.D.  AU5255448
JENNIFER WRIGHT, M.D.  BW5219832

55 E. 34TH ST.
NEW YORK, NY 10016
212-252-6001
212-252-6150

202 W. 23RD ST. @ 7TH AVE.
NEW YORK, NY 10011
212-352-2600
(ENTRANCE ON 7TH AVE.)

1555 THIRD AVE.
NEW YORK, NY 10021
212-828-2300

NAME  Douglas, M.           AGE _____

ADDRESS _____  DATE _____

℞  RLQ Abdominal pain

Vomiting

Please evaluate

_____, M.D.

REFILL  ☐ ☐ ☐ ☐ ☐
         0  1  2  3  4

THIS PRESCRIPTION WILL BE FILLED GENERICALLY
UNLESS PRESCRIBER WRITES 'd a w' IN THE BOX BELOW

DEA # _____                Dispense As Written           State # _____
REORDER # 9607212 - B

2007

BETH ISRAEL MEDICAL CENTER

RADIOLOGY REPORT

| | | | |
|---|---|---|---|
| NAME | MR/DEPT# | LOC | ACC |
| DOUGLAS, MICHAEL A. | 1736095 | PEDU | 2740965 |
| DOB: Jun-29-1940 | | | |

Requesting MD: MASON, TONYA, MD
EXAM: CT ABD & PELVIS W/O CONTRAST
DATE OF EXAM: Aug-11-2003
ureteral or bladder calculi are noted. The bladder is unremarkable, although it is not fully distended. Incidentally noted is a circumaortic left renal vein.

The prostate is enlarged, measuring 5.3 x 3.7 cm.

The bowel is unremarkable. In particular, the appendix is visualized and appears normal. There is no pelvic or retroperitoneal lymphadenopathy. No pelvic mass or ascites is seen.

IMPRESSION:

Probable right renal cyst. Left renal parapelvic cysts.

Nonobstructing left renal calculus.

No evidence of appendicitis.

Mildly enlarged prostate.

BETH ISRAEL MEDICAL CENTER LABS  
DEPARTMENT OF PATHOLOGY AND LABORATORY MEDICINE  
FIRST AVENUE AT 16TH STREET  
NEW YORK, NY  10003

Patient Name:   DOUGLAS, MICHAEL A  
Med Rec No.:    (000)173-6095  
Loc: ER         Room:  
ID No.:   500302047        Type:  E  
Sex: M    DOB:    06/29/1940  
Admit Date:           08/11/03  
Discharge Date: 08/18/03  
Attending MD:

HEMATOLOGY - CBC & DIFF

Collected:   08/11/03  
Time:        1549

| Units | Reference | Test | |
|---|---|---|---|
| | | COMPLETE BLOOD COUNT | |
| K/CMM | [4.5-10.8] | WBC | 8.1 |
| M/CMM | [4.50-5.90] | RBC | 4.70 |
| G/DL | [13.5-17.5] | HGB | 13.5 |
| % | [41.0-53.0] | HCT | 40.4L |
| FL | [80.0-100.0] | MCV | 85.8 |
| PG/CEL | [27.0-34.0] | MCH | 28.7 |
| G/DL | [31.0-36.0] | MCHC | 33.4 |
| % | [11.4-16.4] | RDW | 12.3 |
| K/CMM | [150-450] | PLATELETS | 164 |
| FL | [6.5-11.3] | MPV | 9.8 |
| | | AUTOMATED DIFFERENTIAL | |
| % | [36.0-66.0] | GRAN PERCENT | 63.3 |
| % | [15.0-44.0] | LYMPH PERCENT | 26.7 |
| % | [0.0-10.0] | MONO PERCENT | 6.2 |
| % | [0.0-5.0] | EOS PERCENT | 3.2 |
| % | [0.0-2.0] | BASO PERCENT | 0.6 |
| K/CMM | [1.4-7.6] | GRAN ABSOLUTE | 5.1 |
| K/CMM | [0.9-3.1] | LYMPH ABSOLUTE | 2.2 |
| K/CMM | [0.1-0.8] | MONO ABSOLUTE | 0.5 |
| K/CMM | [0.0-0.5] | EOS ABSOLUTE | 0.3 |
| K/CMM | [0.0-0.2] | BASO ABSOLUTE | 0.0 |

Legend:  
L = Low

Date Printed: 08/12/03          EMERGENCY INTERIM REPORT                    Page:    1

```
        BETH ISRAEL MEDICAL CENTER LABS          Patient Name:  DOUGLAS, MICHAEL A
DEPARTMENT OF PATHOLOGY AND LABORATORY MEDICINE  Med Rec No.:   (000)173-6095
         FIRST AVENUE AT 16TH STREET             Loc:  ER       Room:
              NEW YORK, NY  10003                ID No.:  500302047      Type:  E
                                                 Sex: M    DOB:  06/29/1940
                                                 Admit Date:         08/11/03
                                                 Discharge Date: 08/18/03
                                                 Attending MD:
```

                                    URINALYSIS


                          Collected:    08/11/03
                               Time:      1705
    Units      Reference      Test

    ROUTINE URINALYSIS
               [YELLOW]      |COLOR              YELLOW
               [CLEAR]       |APPEARANCE         CLEAR
                             |PH                 5.0
               [1.001-1.035] |SPEC.GRAVITY       1.015
               [NEGATIVE]    |PROTEIN            NEGATIVE
               [NEGATIVE]    |GLUCOSE            NEGATIVE
               [NEGATIVE]    |KETONES            NEGATIVE
               [NEGATIVE]    |BILIRUBIN          NEGATIVE
    MG/DL      [NORMAL]      |UROBILINOGEN       NORMAL
               [NEGATIVE]    |OCCULT BLOOD       NEGATIVE
               [NEGATIVE]    |NITRITE            NEGATIVE
               [NEGATIVE]    |LEUK ESTERASE      NEGATIVE


                              CHEMISTRY - GENERAL


                          Collected:    08/11/03
                               Time:      1549
    Units      Reference      Test

    GENERAL CHEMISTRY
    MEQ/L      [135-145]     |SODIUM @           140
    MEQ/L      [3.5-5.0]     |POTASSIUM @        4.3
    MEQ/L      [96-108]      |CHLORIDE @         105
    MEQ/L      [22-33]       |CO2 @              27
    MG/DL      [8-21]        |BUN @              15
    MG/DL      [70-110]      |GLUCOSE @          77
    MG/DL      [0.7-1.3]     |CREATININE @       1.0
    MG/DL      [8.4-10.2]    |CALCIUM @          9.0
    U/L        [28-100]      |AMYLASE @          69
    U/L        [7-60]        |LIPASE @           34


@ = |SODIUM, |POTASSIUM, |CHLORIDE, |CO2, |BUN, |GLUCOSE, |CREATININE, |CALCIUM, |AMYLASE
  , |LIPASE Performed at:  BETH ISRAEL MEDICAL CENTER, FIRST AVE. AT 16TH ST,NEW YORK, NY
    10003

Date Printed: 08/12/03            EMERGENCY INTERIM REPORT                  Page:    2
Time Printed: 0326

BETH ISRAEL MEDICAL CENTER
AUTHORIZATION FOR RELEASE/
PATIENT ACCESS OF MEDICAL INFORMATION

M.R.# 300001736095

PATIENT NAME Michael Douglas  DATE OF BIRTH 6-29-40  S.S.#
STREET, APT # 13 E16 Street
CITY, STATE, ZIP CODE New York N.Y. 10003  TELEPHONE # 212-691163

1. I hereby authorize the Medical Records Department staff at Beth Israel Medical Center to release information from my medical record to (If self please indicate below):

2. NAME SELF

   ADDRESS

   CITY, STATE, ZIP CODE

   For the purpose of (please check one)
   ✓ Continued Treatment          ✓ Legal Review             ✓ Insurance
   ✓ Personal review of information   ___ Other (please specify)

3. I limit the information to be released to the following items: (Please check specific items)
   ___ Discharge Summary          ___ Consultation           ___ Diagnostic test (e.g. Lab, X-ray, Radiology) (please specify)
   ___ Operative Note             ___ Pathology              ___ Other (please specify)
   ✓ Emergency Department Record  ___ Outpatient Record (please specify)

   Covering records from on or about (Date) 8/11/03  to (Date) 8/12/03

   CONFIDENTIAL INFORMATION

4. If the requested portion of the record contains information pertaining to mental health or drug or alcohol treatment or contains HIV related information, you must specifically authorize the release of such information by initialing one or both of the following:
   _____ I understand that if my record contains information concerning mental health and/or drug and alcohol treatment, such information will be released pursuant to this authorization.
   _____ I understand that if my record contains confidential HIV related information, such information will be released pursuant to this authorization form. Confidential HIV related information is any information indicating that a person had an HIV related test, or has HIV infection, HIV related illness or AIDS, or any information which could indicate that a person has been potentially exposed to HIV.

5. I know I do not have to allow release of HIV related information and that I can change my mind at any time before it is released. If I experience discrimination because of release of HIV confidential information, I can call the NYS Division of Human Rights at (212) 480-2493 and/or the NYC Commission of Human Rights at (212) 306-7450.

6. This authorization will automatically expire within six months from the date of signature. I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization I must do so in writing and present my written revocation to the Medical Records Department at Beth Israel Medical Center. I understand that the revocation will not apply to information that has already been released in response to this authorization.

7. I also understand that I have the right to refuse to sign this authorization. Your health care, the payment for your heath care, and your health care benefits will not be affected if you do not sign this form. You also have a right to receive a copy of this form after you have signed it.

8. I also understand that in an effort to prevent unauthorized re-disclosure Beth Israel Medical Center attaches a notice when sending out records that states, "re-disclosure is prohibited". However, the potential for an unauthorized re-disclosure may not be protected by federal confidentiality rules.

9. I also understand that in order to process this request to reproduce medical record information on a timely basis, Beth Israel Medical Center, in which I am requesting information from, may utilize a photocopy service and my signature authorizes the release of information to such photocopy service for the purpose of satisfying this request.

_____                    8/12/03
(Signature of Patient/ Representative/ or Legal Guardian)    (Date)

_____                    _____
(If other than patient, relationship to patient)              (Notary/ Witness)