# EXHIBIT E

# BETH ISRAEL MEDICAL CENTER

PETRIE DIVISION NEW YORK, NY 10261

REFERENCE # 0310289111PPSTP

| **1** Patient Name |
|---|
| MICHAEL DOUGLAS |

| **2** Service Date(s) From/Through | **3** Statement Date | Page |
|---|---|---|
| 10/15/03-10/15/03 | 11/06/03 | 1 |

**4** This is the current insurance information on file
Please review and make corrections on the back of form

| Insurance Name | Policy # |
|---|---|
| 1. AETNA/US HEALTHCARE | BBD51F3A |
| 2. | |
| 3. | |
| 4. | |

**5** If paying by CREDIT CARD, please complete this section.

VISA   MASTERCARD   AMEX

Card #: _____

Exp. Date ___/___  AMT AUTHORIZED $ _____.__

Signature _____

**6** CHECK / M.O.
AMOUNT ENCLOSED

$ _____.__

**7** Responsible Party

MICHAEL DOUGLAS          000308
13 EAST 16TH ST 2ND FL
NEW YORK, NY 10003-3191

**8** Mail payment to:

BETH ISRAEL MEDICAL CENTER
P.O. BOX 4401
PETRIE DIVISION
NEW YORK, NY 10261-4401

| **9** Account Number | **10** Previous Balance | **11** Charges | **12** Est. Ins. Coverage | **13** Payments/ADJ'S | **14** Amt Due from Patient |
|---|---|---|---|---|---|
| 7160909 | | 207.00 | | 192.00- | 15.00 |

*To ensure proper credit to your account, detach top section and return with your payment*

| **15** Account Number | **16** Patient Name | **17** Service Date(s) | **18** Statement Date | Page |
|---|---|---|---|---|
| 7160909 | MICHAEL DOUGLAS | 10/15/03-10/15/03 | 11/06/03 | 1 |

| **19** Date(s) | **20** Description | **21** Charges | **22** Est. Ins. Coverage | **23** Payments/ADJ'S |
|---|---|---|---|---|
| | PRE-SURGICAL TESTING PACC PPSTP | 0310289111 | | |
| 10/15/03 | BASIC METABOLIC PANEL | 24.00 | | |
| 10/15/03 | CBCP PANEL | 16.00 | | |
| 10/15/03 | VENI PUNCTURE | 44.00 | | |
| 10/15/03 | ECG | 123.00 | | |
| 11/06/03 | INSURANCE BENEFIT | | | 192.00- |

| **24** Previous Balance | | Column Totals | 207.00 | | 192.00- |
|---|---|---|---|---|---|
| | | **25** AMOUNT DUE FROM PATIENT | | | 15.00 |

Any Billing Inquiries? Please Call  212-387-6928
Or Write To: Patient Accounts Department

## BETH ISRAEL MEDICAL CENTER
PETRIE DIVISION NEW YORK, NY 10261

PLEASE PAY THE FULL BALANCE UPON RECEIPT OF THIS BILL. IF
YOU SHOULD HAVE ANY QUESTIONS, CALL PATIENT FINANCIAL
SERVICES AT (212) 387-6928.

FEDERAL TAX I.D. - 13-5564934

NYS-DOH 1/96   *See reverse side for explanation of statement and important information on your patient rights*

# BETH ISRAEL MEDICAL CENTER


332

```
DOUGLAS, MICHAEL A.              P
SER   400152818  H    63    605
MR 300021736095  DOB 06/29/1940
UR       PAP        PAPP
AMB DATE 10/22/03
ENGLER, HARRIS M MD              OBY
```

## Ambulatory Surgery Instructions (Following Anesthesia)

**Since you have received sedation or anesthesia, please observe the following precautions:**

✓ 1. Limit your activity as per your surgeon's instructions.

   2. **For ~~48-72~~ hours after your surgery:** *24h*

   ✗ Do **not** drive, operate machinery, or do any other job that requires your alertness and coordination.

   ✓ Do **not** consume alcohol.

   ✓ Do **not** make important personal or business decisions since your ability to concentrate may be decreased.

   3. **Return to your normal diet gradually:**

   ✓ First drink fluids (water, juice, and carbonated beverages) frequently in small amounts as tolerated.

   4. **Following general anesthesia:**
   You must help to re-expand your lungs by taking a few deep breaths every hour while awake.

   Cough as you exhale; this will help expel secretions.

   Support your incision with your hand or a pillow while coughing or straining; this will help to decrease possible discomfort.

   You may experience a mild sore throat following general anesthesia. Any gargle you normally use will help to relieve the discomfort.

   5. **This sheet was prepared to provide you with basic information.**
   If you have any questions about your anesthesia management, please call the Anesthesia Office at (212) 420-2385, weekdays until 5 PM. At all other times, call (212) 420-2000 and ask for the attending anesthesiologist on call.

**I, the undersigned patient (or Responsible Adult), have received, read, and understand the above instructions given to me.**

Signature of Patient (or Responsible Adult): _[signature]_

Signature of RN: _[signature]_    Date: 10/22/0_

BIMC 32-254 (6/95)

BETH ISRAEL MEDICAL CENTER


820

## AMBULATORY SURGERY
## POST OPERATIVE INSTRUCTIONS

```
DOUGLAS, MICHAEL A.           P
SER  400152818  K   63   G05
MR 300001736395  DOB 06/29/1940
CUR     PAP     PAPP
ADM DATE 10/22/03
NAGLER, HARRIS M MD           OBY
```

**ACTIVITY:** No heavy lifting

**DIET:** Regular

**PAIN MEDICATION:** Vicodin ES 1 tab PO Q4°

**OTHER MEDICATION:** Keflex 500mg PO QID x 7 DAYS

**SPECIAL INSTRUCTIONS:** Ice pack to groin PRN

**DATE/LOCATION OF POST-OP VISIT:** Call Dr Nagler's office for appointment

**NOTIFY YOUR PHYSICIAN IF:** Fever, Pain

SIGNATURE _____ M.D.

If you have any questions, please call Dr. Nagler, Harris M

at 212-844-8900
Telephone

I hereby acknowledge receipt of the instructions indicated above. I understand that I must make arrangements for my post-operative follow-up care with my physician, as instructed by him/her.

Patient Signature: X _____

Relationship (If not Patient): _____

**In the event of an emergency, if you are unable to reach your physician, please come to Beth Israel Medical Center Emergency Room. If time does not permit, go to the nearest emergency room for treatment.**

WHITE - PATIENT'S COPY          YELLOW - CHART COPY