# EXHIBIT F



# Fax

| | | | |
|---|---|---|---|
| **To:** | George Ciampa | **From:** | Michael A. Douglas |
| **Fax:** | 1203-866-9724 | **Pages:** | 1 |
| **Phone:** | 1203-838-7555 | **Date:** | 10/14/03 |
| **Re:** | Bloom | | |

x **Urgent**     ☐ **For Review**     ☐ **Please Comment**     ☐ **Please Reply**     x **Please Recycle**

Dear George:

When I called Beth Israel Hospital this morning to reschedule my pre operative testing which was scheduled for tomorrow morning I was told that this will effect the date of my 10/21/03 inguinal hernia operation. As they might not get the tests back in time and will not tie up the operating room with that possibility. I cannot take the chance and want to get this operation over with; its been bothering me for a while now.. Hence please give Lovejoy my regrets and make the deposition for two weeks after the 21st and mark it final. I want to get this over with too.

**Michael A. Douglas
Attorney At Law**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Robert A. Slavitt | **From:** | Michael A. Douglas |
| **Fax:** | 203-866-9724 | **Pages:** | 2 |
| **Phone:** | 203-838-7555 | **Date:** | 10/29/03 |
| **Re:** | Bloom | | |

☐ **Urgent**    ☐ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    x **Please Recycle**

Dear Bob

1- When we spoke on the evening of Monday October 13,2003 I indicated to you of my intent to attend the Deposition on October 15,2003 . Additionally I wrote this to you in my fax of October 10,2003 indicating also my pre -op testing date was October 15,2003. On the following morning after we spoke I called up the Hospital to move over the pre op tests I was met with extreme resistance from the hospital in that unless I consented to postpone the operation which I waited almost a month for to an additional 3 to 4 weeks I could not move the pre op tests as they could not take a chance that the tests would come back with issues which might make them cancel the operation and leave the operating room empty. I did not want to go another month in pain (although in post op I have more pain) . I explained this to George Ciampa in my fax to him telling him to get one last postponement and mark it final. I will attend this deposition.