# EXHIBIT G

# PROGRESS NOTES

| ROOM NO. | CLINICAL STAFF NOTES |
| STAFF | |
| TIME | |

*A* — ↑ wheezing sore throat congested/sneezing

WITH LENSES ☐    W/O ☐

| B.P. | P | R 16 | T 97.3 | HT. | WT. | PAIN: 5 | O.U. | O.D. | O.S. |

**PROVIDER H & P**

NKDA

| | GL | | | HA | |
|---|---|---|---|---|---|
| GENERAL | | | GI | | |
| EYES | | | GU | | |
| ENT | | | MUSCULOSKELETAL | | |
| NECK | | | SKIN | | |
| CV | | | NEURO | | |
| PULM | | | PSYCH | | |
| BREAST | | | | | |

63 No Abn CT of chest

*(illegible handwritten clinical notes)*

Obalis for ... CBC  CHem
... FSH
CT chest ... Cholesterol CDC PSA

| IMMUNIZATIONS | DATE/TIME ADMIN | SIGNATURE | NON ENCOUNTER PROGRESS NOTES |

GENERAL:

MD

| REASON FOR VISIT | | | | | | | AMOUNT: | | | DATE: |
| POSS/FLU | | | | 571801 1 | | | | | 11/21/03 |
| DATE OF BIRTH | AGE YR | MO | GENDER | SOCIAL SECURITY NUMBER | OFF CODE | OFC | TIME IN | INS. ELIGIBILITY | |
| 06/29/1940 | 63 | 4 | M | | JJ | 24 | 9:41AM | | |
| PATIENT NAME | | | | HOME PHONE | INS CODE | INSURANCE CO. | | 2ND INSURANCE | |
| DOUGLAS, MICHAEL | | | | 212/691-1613 | DUSH | U.S. HEALTHCARE | | | |
| ADDRESS | | | | ADDRESS 2 | GROUP # | | POLICY # | | |
| 13 EAST 16TH STREET | | | | C/O S.E.P | | | BBD51F3A | | |
| CITY STATE | | | | ZIP | POLICY HOLDER | | | | |
| NEW YORK, NY | | | | 10016 | DOUGLAS, MICHAEL | | | SELF | |
| WORK PHONE | | | | LAST VISIT DATE | | | | | |
| SELF-EMPLOYED | | | | 08/11/03 | U1 | | 079.99 | | |

# NEW YORK RADIOLOGY ASSOCIATES

55 East 34th Street
New York, NY 10016
(212) 252-6034
(212) 252-6036 FAX

**RADIOLOGY REPORT**

DOUGLAS, MICHAEL A.

| MR/DEPT# | LOC | DOB | ACC |
|---|---|---|---|
| 1736095 | NYRA | Jun-29-1940 | 2829129 |

EXAM: CT CHEST W/O CONTRAST

DATE OF EXAM: Dec-9-2003    Requesting MD: ULEIS, KEITH H MD

History:
X

Multiple transaxial images through the chest were obtained without
IV contrast administration. Comparison is made with previous
chest CT dated 7/15/02. There is no significant axillary, hilar
or mediastinal adenopathy. There is no significant pericardial or
pleural effusion. Lung windows demonstrate a 2 x 3 mm subpleural
nodule posteriorly in the right lower lobe posteriorly on image
#28 which is unchanged. In the left lung there is a 2 x 2 mm
subpleural nodule medially on image #11, a 3 x 2 mm pleural based
nodular density in the left lower lobe on image #27 and a 4 x 4 mm
subpleural nodule laterally in the left lower lobe on image #35.
These are also not significantly changed. No definite new nodule
is seen  There are left renal parapelvic cysts which were also
noted on prior abdominal and pelvic CT dated 8/11/03. The upper
abdomen is otherwise unremarkable.

IMPRESSION:

Small, less than 5 mm nodular densities in both lungs without
significant change when compared to the prior CT dated 7/15/02.
Generally, 2 years of stability are required to document
benignity. Therefore, a noncontrast chest CT in 6 months is
recommended followed by one more chest CT in a year from that
date.

Approved by:
H. Charles Pfaff, MD (RAD)  /signed by/ H. Charles Pfaff, MD (RAD)

Dictated on:
Transcribed on: Dec-9-200310:39 AM by Talkstation Interface
Finalized on:   Dec-9-200310:39 AM by Talkstation Interface



**Beth Israel**
HEALTH CARE SYSTEM