# EXHIBIT I

LAW OFFICES OF

# Jacobs, Grudberg, Belt & Dow, P.C.

350 ORANGE STREET
POST OFFICE BOX 606
NEW HAVEN, CONNECTICUT 06503-0606

TELEPHONE (203) 772-3100
FAX (203) 772-1691

OUR FILE NUMBER   Q04-1130R

HOWARD A. JACOBS
IRA B. GRUDBERG
DAVID L. BELT
WILLIAM F. DOW, III
JONATHAN KATZ
WILLIAM M. BLOSS
DAVID T. GRUDBERG
BERNARD CHRISTIANSON
ROSEMARIE PAINE
JOSEPH J. PACKTOR
ALINOR C. STERLING
ANDREW I. SCHAFFER
TRISHA MORRIS PORTO
EDWARD J. McMANUS
JOSHUA D. LANNING

ISRAEL J. JACOBS (1918-1963)

June 17, 2004

Frederick Lovejoy, Esq.
P. O. Box 56
276 Center Road
Easton, CT  06612

Dear Mr. Lovejoy:

    I have just received my copies of the deposition of Mr. Bloom. I am assuming you also got copies for purposes of reading and signing. I would appreciate it if, when that has been accomplished, you would send me a copy of the Errata Sheet and Jurat.

                Very truly yours,

                JACOBS, GRUDBERG, BELT & DOW, P.C.

                By_____
                   Ira B. Grudberg

ibg/ad
P.S. Why don't you give me some days in the next four to six weeks when you will be available to depose Mr. Douglas. Give me as much lead time as possible and I will get back to you promptly concerning his availability. If we set date, he will appear.