# EXHIBIT J

LAW OFFICES

ABRAHAM D. SLAVITT (1994)
PAUL R. CONNERY (1953)
ROBERT A. SLAVITT
GEORGE A. VARDAMIS (2001)
S. ANTOINETTE MORTON
TRICIA L. PINTO**
TODD D. HAASE

# SLAVITT, CONNERY & VARDAMIS

618 WEST AVENUE

P. O. BOX 2129

NORWALK, CONNECTICUT 06852-2129

(203) 838-7555

STEPHEN A. HABETZ*
FRANCIS M. BOSZE
GEORGE R. CIAMPA***
HARRY M. LESSIN (1990)
R. E. VAN NORSTRAND (1995)

OF COUNSEL

TELECOPIER (203) 866-9724

\*    ALSO ADMITTED IN D.C.
\**   ALSO ADMITTED IN NEW YORK
\***  ALSO ADMITTED IN MICHIGAN AND MASSACHUSETTS

September 2, 2003

*Sent Via Facsimile - (203) 459-9943*

Frederick A. Lovejoy, Esq.
Lovejoy & Associates
276 Center Road
Easton, CT 06612

Re:   *Bloom v. Douglas v. Bloom, et al.*

Dear Fred:

I have twice before written you (in early May and in late July) about Mr. Bloom's, and the three trusts', failure to respond to the plaintiff's February 25, 2003 Rule 34 requests to each of them for production of certain documents. While you have served your clients' responses to a later (i.e., March 28, 2003) Rule 34 request, I have neither a record nor a recollection of receiving responses to Mr. Douglas' earlier requests.

If you believe your clients have responded, would you kindly ask your assistant to send me a copy of the responses. Otherwise, perhaps you could telephone me promptly, to discuss whether your clients intend to respond.

Very truly yours,

SLAVITT, CONNERY & VARDAMIS

George R. Ciampa

GRC:slw

9/2 Fred sys. he did respond, and that he'll send me copies.

102-C:\GRC\Michael Douglas v. Norman Bloom\Bloom v. Douglas\ltr to Atl.Lovejoy.re.responses.9.2.03.wpd

SLAVITT, CONNERY & VARDAMIS
618 West Avenue
Norwalk, Connecticut 06850
(203) 838-7555
Fax: (203) 866-9724

## FACSIMILE COVER SHEET

To:   Frederick A. Lovejoy, Esq.

Telecopier/
Fax Number:   (203) 459-9943

Date:   September 2, 2003

From:   George R. Ciampa

Re:   Bloom v. Douglas v. Bloom, et al.

Number of Pages
(Including Cover Sheet):   2

If you do not receive all pages, please notify Sharron at (203) 838-7555.

Additional Comments:

### NOTICE OF CONFIDENTIALITY

The information contained in this facsimile transmission is an attorney privileged and confidential communication intended only for the knowledge and use of the individual or entity named above. If the reader is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and destroy the copy received. Thank you.

Original will be:   (  ) Mailed
                    (  ) Hand Delivered
                    ( ✓ ) Retained in our File

102-C:\GRC\Michael Douglas v. Norman Bloom\Bloom v. Douglas\Fax coversheet to Att.Lovejoy.re.responses.9.2.03.wpd

```
* * * COMMUNICATION RESULT REPORT ( SEP. 2.2003  2:27PM ) * * *
                                                      TTI   SLAVITT CONNERY VARD

FILE MODE         OPTION           ADDRESS (GROUP)          RESULT         PAGE
573  MEMORY TX                     12034599943              OK             P. 2/2


REASON FOR ERROR
  E-1) HANG UP OR LINE FAIL              E-2) BUSY
  E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION
```

**SLAVITT, CONNERY & VARDAMIS**
**618 West Avenue**
**Norwalk, Connecticut 06850**
**(203) 838-7555**
**Fax: (203) 866-9724**

---

## *FACSIMILE COVER SHEET*

**To:**               *Frederick A. Lovejoy, Esq.*

**Telecopier/**
**Fax Number:**        *(203) 459-9943*

**Date:**              *September 2, 2003*

**From:**              *George R. Ciampa*

**Re:**                *Bloom v. Douglas v. Bloom, et al.*
**Number of Pages**
**(Including Cover Sheet):** 2


*If you do not receive all pages, please notify Sharron at (203) 838-7555.*

ABRAHAM D. SLAVITT (1994)
PAUL R. CONNERY (1953)
ROBERT A. SLAVITT
GEORGE A. VARDAMIS (2001)
STEPHEN A. HABETZ*
S. ANTOINETTE MORTON
TRICIA L. PINTO**
TODD D. HAASE

\* ALSO ADMITTED IN D.C.
\*\* ALSO ADMITTED IN NEW YORK
\*\*\* ALSO ADMITTED IN MICHIGAN
† ALSO ADMITTED IN MASSACHUSETTS

LAW OFFICES

**SLAVITT, CONNERY & VARDAMIS**

618 WEST AVENUE

P. O. BOX 2129

NORWALK, CONNECTICUT 06852-2129

(203) 838-7555

FRANCIS M. BOSZE
GEORGE R. CIAMPA\*\*\*†
HARRY M. LESSIN (1990)
R. E. VAN NORSTRAND (1995)

OF COUNSEL

TELECOPIER (203) 866-9724

August 4, 2003

*Sent Via Facsimile - (203) 459-9943*

Frederick A. Lovejoy, Esq.
Lovejoy & Associates
276 Center Road
Easton, CT 06612

Re:   *Bloom v. Douglas v. Bloom, et al.*

Dear Fred:

I have repeatedly advised you, both by telephone and by letter, that I have received no responses to Mr. Douglas' February 25, 2003 and March 28, 2003 Rule 34 requests to Mr. Bloom for the production of documents.

If I am efficiently to conduct Mr. Bloom's deposition on August 7, I must receive these documents today.

Even should Mr. Bloom produce these documents for the first time at his August 7 deposition, I may be required to postpone his examination until I have had a reasonable opportunity to review them. In this later instance, I shall seek an enlargement of the discovery deadline for a time period which equals the extent of Mr. Bloom's delay in disclosing the requested documents.

Very truly yours,

SLAVITT, CONNERY & VARDAMIS

George R. Ciampa

GRC:slw

102-C:\GRC\Michael Douglas v. Norman Bloom\Bloom v. Douglas\ltr to Alt.Lovejoy.re.response.8.4.03.wpd

LAW OFFICES

ABRAHAM D. SLAVITT (1994)
PAUL R. CONNERY (1953)
ROBERT A. SLAVITT
GEORGE A. VARDAMIS (2001)
STEPHEN A. HABETZ*
S. ANTOINETTE MORTON
TRICIA L. PINTO**
TODD D. HAASE

\* ALSO ADMITTED IN D.C.
\*\* ALSO ADMITTED IN NEW YORK
\*\*\* ALSO ADMITTED IN MICHIGAN
† ALSO ADMITTED IN MASSACHUSETTS

# SLAVITT, CONNERY & VARDAMIS

618 WEST AVENUE

P. O. BOX 2129

NORWALK, CONNECTICUT  06852-2129

(203) 838-7555

FRANCIS M. BOSZE
GEORGE R. CIAMPA\*\*\*†
HARRY M. LESSIN (1990)
R. E. VAN NORSTRAND (1995)

OF COUNSEL

TELECOPIER (203) 866-9724

July 31, 2003

Frederick A. Lovejoy, Esq.
Lovejoy & Associates
276 Center Road
Easton, CT 06612

Re:   *Bloom v. Douglas v. Bloom, et al.*

Dear Fred:

I have neither a record nor a recollection of having received responses to Mr. Douglas' two Rule 34 requests for the production of documents, propounded on February 25, 2003 and on March 28, 2003 to the plaintiff and to all third-party defendants.

Would you please send me a copy of these responses?

If the plaintiff, and if any of the third-party defendants, has never responded to these requests, would you please ask your client to correct this omission immediately?

Very truly yours,

SLAVITT, CONNERY & VARDAMIS

George R. Ciampa

GRC:slw

102-C:\GRC\Michael Douglas v. Norman Bloom\Bloom v. Douglas\ltr to Att.Lovejoy.re.2.25.req.prod.7.30.03.wpd

LAW OFFICES

## SLAVITT, CONNERY & VARDAMIS

618 WEST AVENUE

P. O. BOX 2129

NORWALK, CONNECTICUT 06852-2129

(203) 838-7555

ABRAHAM D. SLAVITT (1994)
PAUL R. CONNERY (1953)
ROBERT A. SLAVITT
GEORGE A. VARDAMIS (2001)
STEPHEN A. HABETZ*
S. ANTOINETTE MORTON
TRICIA L. PINTO**
TODD D. HAASE

\* ALSO ADMITTED IN D.C.
\*\* ALSO ADMITTED IN NEW YORK
\*\*\* ALSO ADMITTED IN MICHIGAN
† ALSO ADMITTED IN MASSACHUSETTS

FRANCIS M. BOSZE
GEORGE R. CIAMPA***†
HARRY M. LESSIN (1990)
R. E. VAN NORSTRAND (1995)

OF COUNSEL

TELECOPIER (203) 866-9724

May 1, 2003

Frederick A. Lovejoy, Esq.
Lovejoy & Associates, LLC
276 Center Road
Southport, CT 06612

Re: *Bloom v. Douglas v. Bloom, et al.*

Dear Fred:

Mr. Bloom's first notice of the existence of "defendant and third-party plaintiff's interrogatories" occurred on January 29, 2003, when they were appended to Mr. Douglas' motion for leave to serve additional interrogatories. Leave having been granted, the interrogatories were served on March 10, 2003.

Despite Mr. Bloom's having had three months to prepare them, I am unaware that he has served any responses.

Neither am I aware that either Mr. Bloom or any of the trusts has responded to Mr. Douglas' requests of February 21, 2003 and of March 28, 2003 for the production of documents.

I shall of course be unable to depose Mr. Bloom prior to my receipt of his responses. When may I expect them?

Very truly yours,

SLAVITT, CONNERY & VARDAMIS

George R. Ciampa

GRC:slw
cc: Michael Douglas

102-C:\GRC\Michael Douglas v. Norman Bloom\Bloom v. Douglas\ltr to Att.Lovejoy.re.Leave.dated.5.2.03.wpd