# EXHIBIT M

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------X
NORMAN C. BLOOM,

        Plaintiff

                                                      3:02CV907(PCD)

        v.

MICHAEL A. DOUGLAS,

        Defendant and Third
        Party Plaintiff

        v.

NORMAN C. BLOOM, NORMAN R.                     February 2, 2005
BLOOM RECOVABLE TRUST,
NORMAN R. BLOOM FAMILY SPRAY TRUST
and NORMAN R. BLOOM IRREVOCABLE
INSURANCE TRUST

        Third Party Defendants

### AFFIDAVIT OF ATTORNEY GEORGE R. CIAMPA

I, George R. Ciampa, under penalty of perjury, swear to the following:

1.      I am over 18 and understand the obligation of the oath.

2.      I, with Robert Slavitt, was attorney for Michael Douglas in the above-captioned matter between October 16, 2002 and April 16, 2004.

3.      I have reviewed the 28 U.S.C. §1746 Statement of Frederick Lovejoy dated January 14, 2005 and take issue with several of the representations contained therein.

4.      In particular, attorney Lovejoy's representation in paragraph 27 to the effect that I informed him that we would not be disclosing an expert witness is untrue. I told him only that the client had not yet decided whether to retain an expert.

5.      Information contained in paragraph 28 is also untrue. I never stated to Attorney Lovejoy that Douglas' expert disclosure, which I certified as mailed on November 17, 2003, was not truly mailed on that date.

6.  In my many years of practice, I have never misrepresented a certification, and would consider it a violation of my professional responsibilities to do so.

7.  I recall faxing the expert disclosure to Attorney Lovejoy in December of 2003. I did so because Mr. Lovejoy had told me he had not received the copy I had previously mailed.

_____
George R. Ciampa

Sworn to and signed before me this 3d day of February, 2005.

_____
Commissioner of the Superior Court
Notary Public

HENRY I. MONDSCHEIN
*NOTARY PUBLIC*
MY COMMISSION EXPIRES FEB. 28, 2006