**EXHIBIT N**

LAW OFFICES OF

# Jacobs, Grudberg, Belt, Dow & Katz P.C.

350 ORANGE STREET
POST OFFICE BOX 606
NEW HAVEN, CONNECTICUT 06503-0606

TELEPHONE (203) 772-3100
FAX (203) 772-1691
www.jacobslaw.com

OUR FILE NUMBER Q04-1130R

HOWARD A. JACOBS
IRA B. GRUDBERG
DAVID L. BELT
WILLIAM F. DOW, III
JONATHAN KATZ
DAVID T. GRUDBERG
BERNARD CHRISTIANSON
ROSEMARIE PAINE
JOSEPH J. PACKTOR
ALINOR C. STERLING
ANDREW I. SCHAFFER
TRISHA M. MORRIS
EDWARD J. McMANUS
JOSHUA D. LANNING
ANTHONY D. SUTTON

ISRAEL J. JACOBS (1918-1963)

February 4, 2005

**VIA FAX (203-459-9943)**

Frederick Lovejoy, Esq.
P. O. Box 56
Easton, CT  06612

      Re:    **Bloom v. Douglas**

Dear Fred:

      In preparing an opposition to your Motion *in Limine*, I have been unable to locate a Plaintiff's Damages Analysis. Since I don't expect you would move for sanctions on grounds by which you are equally guilty, I suspect it just wasn't in the materials we received from Slavitt's office. Kindly fax me a copy.

      Very truly yours,

      JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.

      By_____
      Joshua D. Lanning

JDL/da

```
************ -COMM. JOURNAL- ******************* DATE FEB-04-2005 ***** TIME 14:17 ********

        MODE = MEMORY TRANSMISSION            START=FEB-04 14:16    END=FEB-04 14:17

        FILE NO.=627

STN   COMM.   ONE-TOUCH/   STATION NAME/EMAIL ADDRESS/TELEPHONE NO.   PAGES    DURATION
NO.            ABBR NO.

001   OK        ≛          12034599943                               002/002  00:00:22


                                                         -JACOBS GRUDBERG BELT DOW -

*********************************** -JACOBS GRUDBERG - ***** -   203 772 1691- *********
```

LAW OFFICES OF

## JACOBS, GRUDBERG, BELT & DOW, P.C.

A PROFESSIONAL CORPORATION
350 ORANGE STREET
POST OFFICE BOX 606
NEW HAVEN, CONNECTICUT 06503

### TELEFAX COVER SHEET

**DATE:** 2/4/05

**TIME:**

**TO:** Frederick Lovejoy, Esq.

**TELEFAX NO:** 203-459-9943

**FROM:** Joshua D. Lanning, Esq.

**FILE NAME:** Bloom/Douglas -- Q04-1130R

**NUMBER OF PAGES:** 2
(Including Cover Sheet)

**TELEFAX NUMBER:** (203) 772-1691
**TELEPHONE NUMBER:** (203) 772-3100

### CONFIDENTIALITY NOTICE

The document accompanying this facsimile transmission may contain information that is confidential and/or legally privileged from disclosure. The information is intended only for the use of the individual or entity named on the transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution of, or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this facsimile in error, please notify us by telephone immediately, so that we can arrange for the return of the original facsimile documents to us at no cost to you.