# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------X
NORMAN C. BLOOM,
                Plaintiff

                                                          3:02CV907(PCD)

v.

MICHAEL A. DOUGLAS,
                Defendant and Third
                Party Plaintiff

v.

NORMAN C. BLOOM, NORMAN R.                February 10, 2005
BLOOM RECOVABLE TRUST,
NORMAN R. BLOOM FAMILY SPRAY TRUST
and NORMAN R. BLOOM IRREVOCABLE
INSURANCE TRUST
                Third Party Defendants

## AFFIDAVIT OF MICHAEL A. DOUGLAS

The undersigned, under penalty of perjury, avers as follows:

1.     I am over the age of eighteen and understand the obligation of the oath.

2.     I am defendant/third-party plaintiff in the above-captioned action.

3.     I have no knowledge of why my deposition noticed for May 7, 2003 was cancelled. Throughout this litigation, there have been many depositions rescheduled by the attorneys for reasons known only to them.

4.     The deposition scheduled for August 12 was cancelled because of an illness for which I was hospitalized. On August 11, 2003, I entered Beth Israel Hospital in New York with severe abdominal pain. At Beth Israel, I was diagnosed with kidney stones and held until after midnight. My doctor prescribed medication for abdominal pain and vomiting which I filled the next day. Although a few days later I was able to attend the depositions of Attorneys Zeisler, Barker and Zangari, I did not participate in these

proceedings (which lasted one hour each at most) and was able to attend only because my doctor prescribed painkillers.

5.  The September 19, 2003 was cancelled at my request. Prior to that date, I tentatively agreed to a September 19, 2003 deposition, but informed attorney Ciampa of a possible conflict with my business schedule. I am a business consultant to Adamjee Company, a multinational conglomerate working to secure foreign distribution of "Multiferon," a drug used in the treatment of Hepatitis C. Adamjee's distribution area includes the Middle East and most of South Asia, where Hepatitis C is epidemic. Multiferon is produced by a biotech company named Viragen.

6.  Shortly before September 19, 2003, I received word that Viragen was seeking to end Adamjee's distribution rights in most of these territories, jeopardizing an agreement worth millions of dollars to each party. I was called to Florida for a September 19, 2003 meeting at which the issues between Viragen and Adamjee were processed. As Adamjee representatives planned to remain in the United States less than two days, the meeting could not be rescheduled. I informed attorney Ciampa as soon as I had word.

7. The deposition scheduled for October 15, 2003 deposition was cancelled for health reasons. By October of 2003 I was still in serious pain. My urologist diagnosed a hernia and scheduled an Operation for October 21st, 2003, with a pre-op appointment to occur on October 15, 2003. In deference to the deposition, I attempted to move the pre-op date, but was informed that any change would push the scheduled surgery back at least three weeks. I immediately wrote his attorney to reschedule the deposition.

8. The deposition scheduled for November 24, 2003 was cancelled for health reasons. On November 21, 2003 I saw Dr. Ulius with a flu virus and was placed on antibiotics. I was bedridden with the flu until about November 26th, 2003.

9. I never stated to anyone that Hurricane Isabelle was a reason for canceling any deposition.

10. The statement made at paragraph 21 of attorney Lovejoy's affidavit is untrue. I never had such a conversation with attorney Lovejoy, and never stated to him that my attendance at any deposition was due to a "miraculous recovery."

Sworn to and signed this 11th day of February, 2005.

_____
Michael A. Douglas

_____
Commissioner of Superior Court