UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 FEB 17 P 2: 15

U.S. DISTRICT COURT
NEW HAVEN, CT

------------------------------------X
NORMAN C. BLOOM,
    *Plaintiff,*

v.

MICHAEL A. DOUGLAS,
    *Defendant.*
------------------------------------X
MICHAEL A. DOUGLAS,
    *Third-Party Plaintiff,*

v.

NORMAN R. BLOOM REVOCABLE TRUST,
NORMAN R. BLOOM FAMILY SPRAY
TRUST, and NORMAN R. BLOOM
IRREVOCABLE INSURANCE TRUST
    *Third-Party Defendants.*
------------------------------------X

3:02CV00907(PCD)

February 16, 2005

## NOTICE OF COMPLIANCE WITH TRIAL PREPARATION ORDER

Plaintiff/Third-Party Defendants Norman C. Bloom, Norman R. Bloom Revocable Trust, Norman R. Bloom Family Spray Trust, and Norman R. Bloom Irrevocable Insurance Trust respectfully submit notice that they have, this day, complied with "Section A" of this Court's Trial preparation Order Dated November 10, 2004 by sending responses to Section A items 1-6 to opposing counsel.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: Easton, Connecticut<br>February 16, 2005 | LOVEJOY & ASSOCIATES<br>Attorneys for Plaintiff Norman C. Bloom and<br>Third-Party Defendants Norman R. Bloom<br>Revocable Trust, Norman R. Bloom Family Spray<br>Trust, and Norman R. Bloom Irrevocable<br>Insurance Trust |

By: _____
Frederick A. Lovejoy (CT 03121)
P.O. Box 56
Easton, Connecticut 06612
(203) 459-9941
(203) 459-9943 (telefax)

DouglasCompliance021605.doc

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on February 16, 2005, postage prepaid, to:

Joshua Lanning, Esq.
Ira B. Grudberg, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
New Haven, Connecticut 06503

                                                                                        _____
                                                                                        Frederick A. Lovejoy