UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------X
NORMAN C. BLOOM,
                Plaintiff                          3:02CV907(PCD)

v.

MICHAEL A. DOUGLAS,
                Defendant and Third
                Party Plaintiff

v.

NORMAN C. BLOOM, NORMAN R.                FEBRUARY 18, 2005
BLOOM RECOVABLE TRUST,
NORMAN R. BLOOM FAMILY SPRAY TRUST
and NORMAN R. BLOOM IRREVOCABLE
INSURANCE TRUST
                Third Party Defendants

## DEFENDANT'S COMPLAINCE WITH SECTION C OF THE COURT'S TRIAL COMPLIANCE ORDER

### APPENDIX A

1.    The following attorneys will try this case on behalf of defendant/third party plaintiff:

    Ira B. Grudgberg
    Jacobs, Grudberg, Belt, Dow & Katz, P.C.
    350 Orange St.
    New Haven, Ct. 06511

    Joshua D. Lanning
    Jacobs, Grudberg, Belt, Dow & Katz, P.C.
    350 Orange St.
    New Haven, Ct. 06511

2.    This matter will be tried before a jury.

3.    The parties have not agreed to have the case tried before United States Magistrate Judge Joan G. Margolis.

4. Further proceedings anticipated prior to trial.

   Defendant/third party plaintiff anticipates filing several motions *in limine* related to plaintiff's proposed evidence. We have, however, only today received plaintiff's Section A compliance (which was due January 20, 2005) and are unable to offer any substantive description of said motions.

   Defendant/third-party plaintiff may also request a pre-trial determination of the role of expert testimony in this case. Experts have been disclosed on the issue of "unauthorized practice of law" which has traditionally been treated as a legal issue to be decided by the courts. It may be imprudent to offer expert testimony related to a legal issue on which the Court will be instructing the jury.

5. Settlement is extremely unlikely.

### **DEFENDANT/THIRD PARTY PLAINTIFF'S SECTION C COMPLIANCE**

1-6. Paragraphs one through six of Section C call for a response to the opposing party's submission under Sections A and B. Despite two previous orders to do so, however, plaintiff/third-party defendants failed to serve compliance under sections A or B until today. Defendant/third-party plaintiff is accordingly unable to submit a substantive response at this time.

7. Federal Jurisdiction in this matter is based on diversity.

8. Nature of Each Cause of Action and Relief Sought: Defendant/third party plaintiff seeks relief in Contract and *Quantum Meruit*. Defendant's contract damages are based on the formula set forth in the parties Agreement, as amended. Defendant's *Quantum Meruit* seeks relief equivalent to the reasonable value of defendant's services.

9. Proposed jury questions were previously submitted and a jury has been seated.

10-11. Defendant/third-party plaintiff will supplement his Section C compliance with an introductory statement and proposed jury instructions. Defendant has only today received plaintiff/third-party defendants Section A compliance setting forth their legal and factual claims. As it will be important to consider plaintiff/third-party defendants' legal and factual submissions when drafting an opening statement and jury instructions, we will supplement this section when we've had sufficient time to review the same.

THE DEFENDANT/THIRD PARTY PLAINTIFF
MICHAEL A. DOUGLAS

BY _____
Joshua D. Lanning (ct 24529)
JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.
350 Orange Street, P.O. Box 606
New Haven, CT 06503
Phone: (203) 772-3100
Fax: (203) 772-1691
E-Mail: jlanning@jacobslaw.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class, postage prepaid on February 18, 2005, to:

Frederick Lovejoy, Esq.
P.O. Box 56
Easton, CT  06612

_____
Joshua D. Lanning