UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X
NORMAN C. BLOOM,
                Plaintiff

                                                  3:02CV907(PCD)

v.

MICHAEL A. DOUGLAS,
                Defendant and Third
                Party Plaintiff

v.

NORMAN C. BLOOM, NORMAN R.                  MARCH 4, 2005
BLOOM RECOVABLE TRUST,
NORMAN R. BLOOM FAMILY SPRAY TRUST
and NORMAN R. BLOOM IRREVOCABLE
INSURANCE TRUST
                Third Party Defendants

### DEFENDANT'S AMENDED COMPLAINCE WITH SECTION C OF THE COURT'S TRIAL COMPLIANCE ORDER

      Defendant/third party plaintiff ("defendant") respectfully submits the following items as his Section C compliance with the Court's Trial Compliance Order dated November 10, 2004. Defendant filed his original Section C Compliance on February 18th, 2005 per the Court's Scheduling Order. Plaintiff/third party defendants, however, did not file their **Section A** compliance until that date. As many items in Section C of the Court's Trial Compliance Order require a response to the opposing party's Section A, defendant was forced to leave several sections incomplete. This Amended Section C compliance replaces that filed on February 18, 2005.

### APPENDIX A

1. The following attorneys will try this case on behalf of defendant/third party plaintiff:

   Ira B. Grudgberg
   Jacobs, Grudberg, Belt, Dow & Katz, P.C.
   350 Orange St.
   New Haven, Ct. 06511

   Joshua D. Lanning
   Jacobs, Grudberg, Belt, Dow & Katz, P.C.
   350 Orange St.
   New Haven, Ct. 06511

2. This matter will be tried before a jury.

3. The parties have not agreed to have the case tried before United States Magistrate Judge Joan G. Margolis.

4. Further proceedings anticipated prior to trial.

   Defendant/third party plaintiff files three motions *in limine* contemporaneous with this Amended Trial Compliance.

5. Settlement is extremely unlikely.


### DEFENDANT/THIRD PARTY PLAINTIFF'S SECTION C COMPLIANCE

1-6. See Exhibit A, Defendant Third Party Plaintiff's Reply to Plaintiff/Third party defendants' Trial Compliance.

7. Federal Jurisdiction in this matter is based on diversity.

8. Nature of Each Cause of Action and Relief Sought: Defendant/third party plaintiff seeks relief in Contract and *Quantum Meruit*. Defendant's contract damages are based on the formula set forth in the parties Agreement, as amended. Defendant's *Quantum Meruit* seeks relief equivalent to the reasonable value of defendant's services.

9. Proposed jury questions were previously submitted and a jury has been seated.

10. See, **Exhibit B**, Defendant/Third Party Plaintiff's Written Statement in Lieu of Opening Statement.

11. See, **Exhibit C**, Defendant/Third Party Plaintiff's Proposed Jury Instructions.

THE DEFENDANT/THIRD PARTY PLAINTIFF
MICHAEL A. DOUGLAS

BY _____
Joshua D. Lanning (ct24529)
JACOBS, GRUDBERG, BELT, DOW & KATZ P.C.
350 Orange Street, P.O. Box 606
New Haven, CT 06503
Phone: (203) 772-3100
Fax: (203) 772-1691
E-Mail: jlanning@jacobslaw.com

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed first class, postage prepaid on March 4, 2005, to:

Frederick Lovejoy, Esq.
P.O. Box 56
Easton, CT  06612



Joshua D. Lanning