of Norman R. Bloom, Deceased (11/19/97, Norwalk Probate
Court, Judge Joseph A. Egan, Jr.

\*     \*     \*     \*     \*

Exhibit No. 135     July 26, 2001 Agreement, re: divisive reorganization of Tallmadge
Bros., Incorporated

Exhibit No. 136     5/1/95 Interstate Certified Shellfish Shippers List

1/7/97 Seafood Task Report by the State of CT Environment
Committee

Northeast Aquaculture Situation & Outlook: 1994-1995

Feb. 1994 State of CT Laws Relating to Shellfisheries, from the
Department of Agriculture, Bureau of Aquaculture (pp. 1-34)

*Journal of Shellfish Research*, Vol. 13, No. 1, pp. 307-324, 1994.
Abstracts of Technical Papers, Presented at the 14th Annual
Meeting. Milford Aquaculture Seminar, Milford, CT, 2/22/94 to
2/24/94.

Exhibit No. 137     Feb. 1994 State of CT Laws Relating to Shellfisheries, from the
Department of Agriculture, Bureau of Aquaculture (pp. 1-34)

Exhibit No. 138     *Journal of Shellfish Research*, Vol. 13, No. 1, pp. 307-324, 1994.
Abstracts of Technical Papers, Presented at the 14th Annual
Meeting. Milford Aquaculture Seminar, Milford, CT, 2/22/94 to
2/24/94.

Exhibit No. 139     Superior Court, Civil Summons, dated 4/20/01, return date 5/8/01

Application for Temporary Injunction, dated 4/20/01; Verified
Complaint, same date

Exhibit No. 140     10/26/99 correspondence from Cohen & Wolf, P.C., to the
Managing Partner of Reilly & Matthews, Certified Public
Accountants, P.A., Re: Bivalve Packing Co., Peterson Packing Co.,
Reed & Reed, Inc., Port Norris Marina, Inc., and Longreach
Marina, Inc.

Exhibit No. 141 10/26/99 facsimile correspondence from Richard J. DiMarco, Esq., of Cohen & Wolf, P.C., to other counsel, Re: attached correspondence to New Jersey accountants, requesting tax returns

Exhibit No. 142 11/1/99 facsimile correspondence from Richard J. DiMarco, Esq., to Richard Zeisler, Esq., of Zeisler and Zeisler, Re: Tallmadge Brothers, Inc. Directors Meeting, attached notice of 1995 stockholders and directors meeting, attached resignation of Joan Bloom

      11/3/99 correspondence from Richard J. DiMarco, Esq., to Richard Zeisler, Esq., Re: minutes of meeting

Exhibit No. 143 11/10/99 facsimile correspondence from Richard J. DiMarco, Esq., to Richard Zeisler, Esq., Re: rescheduled board meeting, attached Notice of Directors Meeting

Exhibit No. 144 11/22/99 facsimile correspondence from Michael A. Douglas, Esq., to Richard Albrecht, Esq., Re: Bloom Estate

Exhibit No. 145 10/8/99 facsimile correspondence from Peter T. Mott of Brody, Wilkinson and Ober, P.C., to Pamela D. Bochinski, Esq., and other counsel, Re: attached Notice of Directors Meeting, attached Partial List of Items to be Resolved Re: Bloom Estate

Exhibit No. 146 4/13/00 division of properties (real estates, boats) between Hillard Bloom, *et al.*, and Norman Bloom, *et al.*

Exhibit No. 147 6/14/00 correspondence from Richard J. DiMarco, Esq., to Richard Wirth of Corporate Renewal Strategies, and Mario J. Zangari, Esq., of Siegel, O'Connor, Schiff & Zangari, Re: Disappearing Bank Account of Norman and Hillard Bloom

      11/30/01 email correspondence from Richard DiMarco, Esq., to Michael Douglas, Esq., and Richard Albrecht, Esq., Re: attached Promissory Note

      11/2/01 email correspondence from Richard DiMarco, Esq., to Michael Douglas, Esq., Re: delayed payment from Norman Bloom

Exhibit No. 148 4/6/00 facsimile correspondence from Richard J. DiMarco, Esq., to Lawrence M. Lapine, Esq., of Bello, Lapine and Cassone, Re: Tallmadge Bros., Incorporated v. Iroquois Gas Transmission

9/28/98 facsimile correspondence from Richard J. DiMarco, Esq., to other counsel, Re: scheduled meeting with Peter Mott (new administrator)

9/24/98 correspondence from Jackie Buckle, Assistant Clerk of Norwalk/Wilton Probate Court, to Peter T. Mott, Esq., Re: enclosed Memorandum of Decision, enclosed Acceptance Form

Exhibit No. 149    Notes written on Clam Price List

Indemnification Agreement by DeSarbo & Reichert, P.C., dated 1993

11/15/96 correspondence from D. Richard DeSarbo, Esq., of DeSarbo, Reichert & Gradoville, P.C., to Steven J. Bloom, Re: Norman R. Bloom Trust F/B/O Steven J. Bloom

Dept. of Agriculture, Aquaculture Division: Seed oyster purchases for 1994 from Bridgeport and Stratford State Natural Beds, dated 8/5/95; Seed oyster purchases for later years included; Other information concerning oysters, financial state of Bloom Bros. Companies

1990, 1991, 1992, 1995 Form CT-1120-1121 (Corporation Tax Return) for Tallmadge Bros, Inc.

Exhibit No. 150    5/31/00 correspondence from Richard D. Zeisler, Esq., to Richard J. DiMarco, Esq., Re: Estate of Norman R. Bloom

Exhibit No. 151    2/14/00 Memo from Michael A. Douglas, Esq., to Richard Zeisler, Esq., Re: preliminary list

Exhibit No. 152    4/18/01 facsimile correspondence from A. Reynolds Gordon to other counsel, Re: attached proposed Minutes of 4/10/01 Directors' Meeting

Exhibit No. 153    4/18/01 facsimile correspondence from Lawrence M. Lapine, Esq., to other counsel, Re: Board of Directors' Meeting

Exhibit No. 154    4/22/01 facsimile correspondence from Michael Douglas, Esq., to A. Reynolds Gordon, Esq., Re: Complaint

Exhibit No. 155    4/23/01 facsimile correspondence from A. Reynolds Gordon, Esq., to other counsel, Re: canceled 4/24/01 Board of Directors' Meeting

Exhibit No. 156      4/23/01 facsimile correspondence from Mario J. Zangari, Esq., to
other counsel, Re: attached signed consent resolutions, giving
Management Committee power

Exhibit No. 157      4/20/01 facsimile correspondence from A. Reynolds Gordon, Esq.,
to other counsel, Re: vacation

4/20/01 facsimile correspondence from A. Reynolds Gordon, Esq.,
to other counsel, Re: attached signed Minutes of 4/3/01 and

4/10/01 Directors' Meetings

Exhibit No. 158      Report of Special Stockholders' Meeting, dated 4/16/01

Exhibit No. 159      3/1/01 Memorandum from Christine A. Barker, Esq., to other
counsel, Re: Divisive Reorganization Agreement

Exhibit No. 160      4/2/01 facsimile correspondence from Lawrence M. Lapine, Esq.,
to other counsel, Re: postponement of 4/3/01 Board of Directors'
Meeting

Exhibit No. 161      4/4/01 revised Memo from A. Reynolds Gordon, Esq., to Richard
Wirth, Re: Implementation, Sales Agency Resolution

Exhibit No. 162      4/4/01 facsimile correspondence from Richard Wirth to counsel,
Re: attached Amendment to Minutes of Board of Directors'
Meeting March 20, 2001 (*sic*)

Exhibit No. 163      4/2/01 facsimile correspondence from Mario J. Zangari, Esq., to
other counsel, Re: attached questions concerning Coastal
(Corporate Opportunity)

Exhibit No. 164      4/10/01 facsimile correspondence from Christine Barker, Esq., to
Michael Douglas, Esq., Re: attached Tallmadge Brothers, Inc.
Stockholders of Record

Exhibit No. 165      4/12/01 facsimile correspondence from A. Reynolds Gordon, Esq.,
to Michael A. Douglas, Esq., Re: Tallmadge carve-outs

12/22/00 facsimile correspondence from A. Reynolds Gordon,
Esq., to Norman C. Bloom and Steven Bloom, Re: confirmation of
retention to represent

3/15/01 Memorandum of Tallmadge Negotiating Meeting of
3/14/01

Exhibit No. 166    4/11/01 facsimile correspondence from A. Reynolds Gordon, Esq., to other counsel, Re: postponement of 4/17/01 Directors' Meeting

4/12/01 facsimile correspondence from A. Reynolds Gordon, Esq., to Richard Wirth, Re: request for Minutes of all Directors' Meetings from 1999 to 2001

Exhibit No. 167    June, 1999 facsimile correspondence from Michael A. Douglas, Esq., to Steve Ayres, Re: attached response from Richard Zeisler after 6/10/99 meeting

9/30/98 facsimile correspondence from Michael A. Douglas, Esq., to Richard DiMarco, Esq., Re: Bloom/Mott

8/12/97 facsimile correspondence from Michael Douglas, Esq., to Richard DiMarco, Esq., Re: Bloom Motion

12/19/00 facsimile correspondence from Michael Douglas, Esq., to Richard Albrecht, Esq.

Exhibit No. 168    2/5/01 facsimile correspondence from A. Reynolds Gordon, Esq., to other counsel, Re: attached response to alternative A

3/16/01 facsimile correspondence from A. Reynolds Gordon, Esq., to Richard Wirth and counsel, Re: attached Notice of Directors' Meeting for 3/20/01

Exhibit No. 169    12/14/99 Interoffice Memorandum Re: Bloom, Vote of Incapacitated Director

Minutes of Annual Meeting of Stockholders of Tallmadge Brothers, Inc.

10/11/99 facsimile correspondence from Richard Albrecht, Esq., to Lawrence Lapine, Esq.

Exhibit No. 170    4/3/02 facsimile correspondence from Christine A. Barker, Esq., to other counsel, Re: Mechanism for Appointment of Substitute Arbitrator, attached Consent to 7/26/01 Divisive Reorganization Agreement

Exhibit No. 171    Feb. 2002 correspondence to the Internal Revenue Service, Re: Information submitted for Pre-submission conference on letter ruling request by Tallmadge Bros., Incorporated and its subsidiaries

Exhibit No. 172        6/23/00 Memorandum from Mario J. Zangari, Esq., to other
                       counsel, Re: 6/29/00 Meeting of Attorneys

**Object: Relevance. Hearsay. Authentication**

                       4/18/01 facsimile correspondence from Mario J. Zangari, Esq., to
                       Lawrence Lapine, Esq., and Michael Douglas, Esq.

**Object: Relevance. Hearsay. Authentication**

Exhibit No. 173        6/12/00 facsimile correspondence from Mario Zangari, Esq., to
                       other counsel, Re: reschedule meeting

**Object: Relevance. Hearsay. Authentication**

                       6/16/00 facsimile correspondence from Mario Zangari, Esq., to
                       other counsel, Re: attached finalized Consent Resolutions (Board
                       of Directors and Shareholders)

                       6/9/00 facsimile correspondence from Mario Zangari, Esq., to
                       other counsel, Re: Extraordinary Meeting of Attorneys re:
                       Consents

                       6/13/00 facsimile correspondence from Mario Zangari, Esq., to
                       other counsel, Re: attached latest version of Consent Resolutions
                       for Board of Directors and Shareholders

Exhibit No. 174        5/1/00 facsimile correspondence from Richard Wirth to Blooms
                       and counsel, Re: scheduled board meeting for 5/2/00

                       3/24/00 facsimile correspondence from Corporate Renewal
                       Services, Inc., to Blooms and counsel, Re: attached agenda for
                       4/4/00 Board Meeting

                       3/27/00 correspondence from Richard Wirth to Blooms, Re:
                       Report: Reorganization and Performance Improvement
                       Recommendations

6/14/00 facsimile correspondence from Richard Wirth to Blooms and counsel, Re: Fast Track Reorganization (attached document)

Exhibit No. 175    6/14/00 correspondence from Richard Wirth, Norman Bloom and Robert Bloom, to Hillard Bloom and Mario Zangari, Esq., Re: Fast Track Reorganization

6/8/00 correspondence from Richard Wirth to Blooms and counsel, Re: Status Report – Operational/Performance and Reorganization

12/23/99 Tallmadge Brothers and Related Entities and Properties Report Prepared by Corporate Renewal Services, Inc.

11/29/99 Consulting Agreement between Corporate Renewal Services, Inc., and Tallmadge Brothers, Inc.

Exhibit No. 176    3/5/01 facsimile correspondence from Michael A. Douglas, Esq., to Norman Bloom, Re: Norman Bloom Estate

3/7/01 facsimile correspondence from Michael Douglas, Esq., to Norman and Steven Bloom, Re: comments after conversations with Richard Wirth and Steven Bloom

5/23/01 facsimile correspondence from Michael Douglas, Esq., to Norman Bloom, Re: list of questions, Bloom Settlement

Exhibit No. 177    4/16/02 facsimile correspondence from Christine Barker, Esq., to other counsel, Re: Tallmadge Arbitration

**Object: Relevance. Hearsay. Authentication**

6/15/01 Revised edition of Divisive Reorganization Agreement (pp. 1-6)

3/01/01 Draft of Tallmadge Brothers, Inc. and Affiliate Corporations Schedule 6a, 6b, 6c

3/01/01 Draft of Tallmadge Brothers, Inc. and Affiliate Corporations Schedule 1, Parts A-EXHIBIT

Exhibit No. 178    3/4/02 facsimile correspondence from Christine Barker, Esq., to Robert, Norman and Steven Bloom, Re: NRB Corp. Counsel

**Object: Relevance. Hearsay. Authentication**

Exhibit No. 179  11/30/01 email correspondence from Richard DiMarco, Esq., to Michael Douglas, Esq., and Richard Albrecht, Esq., Re: attached Promissory Note for Norman Bloom to borrow money to pay fees

        11/2/01 email correspondence from Richard DiMarco, Esq., to Michael Douglas, Esq., Re: payments from Norman Bloom

Exhibit No. 180  6/13/01 correspondence from Christine Barker, Esq., to Michael Douglas, Esq., Re: Withdrawal from CCF

Exhibit No. 181  4/17/02 email correspondence from Christine Barker, Esq., to other counsel, Re: Tallmadge Arbitrator Issue – Update; attached are previous emails concerning the same issue

Exhibit No. 182  10/13/00 email correspondence from Richard DiMarco, Esq., Re: Purchase of Tallmadge product by Norman, Steven and Robert; attached response from Richard Wirth

Exhibit No. 183  6/12/01 email correspondence from Christine Barker, Esq., to other counsel, Re: Shareholder List; attached Schedule of stock ownership (Schedule 6d)

**Object: Relevance. Hearsay. Authentication**

Exhibit No. 184  7/6/01 email correspondence from Christine Barker, Esq., to other counsel, Re: draft of Divisive Reorganization Agreement

**Object: Relevance. Hearsay. Authentication**

Exhibit No. 185  7/6/01 email correspondence from Christine Barker, Esq., to other counsel, Re: attached revised draft of Divisive Reorganization Agreement

**Object: Relevance. Hearsay. Authentication**

Exhibit No. 186  10/13/00 email correspondence from Richard DiMarco, Esq., to Richard Wirth and other counsel, Re: Purchase of Tallmadge Product by Norman, Steven and Robert

**Object: Relevance. Hearsay. Authentication**

Exhibit No. 187  10/22/01 email correspondence from Richard DiMarco, Esq., to Michael Douglas, Esq., Re: Question to Mario Zangari, Esq.

**Object: Relevance. Hearsay. Authentication**

Exhibit No. 188    10/3/01 email correspondence from Christine Barker, Esq., to other counsel, Re: Question to Mario Zangari, Esq.; subsequent email correspondences are attached

**Object: Relevance. Hearsay. Authentication**

Exhibit No. 189    10/22/01 Email correspondence from Joe Bononcini to Michael Douglas, Esq., Re: financial statements

10/22/01 Email correspondences between Michael Douglas, Esq. and Richard J. DiMarco, Esq. of Cohen and Wolf, P.C.

Exhibit No. 190    8/18/00 facsimile correspondence from Michael A. Douglas, Esq., to Richard DiMarco, Esq.

Exhibit No. 191    5/22/00 facsimile correspondence from Michael A. Douglas, Esq., to Rick Albrecht, Richard DiMarco, Richard Zeisler and Paul Pacifico, Re: Law Suit against Hillard Bloom

6/19/00 correspondence from Michael A. Douglas, Esq., to Richard J. DiMarco, Esq., Re: Norman C. Bloom v. Hillard Bloom

5/18/00 correspondence from Richard J. DiMarco, Esq. to Michael Douglas, Esq., Re: Norman C. Bloom v. Hillard Bloom

*Social and Human Services and Resources*, pp.284-288 (Addiction Services)

11/10/99 correspondence from Frederick A. Lovejoy, Esq., to Jack Casagrande, Vice-Chairman of the Norwalk Shellfish Commission

**Objection: Only if Mr. Lovejoy wants to take the stand.**

Exhibit No. 192    11/20/01 facsimile correspondence from Michael A. Douglas, Esq., to Mark Errico and Norman Bloom, Re: loan agreement, attached Promissory Note ($600,000.00) by Norman C. Bloom and Paul Zill

Exhibit No. 193    11/23/01 facsimile correspondence from Michael A. Douglas, Esq. to Norman Bloom, Re: follow-up on above facsimile

Exhibit No. 194    12/12/01 facsimile correspondence from Michael A. Douglas, Esq., to Christine Barker of G. Bezz/Albrecht/Zangari, Re: Fees/Tallmadge

Exhibit No. 195     5/21/98 correspondence from Frederick A. Lovejoy, Esq., to Angelo Rubino, Chairman of Norwalk Shellfish Commission, Re: Advisory Committee Appointments

**Objection: Only if Mr. Lovejoy wants to take the stand.**

Exhibit No. 196     *Connecticut Weekly: Agricultural Report*, dated 7/15/92

Exhibit No. 197     *Federal Register: Rules and Regulations*. Vol. 60, No. 242, pp 65197-65202 (dated 12/18/95)

Food and Drug Administration: The Provisions of the Regulations: The Seafood HACCP Regulations, dated 12/5/95

8/16/01 correspondence from Christine A. Barker, Esq. of Siegel, O'Connor, Schiff & Zangari, P.C., to other counsel, Re: Tallmadge Brothers, Inc. Divisive Reorganization Agreement (enclosed are Books 1 and 2)

HACCP Plan For SS-I, SS-II; HACCP Plan Form

Exhibit No. 198     1/9/01 correspondence from Richard Wirth to Joseph Gilbert, VP of Briarpatch Enterprises, Inc., and Michael Fraenza of Fair Haven Clam & Lobster, LLC, Re: Cross Sound Cable Installation in New Haven Harbor

Exhibit No. 199     5/1/01 facsimile correspondence from Michael Douglas, Esq., to Dick Zeisler, Re: Proposal for Potential Collaboration between Norman, Robert and Steven

Blueprints/maps drawn on three copies of paper with letterhead " East Shore: Wire Rope & Rigging Supply, Inc.)

Shareholders' Agreement; Schedule A (Ownership of Assets)

Exhibit No. 200     3/15/02 facsimile correspondence from Michael A. Douglas, Esq., to Norman Bloom

Exhibit No. 201     10/2/01 correspondence from Christine A. Barker, Esq., Re: enclosed proposed Term Sheet Agreements between Tallmadge Brothers and Bridgeport Port Authority

Exhibit No. 202     Tallmadge Brothers, Inc. Balance Sheet & Income Statement as of 5/31/01

Absentee Share Agreement

NRB Family Summary, HEB Family Summary

Exhibit No. 203    Tallmadge Brothers, Inc. and Affiliate Corporations: Summary of Divisive Reorganization (Schedule 6), dated 7/18/01

Exhibit No. 204    5/29/01 facsimile correspondence from Christine A. Barker, Esq., to other counsel, Re: attached copy of financial statements received from Dick Wirth

**Object: Relevance. Hearsay. Authentication**

Exhibit No. 205    Edited copy of Divisive Reorganization Agreement (pp 7-42), dated 5/28/01

Exhibit No. 206    Edited copy of Divisive Reorganization Agreement (pp 7-43), dated 6/15/01

    Edited copy of Divisive Reorganization Agreement (pp 1-31), dated 6/26/01

Exhibit No. 207    Edited copy of Divisive Reorganization Agreement (pp 1-33), dated 7/20/01

Exhibit No. 208    Edited copy of Divisive Reorganization Agreement (pp 1-42), dated 5/28/01

Exhibit No. 209    Edited copy of Divisive Reorganization Agreement (pp 1-37), dated 7/8/01

Exhibit No. 210    Edited copy of Divisive Reorganization Agreement (pp 1-36), dated 6/12/01

Exhibit No. 211    8/8/97 facsimile correspondence from Steve (?) of U.S. Department of Commerce, National Oceanic and Atmospheric Administration, National Marine Fisheries Service, Fisheries Statistics and Economics Division, to Mark Errico, Re: attached 6/27/96 correspondence from John H. Volk, Director of the State of CT Department of Agriculture, attached table of species distances from U.S. shores.

Exhibit No. 212    7/17/98 facsimile correspondence from Mark Errico to Mike (?), Re: attached correspondence from State of CT Department of Environmental Protection, Fisheries Division, Marine Fisheries

Office, attached newspaper articles concerning shellfish/oyster company legal cases

Exhibit No. 213    Facsimile correspondence from Mark Errico to Mike (?), Re: attached Application for Stay, Appeal, and Citation, all dated 8/6/96

Exhibit No. 214    8/27/93 facsimile correspondence from William J. Cibes, Jr., Secretary of State Bond Commission, to Honorable John Blum, Commissioner of Agriculture, Re: Bond Commission Meeting, enclosed documents

8/25/95 facsimile correspondence from Reginald L. Jones, Secretary of State Bond Commission, to Hon. Shirley Ferris, Commissioner of Agriculture, Re: Bond Commission Meeting, enclosed documents

12/11/92 facsimile correspondence from William J. Cibes, Jr., to Hon. John Blum, Re: Bond Commission Meeting, enclosed documents

Exhibit No. 215    5/27/97 facsimile correspondence from Mark Errico to Mike (?), Re: attached notes from meetings

Exhibit No. 216    4/8/97 correspondence from Richard L. Albrecht, Esq., to John W. Murphy of Atlantic Management Company, Inc., Re: enclosed Stipulation and Order dated 4/15/96

Exhibit No. 217    9/4/97 facsimile correspondence from Michael A. Douglas, Esq., to Richard DiMarco, Esq., Re: additions to Action v. Hill Bloom

Exhibit No. 218    Petitioners' Reply Brief in Support of Removal of Executor, dated 8/22/97

Exhibit No. 219    8/11/97 facsimile correspondence from Michael A. Douglas, Esq., to Mark Errico, Re: attached comments to Richard DiMarco and Richard Albrecht

Statement from CT National Bank, Issued to Tallmadge Bros, Inc., in Lieu of 1099 U.S. Information Return and/or Mortgage Interest Statement (1989)

11/10/99 correspondence from Frederick A. Lovejoy, Esq. to Jack Casagrande, Vice-Chairman of Norwalk Shellfish Commission, Re: request for copies of records/document logs/writings

Exhibit No. 220   Statement from CT National Bank, Issued to Tallmadge Bros, Inc., in Lieu of 1099 U.S. Information Return and/or Mortgage Interest Statement (1989)

Exhibit No. 221   11/10/99 correspondence from Frederick A. Lovejoy, Esq. to Jack Casagrande, Re: request for copies of records/document logs/writings

        11/10/99 correspondence from Frederick A. Lovejoy, Esq. to Jack Casagrande, Re: Norwalk Shellfish Commission meeting of Dec. 1999

Exhibit No. 222   Notes and a phone number written on a copy of a newspaper article on acupuncture

**Object: Relevance. Hearsay. Authentication**

Exhibit No. 223   1/9/01 correspondence from Richard Wirth to Joseph Gilbert, VP of Briarpatch Enterprises, Inc., and Michael Fraenza of Fair Haven Clam & Lobster, LLC, Re: CrossSound Cable Installation in New Haven Harbor

        1/9/01 Settlement Agreement between TransEnergie U.S. Ltd. (TEUS), Tallmadge Brothers, Inc., Briarpatch Enterprises, Inc., and Fair Haven Clam & Lobster, LLC

        1/9/01 correspondences from Michael Fraenza, Winthrop S. Smith, Esq. of Briarpatch Enterprises, Inc., and Richard Wirth, to Mortimer A. Gelston, Chairman of CT Sitting Council, Re: agreement with TEUS

Exhibit No. 224   12/18/01 facsimile correspondence from Richard D. Zeisler, Esq., to Mario Zangari, Esq., Michael A. Douglas, Esq., and Robert Bloom, Re: attached 12/18/01 correspondence to Mario Zangari

**Object: Relevance. Hearsay. Authentication**

Exhibit No. 225   1/20/02 facsimile correspondence from Michael A. Douglas, Esq., to Paul Pacifico

Exhibit No. 226   8/31/01 correspondence from Joseph Bononcini to Mike Douglas, Esq., Re: loan request

**Object: Relevance. Hearsay. Authentication**

11/13/01 facsimile correspondence from Michael A. Douglas, Esq., to Joseph Bononcini, Re: Bivalve loan

11/12/01 facsimile correspondence from Gregory J. Bezz, Esq. of Siegel, O'Connor, Schiff & Zangari, P.C., to Michael A. Douglas, Esq., Re: Bivalve loan

**Object: Relevance. Hearsay. Authentication**

Exhibit No. 227     11/12/01 facsimile correspondence from Michael A. Douglas, Esq., to Norman C. Bloom and Mark Errico, Re: attached above 11/12/01 correspondence from Gregory J. Bezz, Esq.

11/13/01 facsimile correspondence from Michael A. Douglas, Esq., to Michael Lyons, Re: attached above 11/12/01 correspondence from Gregory J. Bezz, Esq.

Exhibit No. 228     3/7/01 correspondence from A. Reynolds Gordon to Norman and Steven Bloom, Michael Lyons, Richard DiMarco, Esq., and Michael Douglas, Esq., Re: Purchase by Hillard Bloom and David Hopp of Coastal

**Object: Relevance. Hearsay. Authentication**

Exhibit No. 229     Executor's Brief on Issue of Removal, by Paul J. Pacifico, Esq., dated 8/18/97

12/2/97 correspondence from Richard J. DiMarco, Esq., to Richard J. Diviney, Esq., of Sherwood, Garlick, Cowell, Diviney & Atwood, Re: Bloom Probate Appeal, enclosed copy of Reasons of Appeal

Exhibit No. 230     6/28/01 email correspondences from Michael Douglas, Esq., to Richard Zeisler, Esq.

Exhibit No. 231     4/16/02 email correspondence from Michael Douglas, Esq., to Christine Barker, Esq.; subsequent email correspondences

Exhibit No. 232     6/7/01 facsimile correspondence from A. Reynolds Gordon, Esq., to Christine Barker, Esq., Re: Suggested Revisions in Tallmadge Agreement

6/7/01 facsimile correspondence from A. Reynolds Gordon, Esq., to Christine Barker, Esq., Re: attached revised arbitration language

7/2/01 facsimile correspondence from A. Reynolds Gordon, Esq., to "Team," Re: attached copy of Judge Stevens' 6/29/01 Ruling on the Plaintiffs' Application for Temporary Injunction (granted)

7/2/01 facsimile correspondence from A. Reynolds Gordon, Esq., to "Team," Re: temporary junctions are not appealable

7/3/01 facsimile correspondence from A. Reynolds Gordon, Esq., to Christine Barker, Esq., Re: Tallmadge Divisive Reorganization

Exhibit No. 233    Ruling on Defendant's Motion to Articulate, by Judge Stevens, dated 7/31/01

Exhibit No. 234    3/3/00 facsimile correspondence from Richard Wirth to Hillard EXHIBIT. Bloom, Re: CRSI -- Phase IV: 2/29/00 to 4/4/00

3/27/00 correspondence from Richard Wirth to Blooms, Re: Reorganization and Performance Improvement Recommendations

4/4/00 Agenda for Tallmadge Brothers, Inc. Board Meeting

1/12/01 facsimile correspondence from Michael A. Douglas, Esq., to A. Reynolds Gordon, Esq., Re: meeting/conference call of same date

Exhibit No. 235    6/13/01 facsimile correspondence from Lawrence M. Lapine, Esq. of Bello, Lapine & Cassone, L.L.P., to Christine Barker, Esq., Re: comments on revised draft of 6/11/01

6/14/01 Temporary Letter of Permission

6/18/01 correspondence from Lawrence M. Lapine, Esq., to Christine Barker, Esq.

Exhibit No. 236    10/2/96 correspondence from Lawrence M. Lapine, Esq., to Hon. Nicholas A. Cioffi, Judge of the Legal Management Corporation, Re: Tallmadge Brothers, Inc., *et al.* v. Iroquois Gas Transmission

Exhibit No. 237    4/24/01 facsimile correspondence from Michael Douglas, Esq., to Larry Lapine, Esq., Re: attached Settlement Draft

Exhibit No. 238    6/29/01 email correspondence from Michael Douglas, Esq., to Christine Barker, Esq.