| | |
|---|---|
| Exhibit No. 239 | 5/6/01 correspondence from Douglas, Esq. & DiMarco to Lapine & Richichi, Re: Tallmadge Brothers Divisive Reorganization |
| Exhibit No. 240 | 6/11/01 facsimile correspondence from A. Reynolds Gordon, Esq., to counsel and clients, Re: attached Yanow v. Teal Industries, Inc. et al. |
| Exhibit No. 241 | 8/11/00 facsimile correspondence from Lawrence Lapine, Esq., to Michael Douglas, Esq. |
| | 6/11/01 facsimile correspondence from Lawrence M. Lapine, Esq., to A. Reynolds Gordon, Esq. |
| | 6/12/01 facsimile correspondence from Michael A. Douglas, Esq., to Lawrence Lapine, Esq., Re: attached comments sent to Mario Zangari, Esq. |
| Exhibit No. 242 | 1/12/01 facsimile correspondence from Michael A. Douglas, Esq., to A. Reynolds Gordon, Esq., Re: meeting of same date |
| | 6/12/01 facsimile correspondence from Michael A. Douglas, Esq., to Mario Zangari, Esq. |
| Exhibit No. 243 | Settlement, General Release and Mutual Distribution Agreement, dated 12/8/00 |
| Exhibit No. 244 | 12/3/01 correspondence from Michael A. Douglas, Esq., to Norman Bloom |
| Exhibit No. 245 | 4/15/02 facsimile correspondence from Christine Barker, Esq., to other counsel, Re: Notice of Change in Family Chair Appointment |

**Object: Relevance. Hearsay. Authentication**

| | |
|---|---|
| Exhibit No. 246 | Draft of Settlement, General Release and Mutual Distribution Agreement, dated Nov. 2000 |
| Exhibit No. 247 | State of CT, Court of Probate, District of Norwalk: Inventory, Estate of Norman R. Bloom, Rev. 10/98 |
| Exhibit No. 248 | 8/23/01 correspondence from Richard J. DiMarco, Esq., to Norman C. Bloom, Re: legal fees |
| Exhibit No. 249 | Case Detail report, dated 4/10/02, for Docket No. CV-01-0382584-S |

36

Exhibit No. 250     7/18/01 facsimile correspondence from Michael Douglas, Esq., to Norman Bloom, Re: attached Shareholders' Agreement

Exhibit No. 251     6/6/01 facsimile correspondence from Christine Barker, Esq., to Michael A. Douglas, Esq., Re: attached correspondence of same date

**Object: Relevance. Hearsay. Authentication**

Exhibit No. 252     Claims Excepted from the Release, dated 5/4/01

Exhibit No. 253     5/7/01 facsimile correspondence from Richard J. DiMarco, Esq., to other counsel, Re: attached correspondence of same date with enclosed Memo listing remaining issues

Exhibit No. 254     5/18/01 facsimile correspondence from Michael A. Douglas, Esq., to Mario Zangari, Esq.

5/23/01 facsimile correspondence from Mario J. Zangari, Esq., to Michael A. Douglas, Esq., Re: above facsimile correspondence

**Object: Relevance. Hearsay. Authentication**

5/29/01 facsimile correspondence from Michael A. Douglas, Esq., to Mario Zangari, Esq.

Exhibit No. 255     5/18/01 facsimile correspondence from Michael A. Douglas, Esq., to Richard DiMarco, Esq., Re: comments after conference call with Christine Barker, Esq.

Exhibit No. 256     5/29/01 facsimile correspondence from Michael A. Douglas, Esq., to Mario Zangari, Esq.

5/29/01 facsimile correspondence from Michael A. Douglas, Esq., to Mario Zangari, Esq., Re: facsimile correspondence of 5/23/01, request for copy of answers to Lapine's questions

Peterson Packing Co., Inc.: Summary of Capital Construction Fund, 1993-2000

Exhibit No. 257     5/29/01 facsimile correspondence from Michael A. Douglas, Esq., to A. Reynolds Gordon, Esq.

Exhibit No. 258     5/30/01 facsimile correspondence from A. Reynolds Gordon, Esq., to other counsel, Re: completion of case scheduled for 6/14/01

|  |  |
|---|---|
|  | 4/5/01 facsimile correspondence from A. Reynolds Gordon, Esq., to Richard J. DiMarco, Esq., Re: attached draft of Minutes of 4/3/01 meeting |
| Exhibit No. 259 | 7/31/99 facsimile correspondence from Michael Douglas, Esq., to Richard DiMarco, Esq., and Richard Albrecht, Esq., Re: comments based on 11/13/98 Complaint |
| Exhibit No. 260 | Description of National Oceanic and Atmospheric Administration: Fishing Vessel Capital Construction Fund, dated March, 1994 |
|  | 8/27/96 facsimile correspondence from Robert D. Mercer-Falkoff, Esq. of DeSarbo, Reichert & Gradoville, P.C., to Richard J. DiMarco, Esq., Re: attached directions to Bivalve Backing |
|  | 8/27/96 facsimile correspondence from Robert D. Mercer-Falkoff, Esq., to Richard J. DiMarco, Esq., Re: 8/29/96 inspection of New Jersey facilities by Norman Bloom and agents |
|  | Bivalve Packing Co., Inc.: Summary of Capital Construction Fund, 1991-2000 |
|  | Description of Capital Construction Fund |
| Exhibit No. 261 | Stipulation, dated 4/15/96; Addenda to Paragraph 6 |
| Exhibit No. 262 | List of Real Estate Owned by Norman R. Bloom Estate as of 10/22/89 |
|  | 10/1/97 correspondence (and subsequent correspondences) from Linda Landan, President of Realty Resources, to Norman Bloom and Mark Errico, Re: estimated values of lands/properties |
| Exhibit No. 263 | 5/20/97 Norwalk Police Department Interdepartmental Memo, from Sergeant J. Lyosbey to Chief H. Rilling, Re: Possible Civil Action |
| Exhibit No. 264 | Correspondence Re: 1996 registration and inspection stickers for Norman Bloom's truck |
| Exhibit No. 265 | 4/10/96 facsimile correspondence from Richard Diviney, Esq., to Richard DiMarco, Esq. |
| Exhibit No. 266 | Last Will and Testament of Francis D. Dolan (Vol. 158, Page 543) |
| Exhibit No. 267 | *Connecticut Weekly: Agricultural Report*, dated 1/4/95 |

|  |  |
|---|---|
|  | Packet of information on the Economic Benefit of Connecticut's Oyster Farming Industry |
| Exhibit No. 268 | Notes on Oyster Grounds |
|  | Notes on properties and companies owned by Tallmadge Brothers, Inc. |
| Exhibit No. 269 | Robert Bloom Deposition: List of Questions |
| Exhibit No. 270 | Lafayette American Bank: Transactions for bank accounts concerning Norman R. Bloom Trusts |
|  | Norman Bloom Trusts: Trust Administration Statement |

\*     \*     \*     \*     \*

| | |
|---|---|
| Exhibit No. 271 | Invoices for Professional Services Rendered by Cohen and Wolf, P.C., from 1999 to 2001, Re: Estate of Norman R. Bloom |
|  | Retainer Agreement between Norman C. Bloom and above law firm, dated March 27, 1996 |
| Exhibit No. 272 | Invoices for Professional Services Rendered by Siegel, O'Connor, Schiff & Zangari, P.C., from 2000 to 2001, Re: Tallmadge Brothers, General Corporate |
| Exhibit No. 273 | Real Estate Appraisals; Consolidated Tax Bills; Assessment Change Notices; Machinery & Equipment Inventory and Appraisals; Boat Fleet & Dry Dock Appraisals |
| Exhibit No. 274 | Tallmadge Brothers, Inc. Product Prices and Sales for 2000 |
| Exhibit No. 275 | U.S. Corporation Income Tax Return Forms 1120, 4562, 4626, for Tallmadge Brothers, Inc., for 1997 and 1998 |
| Exhibit No. 276 | Bivalve Packing Co., Inc. Balance Sheets and Income Statements for 1998 and 1999 |
|  | Peterson Packing Co., Inc. Financial Statements and Supplementary Information for 1998 and 1999 |
|  | Tallmadge Brothers, Inc. Balance Sheets and Income Statements for 1999 |

| | |
|---|---|
| Exhibit No. 277 | Divisive Reorganization Agreement by Tallmadge Bros., Incorporated (pages 1-32) |
| Exhibit No. 278 | Tallmadge Brothers, Inc., Bridgeport Dry Dock Corp., Bloom Brothers Marina, Cavanaugh's Marina, Bivalve Packing Company, Inc., Longreach Marina, Inc., Port Norris Marina, Inc., Peterson Packing Company, Inc., Reed & Reed Company, Inc.: Sales and Income Summaries for 1998 to 1999 |
| | Connecticut Oyster Market Harvest for 1972-1998 |
| | Tallmadge Brothers, Inc. Boat Inventory as of 12/16/1999; Tallmadge Brothers, Inc. Oyster Beds/Lots as of 12/13/1999 |
| | Tallmadge Brothers, Inc. Capital Structure (Voting Common Stock, Non Voting Common Stock, Preferred Stock) and Description of Assets |
| Exhibit No. 279 | The Norman R. Bloom Irrevocable Insurance Trust Indenture, dated April 4, 1978 |
| Exhibit No. 280 | The Norman R. Bloom Family Spray Trust Indenture, dated November 28, 1984 |
| Exhibit No. 281 | The Norman R. Bloom Revocable Trust Indenture, dated April 4, 1978 |
| Exhibit No. 282 | Last Will and Testament of Norman R. Bloom, dated April 4, 1978 |
| Exhibit No. 283 | The Norman R. Bloom Revocable Trust Indenture, The Norman R. Bloom Family Spray Trust, The Norman R. Bloom Irrevocable Life Insurance Trust Indenture: Removal of Independent Trustee and Appointment of Successor, dated March, 1994 |
| | Agreement between Norman C. Bloom and Paul Zill and Lafayette American Bank, dated September, 1998 |
| | Appointment of Successor Independent Trustee for Revocable Trust, dated June, 1998 |
| Exhibit No. 284 | Invoices for Consulting by Corporate Renewal Services, Inc., for 2000, Re: Tallmadge Brothers, Inc. |
| | Invoices for Services Rendered by Siegel, O'Connor, Schiff & Zangari, P.C., for 2001, Re: Tallmadge Bros. Incorporated, Hillard Bloom Shellfish Company |

|  |  |
|---|---|
|  | Legal Engagement Letter from above law firm, dated March 13, 2000 |
| Exhibit No. 285 | Invoices for Services Rendered by Simione, Scillia, Larrow & Dowling, LLC, for 2000 |
| Exhibit No. 286 | *The Long Island Sound Steward*, dated August, 1997 |
|  | *Terramar Coloring Book*, including cartoons of marine creatures and an advertisement for Terramar Birthday Parties, dated 1997 |
|  | The Norwalk River Watershed Initiative Habitat Restoration, Stewardship and Education, Water Quality Sub-Committees: Draft Visions/Goal Statements and Priorities |
| Exhibit No. 287 | June 26, 1998 correspondence from Richard J. DiMarco, Esq. of Cohen and Wolf, P.C., to Richard J. Diviney, Esq. of Sherwood, Garlick, Cowell Diviney & Atwood, Re: Norman C. Bloom Trusts |
| Exhibit No. 288 | December 19, 2000 correspondence from Dick Wirth to Mario Zangari, Re: Committee Meeting Agenda: Dave Hopp Reorganization Proposal of December 19, 2000 v. Norman et-al 50/50 harvest split proposal |
| Exhibit No. 289 | Revised Divisive Reorganization Agreement (pages 1-34) |
|  | 07/18/2001 Draft of Tallmadge Brothers, Inc. and Affiliate Corporations Summary of Divisive Reorganization |
| Exhibit No. 290 | Revised Divisive Reorganization Agreement (pages 1-33) |
|  | 07/18/2001 Draft of Tallmadge Brothers, Inc. and Affiliate Corporations Summary of Divisive Reorganization |
| Exhibit No. 291 | 8/21/97 facsimile correspondence from State of CT Department of Consumer Protection, Liquor Control Division, to Mark Errico, Re: SoNo Seaport Seafood, Inc., attached documents |
| Exhibit No. 292 | Mark Errico's Notes: Property owned by Estate of Norman Bloom |
| Exhibit No. 293 | Norwalk Police Department Complaint & Incident Report, dated 4/4/95, Re: Harvesting of Oysters |
| Exhibit No. 294 | 3/14/96 facsimile correspondence from Michael Douglas, Esq., to Richard DiMarco, Esq., Re: Appraisal |

|  |  |
|---|---|
|  | Facsimile correspondence from Michael Douglas, Esq., to Joseph L.A. Tesoriere, Re: attached Proposal Re: Appraisals |
| Exhibit No. 295 | 4/20/93 Memorandum from Joseph V. Cuomo, Esq. of Whiteman & Ransom, to Christopher G. Martin, Re: Certain Rights of Minority Shareholders Under CT Law |
| Exhibit No. 296 | Norman C. Bloom's Outline |
| Exhibit No. 297 | 4/1/98 correspondence from John W. Murphy, President of Atlantic Management Company, Inc., to Richard DiMarco, Esq., Re: Bloom Trusts and Tallmadge Brothers |
|  | 7/1/98 correspondence from John W. Murphy to Richard DiMarco, Esq., Re: repeat of previous request |
|  | 7/22/98 correspondence from Richard DiMarco, Esq., to John W. Murphy, Re: enclosed Stipulation |
|  | 6/16/97 facsimile correspondence from Richard DiMarco, Esq., to John Murphy, Re: valuation |
|  | 3/7/97 correspondence from Charles P. Gallagher, VP of Westport Bank and Trust, to Norman Bloom, Re: enclosed correspondence from Krevolin & Roth |
|  | 5/21/97 facsimile correspondence from Michael Douglas, Esq., to John Murphy |
|  | 5/14/97 facsimile correspondence from Michael Douglas, Esq., to Richard DiMarco, Esq., Re: Murphy |
|  | 4/30/97 correspondence from John Murphy to Michael Douglas, Esq., Re: enclosed invoice |
|  | Subsequent correspondences Re: payment of services rendered by Atlantic Management Company, Inc., Revised Confidentiality Agreement |
| Exhibit No. 298 | Questions for Murphy to be Given to Richard Diviney, Re: Appraising of Corporation Value |
|  | 7/19/95 correspondences from Mark Errico to Charles P. Gallagher and Richard Diviney, Esq. |

|   |   |
|---|---|
|   | 10/10/95 correspondence from Norman Bloom to Richard Diviney, Esq. |
|   | 9/22/95 correspondence from Mark Errico to John Murphy, Re: Oyster Beds evaluation/inventory |
|   | 9/8/95 and 7/19/95 correspondences from Mark Errico to Charles P. Gallagher |
| Exhibit No. 299 | 2/596 Draft of correspondence from Richard Diviney, Esq., to Kenneth M. Griffin of Westport Bank & Trust Company, Re: Bloom Trusts |
| Exhibit No. 300 | 9/15/95 correspondence from Robert L. Genuario, Esq. of Genuario & Conover, to Joseph Richichi, Esq. of Sherman & Richichi, Re: Cheryl Ajemian v. Estate of Mildred Bloom; enclosed pleadings |
| Exhibit No. 301 | 1996 CT-1120 Corporation Business Tax Return for Tallmadge Brothers, Inc. |

**Object: Relevance. Hearsay. Authentication**

| | |
|---|---|
| Exhibit No. 302 | 1992 CT-1120 Corporation Income Tax Return for Bivalve Packing Co. Corp., Inc. |

**Object: Relevance. Hearsay. Authentication**

|   |   |
|---|---|
|   | 1993, 1994 CT-1120 Corporation Tax Return for Tallmadge Brothers, Inc. |

**Object: Relevance. Hearsay. Authentication**

|   |   |
|---|---|
| Exhibit No. 303 | Tallmadge Brothers, Inc., *et al.* v. Iroquois Gas Transmission System, L.P.: Appendix to Brief of Plaintiff-Appellees and Cross-Appellants |
|   | Information and newspaper articles on shellfish company, oysters, Iroquois |
|   | Map of Norman R. Bloom Estate |
|   | Agenda for 11/7/96 meeting of Hillard Bloom and counsel |

|  |  |
|---|---|
|  | 9/20/96 facsimile correspondence from Dave Woodward of J.M. Layton & Co., Inc., to Mark Errico, Re: Oyster Mortality |
|  | Claim submitted by Hillard Bloom |
|  | U.S. Department of Transportation – United States Coast Guard – Claim No: 9C5067-001 (attached briefs/documents from case) |
| Exhibit No. 304 | 1/3/97 correspondence from Richard DiMarco, Esq., to Richard H. Lamere, Esq. of DeSarbo, Reichert & Gradoville, P.C. |
| Exhibit No. 305 | 2/4/97 correspondence from Richard Lamere, Esq., to Richard DiMarco, Esq. |
| Exhibit No. 306 | 7/3/96 Notice of Meeting/Transmittal of Proposed Finding from the Freedom of Information Commission of the State of CT |
|  | 8/25/95 Interdepartment Memo from Reginald L. Jones, Secretary of State Bond Commission, to Judge Shirley Ferris, Commissioner of Agriculture, Re: Bond Commission Meeting, attached documents |
|  | 9/21/95 correspondence from John H. Volk, Director of State of CT Department of Agriculture, Aquaculture Division, to Mark Errico, Re: enclosed information concerning State seed oyster restoration program |
|  | 9/23/92 correspondence from Clement J. Roy to Hillard Bloom, Re: 1993 contract for professional services for sessions of General Assembly |
|  | RMB Oyster and Mussel Insurance Underwritten by Certain Lloyd's Underwriters: Proposal Form – Oyster and Mussel Farms |
|  | 9/28/95 correspondence from Mark Errico to Mark Blake of D E P Marine Fisheries |
|  | 10/10/95 correspondence from Eric M. Smith, Assistant Director of the State of CT Department of Environmental Protection, Fisheries Division, to Mark Errico; subsequent correspondences included |
|  | 10/13/95 correspondence from Mark Errico to Dolores Tarnowski of the Freedom of Information Commission; subsequent correspondences included |

44

2/9/96 Notice of Hearing and Order to Show Cause, from Frederick E. Hennick, Chairman of Freedom of Information Commission

2/9/96 Designation of Hearing Officer (Commissioner Carolle T. Andrews), from Dolores E. Tranowski, Clerk of the Commission

*Oystering in Norwalk*, by Patricia Morrison and Barbara Packwood of Fox Run Elementary School

11/25/97 correspondence from Richard Lamere to Richard DiMarco, Esq., Re: enclosed balance of requested tax returns

| | |
|---|---|
| Exhibit No. 307 | 11/25/97 correspondence from Richard Lamere to Richard DiMarco, Esq., Re: enclosed balance of requested tax returns; tax returns included in exhibit |
| Exhibit No. 308 | 9/23/92 correspondence from Clement J. Roy to Hillard Bloom, Re: 1993 contract for professional services for sessions of General Assembly |
| Exhibit No. 309 | Page of advertisements for The Investigative Group, Inc., Boarden Associates Investigation & Security, and Price Waterhouse LLP |
| Exhibit No. 310 | 3/22/96 correspondence from Richard DeSarbo, Esq., to Richard Diviney, Esq. |
| Exhibit No. 311 | Mar. 1996 Brief, by Richard Albrecht, Esq. and Richard Diviney, Esq. for the Plaintiffs |
| Exhibit No. 312 | 8/8/96 facsimile correspondence from Richard DiMarco, Esq., to Robert D. Mercer-Falkoff, Esq., Re: Inspection of New Jersey Operations |
| Exhibit No. 313 | Tallmadge Brothers, Inc. Income Statement for years 1989-1994 |
| Exhibit No. 314 | 6/27/00 Aquaculture Update: Connecticut Post – "Oysters said to be free of parasites" |
| Exhibit No. 315 | 9/6/96 Interoffice Memorandum from Richard DiMarco, Esq. to Richard Albrecht, Esq., Re: description of Tallmadge Brothers' facilities |
| Exhibit No. 316 | 9/23/96 facsimile correspondence from Richard DiMarco, Esq., to Robert Mercer-Falkoff, Esq. |

4/10/96 facsimile correspondence from Richard Albrecht, Esq. to Robert Mercer-Falkoff, Esq.

4/10/96 Stipulation

4/9/96 facsimile correspondences from Robert Mercer-Falkoff, Esq., to Richard Albrecht, Esq., Re: Continuance of Writ of Mandamus Hearing against Tallmadge Brothers, Inc., and Re: Inspection of Records

4/1/96 Subpoena – Ad Testificandum, to Richard DeSarbo, Esq., from Richard Albrecht, Esq.

7/26/96 facsimile correspondence from Richard DiMarco, Esq., to Robert Mercer-Falkoff, Esq.

| | |
|---|---|
| Exhibit No. 317 | 4/8/96 correspondence from Charles P. Gallagher to Hillard Bloom, Re: Promissory Notes owing to Bloom "Revocable" Trust |
| Exhibit No. 318 | 9/20/96 facsimile correspondence from Dave Woodward to Mark Errico, Re: Oyster Mortality, attached RMB Fishstock Insurance Underwritten at Lloyd's: Proposal Form – Offshore Farms/Oyster and Mussel Farms |
| Exhibit No. 319 | 10/3/96 facsimile correspondence from Richard DiMarco, Esq., to Robert Mercer-Falkoff, Esq., Re: scheduled inspection of books and records (Bivalve Packing, Inc.) |
| | 9/10/96 Memorandum from Richard DiMarco, Esq., to Norman Bloom and other counsel, Re: Bivalve Packing Inspection |
| | 10/23/96 Report of Analysis of Records at Bivalve Packing Co., from Ray Schwartz |
| Exhibit No. 320 | Bureau of Aquaculture and Laboratory: Program descriptions; other information on CT shellfishing |
| Exhibit No. 321 | 3/15/96 correspondence from Richard Diviney, Esq., to Richard DeSarbo, Esq. |
| | 3/22/96 correspondence from D. Richard DeSarbo, Esq., to Richard Diviney, Esq. |
| Exhibit No. 322 | 4/2/96 facsimile correspondences from Richard Albrecht, Esq. to Michael Douglas, Esq. and D. Richard DeSarbo, Esq. |

|                 | Mar. 1996 Draft of Verified Complaint for Writ of Mandamus, Bill of Discovery, and Injunction |
|---|---|
| Exhibit No. 323 | 12/18/96 Deposition of Robert Bloom taken on behalf of Norman C. Bloom |
|                 | 9/25/96 correspondence from Richard Albrecht, Esq., to Paul Pacifico, Esq., Re: scheduling of Robert Bloom deposition |
|                 | 9/4/96 Subpoena Duces Tecum to Robert Bloom, from Richard Albrecht, Esq. |
|                 | 9/4/96 Notice of Deposition of Robert Bloom, by Richard Albrecht, Esq. |
| Exhibit No. 324 | 9/4/97 correspondence from Pamela Bochinski, Esq., to Judge Joseph A. Egan, Jr., Re: Paul Pacifico, Esq.'s "Executor's Response to Petitioner's Reply Brief" |
| Exhibit No. 325 | 10/1/96 Re-Notice of Deposition of Robert Bloom |
|                 | 9/27/96 Notice of Deposition of Norman Bloom, from Paul Pacifico, Esq. |
| Exhibit No. 326 | Background questions to Robert Bloom being named Executor of his father's estate |
| Exhibit No. 327 | Robert Bloom Deposition: List of Questions |
| Exhibit No. 328 | 9/11/96 correspondence from Richard Albrecht, Esq., to Blooms and other counsel, Re: Continuance of Hearing Scheduled 9/18/96 |
|                 | 9/11/96 correspondences from Richard Albrecht, Esq., to Robert Bloom and Paul Pacifico, Esq. |
| Exhibit No. 329 | 12/27/96 correspondence from Richard DiMarco, Esq., to Pamela Bochinski, Esq. |
| Exhibit No. 330 | 7/31/96 facsimile correspondence from Richard DiMarco, Esq., to Richard Diviney, Esq., Re: attached draft copy of petition for removal and surcharge of executor (Robert Bloom) |
| Exhibit No. 331 | 9/3/97 Executor's Response to Petitioner's Reply Brief, by Paul Pacifico, Esq. |

| | |
|---|---|
| Exhibit No. 332 | June 1996 Supplemental Objections to Executor's Final Account, Petition for Removal of Executor, and Petition for Surcharge of Executor, by Richard DiMarco, Esq. |
| Exhibit No. 333 | 8/20/96 and 8/23/96 correspondences from Robert D. Mercer-Falkoff, Esq., to Richard DiMarco, Esq., enclosed directions to Bivalve Packing Co. |
| Exhibit No. 334 | 2/14/97 correspondence from R. Schwartz to Richard DiMarco, Esq., and Mark Errico, Re: Bloom Bros. Marina |
| | 2/15/97 facsimile correspondence from Richard DiMarco, Esq., to Michael Douglas, Esq., Re: attached financial documents concerning Bloom Bros. and Tallmadge Bros. |
| | 3/14/95 facsimile correspondence from Mark Errico to Richard Diviney, Esq., Re: attached notes/questions |
| | Information concerning Capital Construction Fund |
| | 7/25/97 Memo from Ray Schwartz to Richard DiMarco, Esq., and Joseph Verrilli |
| | 6/1/99 correspondence from Joseph Verrilli, CPA, Principal of Dworken, Hillman, LaMorte & Sterczala, P.C., to Richard DiMarco, Esq., Re: proposed procedures, fees, agreement |
| | 6/6/97 correspondence from Teresa Reichert, Esq., to William W. Kenney, Re: Tallmadge Brothers and subsidiaries state income tax returns |
| | 6/16/97 Memorandum from Richard DiMarco, Esq., to other counsel and Norman Bloom, Re: Claim against Tallmadge |
| Exhibit No. 335 | 6/3/98 facsimile correspondence from Richard DiMarco, Esq., to Michael Douglas, Esq., Re: attached draft of Complaint against Hillard Bloom |
| Exhibit No. 336 | 7/9/97 draft of Complaint against Hillard Bloom, by Richard Albrecht, Esq. |
| | 8/21/97 facsimile correspondence from Michael Douglas, Esq., to Richard DiMarco, Esq. |
| Exhibit No. 337 | 4/18/97 Memo from Michael Douglas, Esq., to Richard DiMarco, Esq., Re: Response for Paul Pacifico letter |

| | |
|---|---|
| Exhibit No. 338 | 7/23/97 facsimile correspondence from Richard Albrecht, Esq., to Michael Douglas, Esq., Re: attached draft of Petitioners' Brief in Support of Removal of Executor |
| Exhibit No. 339 | 10/30/98 facsimile correspondence from Richard DiMarco, Esq., to Michael Douglas, Esq. |
| Exhibit No. 340 | 10/19/98 correspondence from Peter T. Mott, Esq., to other counsel, Re: 10/20/98 meeting with Judge Joseph A. Egan, Jr. |

**Object: Relevance.  Hearsay.  Authentication**

| | |
|---|---|
| Exhibit No. 341 | 10/6/98 Memo from Michael Douglas, Esq., to Richard DiMarco, Esq., and Richard Albrecht, Esq., Re: proposed plan for going forward to induce interest by Hillard Bloom to enter into Real negotiations |

**Object: Relevance.  Hearsay.  Authentication**

| | |
|---|---|
| Exhibit No. 342 | 10/1/98 facsimile correspondence from Richard DiMarco, Esq., to Peter T. Mott, Esq., Re: attached memo highlighting issues to be addressed/actions to be taken by administrator |
| Exhibit No. 343 | 9/11/98 facsimile correspondence from Richard DiMarco, Esq., to Richard Diviney, Esq., Re: enclosed Agreement among bank and successor trustees, addressing issues of Atlantic Management debt and outstanding fees |
| Exhibit No. 344 | 8/25/98 facsimile correspondence from Richard Albrecht, Esq., to Michael Douglas, Esq., Re: attached 9/9/98 Motion for Reconsideration, by Paul Pacifico, Esq.<br><br>8/24/98 Memo from Michael Douglas, Esq., to Richard Albrecht, Esq., Re: Bloom Motion to Remove |
| Exhibit No. 345 | 8/21/98 correspondence from Pamela Bochinski, Esq., to Judge Joseph A. Egan, Jr., Re: enclosed Memorandum Regarding Stay of Execution, and Motion to Stay Request for Removal of Executor, by Paul Pacifico, Esq. |
| Exhibit No. 346 | 8/18/98 facsimile correspondence from Richard Albrecht, Esq., to Michael Douglas, Esq., Re: attached correspondence of same date from Paul Pacifico, Esq., to Albrecht |

|   |   |
|---|---|
|   | 8/18/98 facsimile correspondence from Michael Douglas, Esq., to Richard Albrecht, Esq., Re: Pacifico |
| Exhibit No. 347 | 6/9/98, 6/18/98 and 8/11/98 facsimile correspondences from Richard DiMarco, Esq., to Paul Pacifico, Esq., and Pamela Bochinski, Esq., Re: collecting of rents by Robert Bloom |
| Exhibit No. 348 | 8/12/98 Memo from Michael Douglas, Esq., to Richard DiMarco, Esq., and Richard Albrecht, Esq., Re: Petitioners' brief on Removal Issue |
| Exhibit No. 349 | 6/9/98 and 6/18/98 correspondences from Richard DiMarco, Esq., to Paul Pacifico, Esq. |
|   | 6/24/98 facsimile correspondence from Paul Pacifico, Esq., to Richard DiMarco, Esq. |
|   | 6/26/98 Interoffice Memorandum from Richard DiMarco, Esq., to other counsel and Norman Bloom, Re: attached final draft of Petition for Removal of Executor |
|   | 6/30/98 correspondence from Richard DiMarco, Esq., to Steven E. Ayres, Esq., Re: enclosed 7/2/98 Petition for Removal of Executor, by Richard Albrecht, Esq. |
|   | 7/22/98 Order of Notice and Return, scheduling hearing date for 8/1198; 7/27/98 correspondence from Richard DiMarco, Esq., to Norman Bloom, Re: above Hearing |
| Exhibit No. 350 | 6/19/98 facsimile correspondence from Richard DiMarco, Esq., to Michael Douglas, Esq., Re: draft of brief |
|   | 6/26/98 facsimile responses from Michael Douglas, Esq., to Richard DiMarco, Esq., Re: suggested additions to Motion |
| Exhibit No. 351 | 3/19/98 correspondence from Richard DiMarco, Esq., to Paul Pacifico, Esq., and D. Richard DeSarbo, Esq., Re: Robert and Hillard Bloom |
| Exhibit No. 352 | 3/18/98 facsimile correspondence from Richard DiMarco, Esq., to other counsel, Re: attached documents concerning Tallmadge loan |
|   | 3/17/98 facsimile correspondence from Pamela Bochinski, Esq., to Richard DiMarco, Esq., Re: attached 3/14/98 correspondence with enclosed report of recent actions taken by Executor, disbursement |