|   |   |
|---|---|
|   | checks shown on report, current status of remaining portion of Tallmadge Note |
| Exhibit No. 353 | 12/30/97 facsimile correspondence from Michael Douglas, Esq., to Richard DiMarco, Esq., Re: comments on Bloom Brief |
| Exhibit No. 354 | 8/20/97 facsimile correspondence from Michael Douglas, Esq., to Norman Bloom, Richard DiMarco, Esq., and Richard Albrecht, Esq. |
| Exhibit No. 355 | 10/6/97 facsimile correspondence from Michael Douglas, Esq., to Richard Albrecht, Esq., Re: Tallmadge Bros. Inc. By-Laws |
| Exhibit No. 356 | 11/13/98 Interoffice Memorandum from Richard DiMarco, Esq., to Richard Albrecht, Esq., and Michael Douglas, Esq., Re: attached revised draft of Complaint against Hillard and Robert Bloom (received from Monte Frank) |
| Exhibit No. 357 | 7/27/98 correspondence from Richard DiMarco, Esq., to Norman Bloom, Re: hearing scheduled for 8/11/98 |
| Exhibit No. 358 | Petitioners' response to Executor's Memorandum Re: Motion to Stay Removal |
| Exhibit No. 359 | 11/17/98 facsimile correspondence from Michael Douglas, Esq., to Joseph Tesorire |
| Exhibit No. 360 | 11/4/98 correspondence from Richard DiMarco, Esq., to Peter T. Mott, Esq. |
| Exhibit No. 361 | 4/16/97 Memo from Michael Douglas, Esq., to Richard DiMarco, Esq., Re: response for Paul Pacifico letter |
| Exhibit No. 362 | "Background questions to Robert Bloom being named Executor of his father's estate" |
| Exhibit No. 363 | 12/8/98 facsimile correspondence from Michael Douglas, Esq., to Richard DiMarco, Esq., Re: suggestions |
| Exhibit No. 364 | 12/18/98 facsimile correspondence from Michael Douglas, Esq., to Richard Albrecht, Esq. |
| Exhibit No. 365 | 12/29/98 correspondence from Steven E. Ayres, Esq., to Peter T. Mott, Esq., Re: proposed appraisers |

Exhibit No. 366          7/25/97 facsimile correspondence from Richard DiMarco, Esq., to Michael Douglas, Esq., Re: attached Insert to Bloom Brief

7/25/97 Interoffice Memorandum from Richard DiMarco, Esq., Re: Preliminary Review of Substitute Inventory and Substitute Final Accounting Submitted on 7/18/97

Exhibit No. 367          7/10/97 draft of Complaint against Hillard Bloom

6/19/97 correspondence from Michael Douglas, Esq., to Richard DiMarco, Esq., Re: Claim against Tallmadge

Exhibit No. 368          4/29/97 correspondence from Richard DiMarco, Esq., to Judge John E. Vallerie, Jr., Re: request for scheduling of hearing

Exhibit No. 369          Information on real estate belonging to Norman R. Bloom

Exhibit No. 370          4/17/97 correspondence from Richard DiMarco, Esq., to Paul Pacifico, Esq.

Exhibit No. 371          List of phone numbers; Inventory of corporations

Exhibit No. 372          1/28/99 correspondence from Peter T. Mott, Esq., to other counsel, Re: enclosed proposal of appraiser Michael B. Gold, MAI

**Object: Relevance.  Hearsay.  Authentication**

2/17/99 correspondence from Peter T. Mott, Esq., to other counsel

**Object: Relevance.  Hearsay.  Authentication**

2/22/99 correspondence from Pamela Bochinski, Esq., to Peter T. Mott, Esq., Re: Michael Gold as appraiser

**Object: Relevance.  Hearsay.  Authentication**

Exhibit No. 373          6/6/00 correspondence from Richard DiMarco, Esq., to Richard Zeisler, Esq., Re: recent settlement inquiries

1/26/99 Interoffice Memorandum from Richard DiMarco, Esq., to Joe Tessoriere, Re: Bloom Bros.

Exhibit No. 374          3/11/98 facsimile correspondence from Michael Douglas, Esq., to Richard Albrecht, Esq., Re: Bloom Complaint

| | |
|---|---|
| Exhibit No. 375 | 3/8/99 correspondence from Peter T. Mott, Esq., to other counsel, Re: appraisals |

**Object: Relevance.  Hearsay.  Authentication**

| | |
|---|---|
| | 2/5/99 correspondence from Richard DiMarco, Esq., to Pamela Bochinski, Esq. |
| Exhibit No. 376 | 4/21/99 Interoffice Memorandum from Richard DiMarco, Esq., to Richard Albrecht, Esq., and Michael Douglas, Esq., Re: attached draft of Reasons of Appeal |
| Exhibit No. 377 | 5/20/99 Memo from Michael Douglas, Esq., to Richard DiMarco, Esq., Re: Bloom Trust Agreement |
| Exhibit No. 378 | 5/24/99 facsimile correspondence from Richard DiMarco, Esq., to Michael Douglas, Esq., Re: attached Shareholders Agreement |
| Exhibit No. 379 | 5/15/99 Memo from Michael Douglas, Esq., to Richard DiMarco, Esq., Re: Robert Bloom Agreement |
| Exhibit No. 380 | 5/14/99 and 5/28/99 drafts of Shareholders Agreement |
| Exhibit No. 381 | April 1999 Revocable Trust/Family Spray Trust/Life Insurance Trust: Resignation of Independent Trustee |
| | April 1999 Agreement |
| Exhibit No. 382 | 6/1/99 draft of Shareholders Agreement |
| Exhibit No. 383 | 6/15/99 correspondence from Richard Zeisler, Esq., to Michael Douglas, Esq., Re: suggestions for Shareholders Agreement |
| Exhibit No. 384 | 6/16/99 Stated Goals of Norman C. Bloom, Robert W. Bloom & Steven J. Bloom |
| Exhibit No. 385 | 6/23/99 facsimile correspondence from Paul Pacifico, Esq., to Richard Zeisler, Esq., Re: comments on draft agreement proposed on 6/21/99 |
| Exhibit No. 386 | 6/21/99 draft of Shareholders Agreement |
| Exhibit No. 387 | 7/17/99 correspondence from Peter T. Mott, Esq., to other counsel, Re: vacation |
| | Directions to Mark Katz's office |

| | |
|---|---|
| Exhibit No. 388 | 8/17/99 correspondence from Richard DiMarco, Esq., to other counsel, Re: enclosed recent draft of Shareholders Agreement, enclosed first drafts of voting trust agreement and stock pledge agreement |
| Exhibit No. 389 | 8/17/99 drafts of Voting Trust Agreement and Stock Pledge Agreement |
| Exhibit No. 390 | 8/26/99 facsimile correspondence from Richard Zeisler, Esq., to Richard DiMarco, Esq. and Paul Pacifico, Esq., Re: attached Voting and Cooperation Agreement |
| | 8/26/99 facsimile correspondence from Richard Zeisler, Esq., to Richard DiMarco, Esq. and Paul Pacifico, Esq., Re: attached incomplete document |
| | 8/29/99 Interoffice Memorandum from Richard DiMarco, Esq. and Michael Douglas, Esq., to Richard Zeisler, Esq. and Paul Pacifico, Esq., Re: "Bloom Brothers Agreement – Zeisler Redraft 8/25/99" |
| Exhibit No. 391 | 8/29/99 Interoffice Memorandum from Richard DiMarco, Esq. and Michael Douglas, Esq., to Richard Zeisler, Esq. and Paul Pacifico, Esq., Re: "Bloom Brothers Agreement – Zeisler Redraft 8/25/99"; attached 8/29/99 draft of Schedule A |
| Exhibit No. 392 | 8/30/99 facsimile correspondence from Michael Douglas, Esq., to other counsel, Re: "Bloom Brothers Agreement: Additional Comments to Zeisler Redraft" |
| Exhibit No. 393 | 9/22/99 facsimile correspondence from Michael Douglas, Esq., to Richard DiMarco, Esq. and Richard Albrecht, Esq., Re: Goals for Director Meeting |
| Exhibit No. 394 | 9/22/99 facsimile correspondence from Michael Douglas, Esq., to Richard DiMarco, Esq., Re: Hill Complaint |
| Exhibit No. 395 | 9/10/99 facsimile correspondence from Richard DiMarco, Esq., to Peter T. Mott, Esq., Re: payments |
| Exhibit No. 396 | 9/7/99 facsimile correspondence from Richard Zeisler, Esq., to other counsel, Re: Bloom Brothers Agreement |
| Exhibit No. 397 | 10/7/99 correspondence from Peter T. Mott, Esq., to other counsel |

**Object: Relevance. Hearsay. Authentication**

| | |
|---|---|
| Exhibit No. 398 | Facsimile correspondence from Michael Douglas, Esq., to Richard Zeisler, Esq., Re: attached Irrevocable Life Insurance Trust Indenture/Family Spray Trust: Removal of Independent Trustee and Appointment of Successor |
| Exhibit No. 399 | 5/7/99 correspondence from Steven A. Ayres, Esq., to David Metzger, V.P., Trust Department of First County Bank, Re: Trust U/A Norman R. Bloom, f/b/o Steven Bloom |
| Exhibit No. 400 | Correspondence dated April 25, 2002 from Robert A. Slavitt, Esq. to Frederick A. Lovejoy |

**Object: Relevance. Hearsay. Authentication. See also Motion *in Limine*.**

| | |
|---|---|
| Exhibit No. 401 | April 16, 1997 Memo from Michael A. Douglas, Esq. to Richard J. DiMarco, Esq. |
| Exhibit No. 402 | June 19, 1997 letter from Michael A. Douglas, Esq. to Richard J. DiMarco, Esq. |
| Exhibit No. 403 | August 12, 1998 Memo from Michael A. Douglas, Esq. to Richard DiMarco, Esq. |
| Exhibit No. 404 | August 17, 1998 fax from Michael A. Douglas, Esq. to Richard Albrecht |
| Exhibit No. 405 | August 19, 1998 fax from Michael A. Douglas, Esq. to Richard Albrecht |
| Exhibit No. 406 | October 6, 1998 Memo from Michael A. Douglas, Esq. to Richard DiMarco, Esq./Richard Albrecht |
| Exhibit No. 407 | Questions drafted by Michael A. Douglas, Esq. for Robert Bloom deposition |
| Exhibit No. 408 | Divisive Organization Agreement |
| Exhibit No. 409 | Michael A. Douglas, Esq.'s disbursements/expense documents |

5) **PROPOSED WITNESSES:**

55

<u>Norman C. Bloom</u> is expected to testify as to his background, his relationship with Michael A. Douglas, Esq., Cohen & Wolfe, and other law firms that represented him in respect to the Estate of Norman R. Bloom and Tallmadge Brothers, Inc., and the value of shellfish grounds should the Court allow defendant/Third-Party Plaintiff Michael A. Douglas, Esq. to present any evidence on the issue.

<u>Deborah Bloom</u> is expected to testify as to the relationship between Michael A. Douglas, Esq. and Norman C. Bloom and her observations of Michael A. Douglas, Esq. from 1995 to date.

<u>Steven Bloom</u> is expected to testify as to his knowledge of the work performed by Michael A. Douglas, Esq. and his relationship with Norman C. Bloom.

<u>Robert Bloom</u> is expected to testify as to the relationship between Michael A. Douglas, Esq. and Norman C. Bloom and his observations and knowledge of what work Michael A. Douglas, Esq. performed on the behalf of Norman C. Bloom.

<u>Mark Errico</u> is expected to testify as to the relationship entered into between Michael A. Douglas, Esq. and Norman C. Bloom and his observations, <u>et cetera</u>, of the work performed by Michael A. Douglas, Esq.. He will additionally testify as to the legal fees incurred by Norman C. Bloom.

<u>Prof. Dennis Curtis</u> is expected to testify in respect to his opinion that Michael A. Douglas, Esq. engaged in the unauthorized practice of law in the State of Connecticut, and in respect to the propriety of defendant/Third-Party Plaintiff Michael A. Douglas, Esq.'s fees/expense bills. (A photocopy of his Expert Report and Resume are attached hereto)

**Response: Defendant has filed a Motion in Limine related to the permissible scope of Professor Curtis' Expert testimony.**

Capt. David Hopp is expected to testify as to his observations and knowledge of Tallmadge Brothers, Inc., and the issue of the value of shellfish grounds should the Court allow defendant/Third-Party Plaintiff Michael A. Douglas, Esq. to present any evidence on the issue. **Object: To the extent plaintiff proposes to offer Captain Hopp's opinion on the value of shellfish grounds, defendant objects to him as a previously undisclosed expert.**

Reynold Gordon is expected to testify as to his knowledge of the relationship between Norman C. Bloom and Michael A. Douglas, Esq., and the work done by Michael A. Douglas, Esq.

Mario Zangari, Esq. is expected to testify as to the relationship of Norman C. Bloom and Michael A. Douglas, Esq., and his observations as to what work was performed by Michael A. Douglas, Esq. and in what capacity.

Christine Barker, Esq. is expected to testify as to the relationship of Norman C. Bloom and Michael A. Douglas, Esq., and his observations as to what work was performed by Michael A. Douglas, Esq. and in what capacity.

Terry Backer is expected to testify as to her observations as to the relationship between Michael A. Douglas, Esq. and Norman C. Bloom, and the issue of the value of shellfish grounds should the Court allow defendant/Third-Party Plaintiff Michael A. Douglas, Esq. to present any evidence on the issue.

**Object: To the extent plaintiff proposes to offer Backer's opinion on the value of shellfish grounds, defendant objects to him as a previously undisclosed expert.**

<u>Michael Lyons, Esq.</u> is expected to testify in respect to interactions with Michael A. Douglas, Esq. and his observations as to the relationship between Norman C. Bloom and Michael A. Douglas, Esq..

<u>Michael A. Douglas, Esq.</u> will testify as to what services he provided to Norman C. Bloom and the time he spent on each such service, the representation he made to Norman C. Bloom and others.