*FILED*

2005 MAR -8 P 2: 47

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

-------------------------------------------------------------x

NORMAN C. BLOOM,

      Plaintiff,

    v.

MICHAEL A. DOUGLAS,               3:02 CV 00907 (PCD)

      Defendant.

-------------------------------------------------------------x

MICHAEL A. DOUGLAS,

      Third-Party Plaintiff,

    v.

NORMAN R. BLOOM REVOCABLE
TRUST, NORMAN R. BLOOM
FAMILY SPRAY TRUST, and NORMAN
R. BLOOM IRREVOCABLE INSURANCE
TRUST,

      Third-Party Defendants.      March 1, 2005

-------------------------------------------------------------x

### MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 45(c)(3)(A)(iv) of the Federal Rules of Civil Procedure, A.

Reynolds Gordon (the "Applicant") respectfully requests that this Court issue an Order

Law Office of
**A. Reynolds Gordon**
1087 Broad Street
Bridgeport, CT 06604-4262
(203) 335-1183

protecting him from a Subpoena dated February 10, 2005 (the "Subpoena"), which requires him to appear and to give testimony on March 7, 2005, and represents, as follows:

1.    On February 28, 2005, Applicant received the Subpoena (copy attached).

2.    The Applicant first heard about the Court Date on February 15, 2005, as he was about to leave on a ten-day vacation. He was unable to reach counsel before he left that day. He returned after midnight on February 27, 2005.

3.    The Subpoena subjects the Applicant to undue burden in that he has a long-standing colonoscopy scheduled for March 8, 2005, for which he must "prepare" on March 7, 2005, starting at 1:00 p.m.

4.    It is important that the Applicant have the colonoscopy on March 8, 2005 as it has already been postponed twice (and is now overdue by a year) --- the first time in the summer of 2004 when the Applicant had unexpected back surgery to correct a ruptured disc, and the second time in December 2004 when the Connecticut Board of Medical Examiners denied the Applicant's Request to Continue an evidentiary hearing involving one of Applicant's clients.

5.    The Applicant is available on March 9, 2005 and thereafter (except March 15, 2005).

6.    The Applicant expects to have a letter from his doctor by Wednesday, March 2, 2005 or Thursday, March 3, 2005.  The doctor is away February 28, 2005 and March 1, 2005.

WHEREFORE, for all of the aforementioned reasons, the Applicant respectfully requests that this Court enter an Order protecting the Applicant from the Subpoena on March 7 and 8, 2005.

Dated:  March 1, 2005
        Bridgeport, Connecticut

Respectfully submitted,

LAW OFFICE OF A. REYNOLDS GORDON
Attorneys for the Applicant/Witness

By: _____

FRANK A. DENICOLA JR., ESQ.
1087 Broad Street
Bridgeport, Connecticut
Tel.: (203) 335-1183
Fax:  (203) 334-3463
CT-18972

Law Office of
**A. Reynolds Gordon**
1087 Broad Street
Bridgeport, CT 06604-4262
(203) 335-1183

# United States District Court

_____ DISTRICT OF _____ Connecticut _____

NORMAN C. BLOOM,
                Plaintiff,

        v.                                    **SUBPOENA IN A CIVIL CASE**

MICHAEL A. DOUGLAS,
                Defendant.
- - - - - - - - - - - - - - - - - - - - - - -
MICHAEL A. DOUGLAS,
                Third-Party Plaintiff,              3:02CV00907(PCD)

        v.

NORMAN R. BLOOM REVOCABLE TRUST,
NORMAN R. BLOOM FAMILY SPRAY
TRUST, and NORMAN R. BLOOM
IRREVOCABLE INSURANCE TRUST
                Third-Party Defendants.
- - - - - - - - - - - - - - - - - - - - - - -

**TO:**    A. Reynolds Gordon
        1087 Broad Street
        Bridgeport, CT 06604
        (203) 335-1183

☒   YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| 141 Church Street<br>Courtroom #1<br>New Haven, Connecticut  06510 | March 7, 2005<br>10:00 a.m. |

☐   YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☐   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES |  |
|---|---|
|  |  |

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b) (6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| **Attorney for Plaintiff and Third-Party Defendants**<br>Norman C. Bloom and Norman R. Bloom Revocable Trust, Norman R. Bloom<br>Family Spray Trust, and Norman R. Bloom Irrevocable Insurance Trust | February 10, 2005 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

    Frederick A. Lovejoy, Esq.,  LOVEJOY & ASSOCIATES, P.O. Box 56, Easton, Connecticut 06612
    (203) 459-9941,  Telefax (203) 459-9943

## CERTIFICATION

I, Frank A. DeNicola, Jr., hereby certify that, on March 1, 2005, I

caused a copy of the attached Motion For Protective Order to be served by U.S. mail upon:

Frederick Lovejoy, Esq.
Lovejoy & Associates
P.O. Box 56
Easton, CT 06612



FRANK A. DENICOLA, JR.

## SUPPLEMENTAL CERTIFICATION

I, Frank A. DeNicola, Jr., hereby certify that, on March 1, 2005, I

caused a copy of the attached Motion For Protective Order to be served by Facsimile and

U.S. mail upon:

Frederick Lovejoy, Esq.
Lovejoy & Associates
P.O. Box 56
Easton, CT 06612
(Fax No.: 203-459-9943)

Ira B. Grudberg, Esq.
Jacobs, Grudberg, Belt & Dow
350 Orange Street
New Haven, CT 06503-0606
(Fax No.: 203-772-1691)

FRANK A. DENICOLA, JR