AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF

Norman C. Bloom
v.
Michael A. Douglas

Pltf's **EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:02cv907 (PCD)

| PRESIDING JUDGE Peter C. Dorsey | | PLAINTIFF'S ATTORNEY Frederick Lovejoy | | DEFENDANT'S ATTORNEY Ira Grudberg / Joshua Lanning |
|---|---|---|---|---|
| TRIAL DATE(S) | | COURT REPORTER Falcone | | COURTROOM DEPUTY P. Villano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 3/7/05 | | | Christine Barker, N.H., Ct |
| ✓ | | 3/7/05 | | | Mark Errico, So. Norwalk, Ct |
| ✓ | | 3/8/05 | | | Mark Errico |
| ✓ | | 3/8/05 | | | Norman Bloom, Norwalk, Ct |
| ✓ | | 3/9/05 | | | Terrence Backer, Stratford, Ct |
| ✓ | | 3/9/05 | | | Norman Bloom |
| ✓ | | 3/10/05 | | | Norman Bloom |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages