AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF _____

Norman C. Bloom
v.
Michael A. Douglas

PLTF'S EXHIBIT ~~AND WITNESS~~ LIST

CASE NUMBER: 3:02cv907(PCD)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Peter C. Dorsey | Frederick Lovejoy | Ira Grudberg |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 3/7 | Falcone / Sherman | P. Villano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|

See Attached

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages

| | |
|---|---|
| Exhibit No. 1 | Agreement dated June 19, 1995 |
| Exhibit No. 2 | Amendment to Agreement, dated September 29, 1995 |
| Exhibit No. 3 | Second Amendment, dated January 1997 |
| Exhibit No. 4 | Statement for Legal Services from Michael A. Douglas, Esq., Attorney at Law, dated November 20, 1997 — Full - 3/8/05 |
| Exhibit No. 5 | Statement for Legal Services from Michael A. Douglas, Esq., Attorney at Law, dated January 1, 1999 — Full - 3/8/05 |
| Exhibit No. 6 | Statement for Legal Services from Michael A. Douglas, Esq., Attorney at Law, dated February 8, 2000 — Full - 3/8/05 |
| Exhibit No. 7 | Legal Expenses Invoice, dated February 8, 2000 — Full - 3/8/05 |
| Exhibit No. 8 | Invoice for Consultation Fees directed to NRB Corp., dated May 23, 2002 — Full - 3/8/05 |
| Exhibit No. 9 | Reilly Matthews Bononcini letter, dated November 1, 2001 — Full - 3/8/05 |

**Object: Authentication, Relevance**

| | |
|---|---|
| Exhibit No. 10 | Memorandum from Michael A. Douglas, Esq. to Norman C. Bloom, dated December 3, 2001 — Full - 3/9/05 |
| Exhibit No. 11 | Bello Lapine & Cassone LLP letter to Michael A. Douglas, Esq., dated August 10, 2000 |

**Object: Authentication, Relevance**

| | |
|---|---|
| Exhibit No. 12 | Affidavit of Michael A. Douglas, Esq., dated April 13, 2004 |
| Exhibit No. 13 | Letter from Michael A. Douglas, Esq. to Christine Barker, Esq., dated September 17, 2001 — Full - 3/7/05 |
| Exhibit No. 14 | Michael A. Douglas, Esq.'s Summery of Balance claimed to be due by Norman C. Bloom, sent on April 3, 2002 |

**Object: See Motion *in Limine*** 

| | |
|---|---|
| Exhibit No. 15 | Letter from Michael A. Douglas, Esq. to Norman C. Bloom, dated November 23, 2001 |
| Exhibit No. 16 | Defendant Michael A. Douglas, Esq.'s Answers to Interrogatories, dated November 26, 2002 |

8

| | |
|---|---|
| Exhibit No. 398 | Facsimile correspondence from Michael Douglas, Esq., to Richard Zeisler, Esq., Re: attached Irrevocable Life Insurance Trust Indenture/Family Spray Trust: Removal of Independent Trustee and Appointment of Successor |
| Exhibit No. 399 | 5/7/99 correspondence from Steven A. Ayres, Esq., to David Metzger, V.P., Trust Department of First County Bank, Re: Trust U/A Norman R. Bloom, f/b/o Steven Bloom |
| Exhibit No. 400 | Correspondence dated April 25, 2002 from Robert A. Slavitt, Esq. to Frederick A. Lovejoy  — Full - 3/8/05 |

**Object: Relevance. Hearsay. Authentication. <u>See</u> <u>also</u> Motion *in Limine*.**

| | |
|---|---|
| Exhibit No. 401 | April 16, 1997 Memo from Michael A. Douglas, Esq. to Richard J. DiMarco, Esq. |
| Exhibit No. 402 | June 19, 1997 letter from Michael A. Douglas, Esq. to Richard J. DiMarco, Esq. |
| Exhibit No. 403 | August 12, 1998 Memo from Michael A. Douglas, Esq. to Richard DiMarco, Esq. |
| Exhibit No. 404 | August 17, 1998 fax from Michael A. Douglas, Esq. to Richard Albrecht |
| Exhibit No. 405 | August 19, 1998 fax from Michael A. Douglas, Esq. to Richard Albrecht |
| Exhibit No. 406 | October 6, 1998 Memo from Michael A. Douglas, Esq. to Richard DiMarco, Esq./Richard Albrecht |
| Exhibit No. 407 | Questions drafted by Michael A. Douglas, Esq. for Robert Bloom deposition |
| Exhibit No. 408 | Divisive Organization Agreement |
| Exhibit No. 409 | Michael A. Douglas, Esq.'s disbursements/expense documents |

5)   <u>PROPOSED WITNESSES</u>:

Exhibit No.  415    Copy of Lease dated 10/31/03

Exhibit No.  417    Copy of work sheet