AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF

Norman C. Bloom

v.

Michael A. Douglas

Def't's EXHIBIT ~~AND WITNESS~~ LIST

CASE NUMBER: 3:02cv907 (PCD)

| | | | | | |
|---|---|---|---|---|---|
| PRESIDING JUDGE Peter C. Dorsey | | | PLAINTIFF'S ATTORNEY Frederick Lovejoy | | DEFENDANT'S ATTORNEY Ira Grudberg |
| TRIAL DATE(S) 3/7/05 - | | | COURT REPORTER Falcone/Sheman | | COURTROOM DEPUTY P. Villano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |

See Attached

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

i) <u>Perlah v. SEI Corporation</u>, 29 Conn. App. 43, 612 A.2d 806 (1992).

*Disagree. Douglas has not asserted a claim for legal services and is therefore barred for doing so at this late date. In fact, Douglas has contended that he provided no legal services whatsoever. Additionally, all of the legal services Douglas performed occurred in the State of Connecticut or had an effect therein and as such he may not recover for the same. See Section 3(C) above.*

<u>Tust v. Amsel</u> 23 Conn. Supp. 225 (1962), <u>Biller Associates v. Rte 156 Reality Company</u>, 52 Conn. App. 18, 725 A2d 398 (App. CT 1999)

4) **PROPOSED EXHIBITS (DEFENDANT'S LETTERED)**

   A) Douglas Summary of Assets and Value of Estate of Norman R. Bloom

   *Object. Never produced by defendant and as such should be barred as evidence in this matter.*

   B) Summary of Case Created by Norman C./Mark Errico   — Full - 3/7/05

   *No objection.*

   C) Casefile from Tallmadge Brothers v. Bridgeport Redevelopment, et. al. FBT CV-00-0372616   — Full - 3/10/05

   *Objection:  Relevance, never disclosed or produced by Michael A. Douglas.*

   D) Third Amended Agreement   — Full - 3/10/05

   *No objection.*

   E) Douglas correspondence to Joseph Tessoriere (date unknown)

   *Objection:  Relevance, never disclosed or produced by Michael A. Douglas.*

   F) Shareholder's agreement between heirs of NRB

   *Objection:  Relevance.*

25

**G)** Lafayette American Bank Records — Full - 3/9/05

*No objection.*

**H)** Typed Version of Handwritten Time Summaries — Full - 3/9/05

*No objection.*

**I)** Oyster & Hard Clam Market Statistics from DOA Website

*Objection: Relevance.*

**J)** Will of Norman R. Bloom

*Objection: Relevance.*

**K)** Revocable Trust Indenture

*Objection: Relevance.*

**L)** Norman R. Bloom Irrevocable Ins. Trust Indenture

*Objection: Relevance.*

**M)** Norman R. Bloom Family Spray Trust

*Objection: Relevance.*

**N)** 1989 Balance Sheets of Tallmadge Businesses

*Objection: Relevance.*

**O)** Appraisals of Real Property in Estate of Norman R. Bloom

*Objection: Relevance.*

26

**P)** Shellfish Surveys 1991 – 1995    — Full -3\9\05

    *Objection: Relevance.*

**Q)** DiSarbo correspondence to Robert Bloom (1/23/91)    — Full - 3\8\05

    *No objection.*

**R)** Errico correspondence to Holub (7/31/92)    — Full - 3\7\05

    *Objection: Relevance.*

**S)** Errico correspondence to Reichert (8/3/92)    — Full - 3\7\05

    *Objection: Relevance.*

**T)** DeSarbo correspondence to Norman C. Bloom (8/21/92)    — Full - 3\8\05

    *No objection.*

**U)** Coates correspondence to DeSarbo 2/09/1993    — Full - 3\7\05

    *Objection: Relevance.*

**V)** Coates correspondence to Norman C (4/26/93)    — Full - 3\8\05

    *Objection: Relevance.*

**W)** Whitman & Ransom Retainer (4/26/93)

    *Objection: Relevance.*

**X)** Norman C. Bloom correspondence to Robert Bloom (5/7/93)    — Full -3\9\05

    *Objection: Relevance.*

**Y)** Coates correspondence to Reichert (12/13/93)

*Objection: Relevance.*

**Z)** Coates correspondence to Richichi (2/1/94)

*Objection: Relevance.*

**AA)** Slavitt correspondence to Desarbo (3/2/94) — Full – 3/7/05

*No objection.*

**AB)** Coates correspondence to Reichert (3/9/94) — Full – 3/7/05

*Objection: Relevance.*

**AC)** Coates correspondence to Hilliard E. Bloom (3/9/94) — Full – 3/9/05

*Objection: Relevance.*

**AD)** Coates correspondence to Westport Bank & Trust Co. (3/9/94) — Full – 3/9/05

*Objection: Relevance, never disclosed or produced by Michael A. Douglas.*

**AE)** Slavitt correspondence to Richichi (3/23/94) — Full – 3/7/05

*Objection: Relevance, never disclosed or produced by Michael A. Douglas.*

**AF)** Slavitt correspondence to Richichi (3/31/94) — Full – 3/9/05

*Objection: Relevance, never disclosed or produced by Michael A. Douglas.*

**AG)** Bloom correspondence to Connecticut Secretary of State (4/11/94) — Full – 3/9/05

*Objection: Relevance, never disclosed or produced by Michael A. Douglas.*

**AH)** Bloom correspondence to Connecticut Secretary of State (4/11/94) — Full - 3/9/05

*Objection: Relevance, never disclosed or produced by Michael A. Douglas.*

**AI)** Coates correspondence to Reichert (4/21/94) — Full - 3/9/05

*Objection: Relevance.*

**AJ)** Slavitt correspondence to Norman C (8/29/94) — Full - 3/9/05

*Objection: Relevance, never disclosed or produced by Michael A. Douglas.*

**AK)** Slavitt correspondence to Norman C (9/13/94) — Full - 3/9/05

*Objection: Relevance, never disclosed or produced by Michael A. Douglas.*

**AL)** Slavitt correspondence to Norman C (9/26/94) — Full - 3/9/05

*Objection: Relevance, never disclosed or produced by Michael A. Douglas.*

**AM)** Slavitt correspondence to Richichi (10/3/94) — Full - 3/9/05

*Objection: Relevance, never disclosed or produced by Michael A. Douglas.*

**AN)** Aquaculture Report (1/4/95)

*Objection: Relevance.*

**AO)** Diviney correspondence to DeSarbo 4/4/1995

*Objection: Relevance.*

**AP)** Agreement (6/19/95) — Full - 3/9/05

*No objection.*

29

**AQ)** Questions for Murphy drafted by Douglas (**7/??/95**)

*No objection.*

**AR)** Errico correspondence to Gallagher(7/19/95) — Full - 3|9|05

*Objection: Relevance.*

**AS)** Errico correspondence to Diviney (7/19/95) — Full - 3|9|05

*Objection: Relevance.*

**AT)** Douglas Time Records Signed by Norman Bloom — Full - 3|9|05

*Objection: Relevance.*

**AU)** Gallagher correspondence to Reichert (8/1/95) — Full - 3|9|05

*Objection: Relevance.*

**AV)** Errico correspondence to Gallagher (9/8/95) Full - 3|9|05

*Objection: Relevance.*

**AW)** Errico correspondence to Murphy (9/22/95) — Full - 3|8|05

*Objection: Relevance, never disclosed or produced by Michael A. Douglas.*

**AX)** Amendment to Agreement (9/29/95) — Full - 3|9|05

*No objection.*

**AY)** Norman C correspondence to Diviney (10/10/95) — Full - 3|8|05

*Objection: Relevance.*

30

**AZ)** Cadre correspondence to Douglas (10/24/95)

*Objection: Relevance, never disclosed or produced by Michael A. Douglas.*

**BA)** Bill submitted by Douglas to Bloom for $10,000

*No objection.*

**BB)** Diviney Draft Summary (2/5/96)

*Objection: Relevance, never disclosed or produced by Michael A. Douglas.*

**BC)** Douglas correspondence to DiMarco (3/14/96)

*No objection.*

**BD)** Cohen&Wolf Retainer Agreement (3/27/96) — Full - 3/7/05

*No objection.*

**BE)** Diviney correspondence to DiMarco (4/10/96)

*Objection: Relevance.*

**BF)** DeSarbo correspondence to DiMarco (5/28/1996)

*Objection: Relevance.*

**BG)** Desarbo correspondence to DiMarco (8/27/96)

*Objection: Relevance.*

**BH)** Objection to Final Accounting (9/4/96)

*Objection: Relevance.*

31

**BI)** Diviney correspondence to Albrecht(9/6/96)

*Objection: Relevance, never disclosed or produced by Michael A. Douglas.*

**BJ)** Douglas' Suggested Questions for Robert Bloom (12/?/96)

*No objection.*

**BK)** Second Amendment to Agreement (1/??/97)

*No objection.*

**BL)** DiMarco correspondence to Lamere (1/3/97)

*Objection: Relevance.*

**BM)** Draft Complaint (7/10/97)

*Objection: Relevance.*

**BN)** Inventory of Estate of Norman R. Bloom (7/17/97)

*Objection: Relevance.*

**BO)** Douglas correspondence to DiMarco (8/12/97)

*No objection.*

**BP)** Douglas correspondence to DiMarco(8/20/97)

*No objection.*

**BQ)** Douglas correspondence to DiMarco (9/4/97)

*No objection.*

**BR)**  Draft Objection to Inventory/Accounting (10/20/1997)

   *Objection:  Relevance.*

**BS)**  Douglas Billing Statements 11/20/97 to February 25, 2001

   *No objection.*

**BT)**  Douglas correspondence to DiMarco(12/30/97)

   *No objection.*

**BU)**  Draft Objection to Inventory/Accounting (1/6/1997)

   *Objection:  Relevance, never disclosed or produced by Michael A. Douglas.*

**BV)**  Brief of Steven Bloom re: Final Accounting (1/22/98)

   *Objection:  Relevance.*

**BW)**  Objection to Inventory and Final Accounting (1/23/98)

   *Objection:  Relevance.*

**BX)**  Bochinski correspondence to DiMarco, Ayres, Diviney (3/14/1998)

   *Objection:  Relevance.*

**BY)**  Bochinski correspondence to DiMarco, Ayres, Diviney (3/26/1998)

   *Objection:  Relevance.*

**BZ)**  Draft DiMarco correspondence to Probate Court (3/31/1998)

   *Objection:  Relevance.*

33

**CA)** DiMarco correspondence to Probate Court (4/7/1998)

*Objection: Relevance.*

**CB)** Order re: Objection to Invetory and Final Accounding (5/26/98)

*Objection: Relevance, never disclosed or produced by Michael A. Douglas.*

**CC)** Draft Complaint by Cohen & Wolf faxed to Douglas (6/??/98)

*Objection: Relevance.*

**CD)** Gordon correspondence to Barker (6/7/98)

*Objection: Relevance, never disclosed or produced by Michael A. Douglas.*

**CE)** DiMarco correspondence to Pacifico, Bochinski (6/9/1998)

*Objection: Relevance.*

**CF)** DiMarco correspondence to Pacifico, Bochinski (6/18/1998)

*Objection: Relevance.*

**CG)** Douglas correspondence to DiMarco(6/26/98)

*No objection.*

**CH)** Douglas correspondence to DiMarco(6/26/98)

*No objection.*

**CI)** Draft Petition for Removal (6/26/1998)

*Objection: Relevance.*

**CJ)** DiMarco correspondence to Probate Court (6/30/1998)

34

*Objection: Relevance.*

**CK)** Petition for Removal of Executor (7/2/98)

*Objection: Relevance.*

**CL)** Douglas correspondence to DiMarco, Albrecht (8/11/98)

*No objection.*

**CM)** Douglas correspondence to Dimarco(8/12/98)

*No objection.*

**CN)** Draft Brief on Removal Issue

*Objection: Relevance.*

**CO)** Douglas Memo to Albrecht (8/17/1998)

*No objection.*

**CP)** Draft Brief (8/17/1998)

*Objection: Relevance, never disclosed or produced by Michael A. Douglas.*

**CQ)** Douglas Memo to Albrecht (8/19/1998)

*No objection.*

**CR)** Brief re Opp. to Stay and Supporting Removal (8/20/98)

*Objection: Relevance.*

**CS)** Bochinski Letter to Egan 8/21/98

*Objection: Relevance.*

35

**CT)**  Douglas Memo to Albrecht (8/22/1998)

*No objection.*

**CU)**  Appendix Summary of Real Property (8/25/98)

**CV)**  NormanC Brief re: removal

*Objection: Relevance, never disclosed or produced by Michael A. Douglas.*

**CW)**  Order Removing Robert Bloom (9/4/98)

*Objection: Relevance, never disclosed or produced by Michael A. Douglas.*

**CX)**  DiMarco Letter to Egan (9/14/98)

*Objection: Relevance.*

**CY)**  Douglas correspondence to DiMarco (9/30/98)

*No objection.*

**CZ)**  DiMarco Fax to Douglas (9/30/98)

*No objection.*

**DA)**  DiMarco correspondence to Mott(10/1/98)

*Objection: Relevance.*

**DB)**  Douglas correspondence to DiMarco, Albrecht(10/6/98)

*No objection.*

**DC)**  Mott correspondence to Bochinski, Ayres, Douglas, Pacifico, DeMarco (11/2/98)

*No objection.*

36

**DD)** DiMarco Letter to Motte (11/5/98)

*Objection: Relevance, never disclosed or produced by Michael A. Douglas.*

**DE)** DiMrco Draft Memo to Richidi (11/15/98)

*Objection: Relevance.*

**DF)** Mott letter re: Outstanding Estate Issues (12/7/98)

*No objection.*

**DG)** Douglas correspondence to DiMarco(12/8/98)

*No objection.*

**DH)** Douglas correspondence to Albrecht(12/18/98)

*No objection.*

**DI)** Douglas correspondence to Albrecht(3/11/99)

*Objection: Relevance, never disclosed or produced by Michael A. Douglas.*

**DJ)** Douglas correspondence to DiMarco(5/15/99)

*No objection.*

**DK)** Douglas correspondence to Albrecht(5/20/99)

*Objection: Relevance, never disclosed or produced by Michael A. Douglas.*

**DL)** DiMarco correspondence to Douglas(5/24/99)

*No objection.*

37

**DM)** Draft Shareholder's Agreement(5/28/99)

*Objection: Relevance.*

**DN)** Ambler Estate documents related to Oyster Bed Sale to Norman C. Bloom

*Objection: Relevance, never disclosed or produced by Michael A. Douglas.*

**DO)** Zeisler correspondence to Douglas(6/15/99)

*No objection.*

**DP)** Douglas correspondence to DiMarco-Albrecht (7/31/99)

*No objection.*

**DQ)** Divinney - Billing Statement (8/3/99)

*Objection: Relevance, never disclosed or produced by Michael A. Douglas.*

**DR)** Douglas correspondence to Zeisler-Pacifico-Albrecht-DiMarco(8/30/99)

*No objection.*

**DS)** Mott correspondence to Probate Court (9/8/99)

*Objection: Relevance.*

**DT)** Douglas correspondence to DiMarco-Albrecht(9/22/99)

*No objection.*

**DU)** Douglas correspondence to DiMarco(9/22/99)

*No objection.*

**DV)** Douglas correspondence to Albrecht-DiMarco (11/22/99)

*No objection.*

38

**DW)** Cohen&Wolf Legal Intraoffice Legal Memorandum (12/14/99)

  *Objection:  Relevance.*

**DX)** CRS Summary of Tallmadge Assets (12/23/99)

  *Objection:  Relevance.*

**DY)** Memo from Corporation Renewal Services, Inc. Re: Tallmadge Brothers, Inc. financial matters (2/7/00)

  *Objection:  Relevance.*

**DZ)** Douglas correspondence to Zeisler (2/14/00)

  *No objection.*

**EA)** Corporation Renewal Services review of Tallmadge financial information (2/28/00)

  *Objection:  Relevance.*

**EB)** DiMarco correspondence to Douglas (5/18/00)

  *No objection.*

**EC)** Douglas correspondence to Albrecht, DiMarco, Zeisler, Pacifico (5/22/00)

  *No objection.*

**ED)** Douglas correspondence to Albrecht, DiMarco, Zeisler, Pacifico (5/22/00)

  *No objection.*

**EE)** DiMarco correspondence to Norman C. (6/12/00) — Full - 3|10|05

  *Objection:  Relevance, never disclosed or produced by Michael A. Douglas.*

**EF)** Douglas correspondence to DiMarco (6/19/00)

*No objection.*

**EG)** DiMarco correspondence to Norman C (6/30/00)

*Objection: Relevance, never disclosed or produced by Michael A. Douglas.*

**EH)** CRS Real Estate Appraisals (7/28/00)

*Objection: Relevance, never disclosed or produced by Michael A. Douglas.*

**EI)** Douglas correspondence to DiMarco (8/18/00)

*No objection.*

**EJ)** Douglas correspondence to Errico (9/18/00)

*Objection: Relevance, never disclosed or produced by Michael A. Douglas.*

**EK)** Douglas correspondence to DiMarco (9/23/00)

*Objection: Relevance, never disclosed or produced by Michael A. Douglas.*

**EL)** Connecticut Department of Agriculture Press Release (11/13/01)

*Objection: Relevance, never disclosed or produced by Michael A. Douglas.*

**EM)** Mutual Distribution Agreement (12/8/00)

*Objection: Relevance.*

**EN)** Douglas correspondence to Albrecht (12/19/00)

*No objection.*

**EO)** Gordon Retainer (12/22/00)

40

*Objection: Relevance.*

**EP)** Mutual Distribution Agreement (1/9/01)

    *Objection: Relevance, never disclosed or produced by Michael A. Douglas.*

**EQ)** Transenergie Settlement (1/9/01)  — FUll – 3|8|05

    *Objection: Relevance, never disclosed or produced by Michael A. Douglas.*

**ER)** Douglas correspondence to Gordon (1/12/01)

    *No objection.*

**ES)** Order of Judge Egan Approving Final Distribution (2/27/01)

    *Objection: Relevance, never disclosed or produced by Michael A. Douglas.*

**ET)** Douglas correspondence to Norman C (3/5/01)

    *No objection.*

**EU)** Douglas correspondence to Norman C, Steven (3/7/01)

    *No objection.*

**EV)** Tallmadge Board of Directors Minutes (3/20/01)

    *Objection: Relevance.*

**EW)** Gordon correspondence to Wirth (3/22/01)

    *Objection: Relevance, never disclosed or produced by Michael A. Douglas.*

**EX)** Tallmadge BOD Minutes (4/3/01)

    *Objection: Relevance.*

**EY)**  Gordon correspondence to Attorneys and Others (4/5/01)

*Objection: Relevance.*

**EZ)**  Zangari correspondence to Lapine, Douglas (4/18/01)

*No objection.*

**FA)**  Complaint re: Injunction (04/20/04)

*Objection: Relevance, never disclosed or produced by Michael A. Douglas.*

**FB)**  Douglas correspondence to Gordon (4/22/01)

*No objection.*

**FC)**  DiMarco correspondence to Lapine (5/7/01)

*Objection: Relevance.*

**FD)**  Douglas correspondence to Zangari (5/18/01)

*No objection.*

**FE)**  Douglas correspondence to DiMarco (5/18/01)

*No objection.*

**FF)**  Douglas correspondence to Norman C (5/23/01)
*No objection.*

**FG)**  Douglas correspondence to Gordon (5/29/01)

*No objection.*

**FH)**  Gordon correspondence to Barker (6/7/01)

*Objection: Relevance.*

42

**FI)** Douglas correspondence to Zangari (6/12/01)

*No objection.*

**FJ)** Douglas correspondence to Barker (6/13/01)

*No objection.*

**FK)** Injunction Order (6/29/01)

*Objection: Relevance.*

**FL)** Gordon correspondence to Barker (7/3/01)

*Objection: Relevance.*

**FM)** Barker correspondence to Attorneys and Others (7/6/01)

*No objection.*

**FN)** Divisive Reorganization Agreement (7/26/01) — Full - 3\10\05

*No objection.*

**FO)** Gordon correspondence to Tallmadge (8/14/01) — Full - 3\7\05

*Objection: Relevance, never disclosed or produced by Michael A. Douglas.*

**FP)** Cohen&Wolf Bills (8/20/01)

*Objection: Relevance, never disclosed or produced by Michael A. Douglas.*

**FQ)** DiMarco correspondence to Norman C (8/23/01)

*No objection.*

43

**FR)** Douglas Letter to Barker (9/17/01)

    *No objection.*

**FS)** Barker correspondence to Attorneys and Others (10/2/01) — Full – 3/7/05

    *Objection: Relevance.*

**FT)** Douglas correspondence to NormanC, Errico (11/20/01) — Full – 3/10/05

    *No objection.*

**FU)** DiMarco correspondence to Douglas (11/21/01)

    *Objection:  Relevance, never disclosed or produced by Michael A. Douglas.*

**FV)** Douglas correspondence to Norman C (11/23/01)

    *No objection.*

**FW)** Douglas correspondence to Norman C (12/3/01)

    *No objection.*

**FX)** Douglas correspondence to Pacifico (1/20/02)

    *No objection.*

**FY)** Douglas Fax to Zangari (3/15/02)

    *No objection.*

**FZ)** Douglas correspondence to Norman C (3/15/02)

    *No objection.*

**GA)** Barker correspondence to Attorneys and Others (4/12/02)

    *No objection.*

**GB)** Barker correspondence to Attorneys and Others (4/16/02)

*No objection.*

**GC)** Barker correspondence to Attorneys and Others (4/17/02)

*No objection.*

**GD)** Article: Benefit of Connecticut Oyster Farming Industry

*Objection: Relevance.*

**GE)** Douglas Times Summaries for work performed

*Objection: Relevance, never disclosed or produced by Michael A. Douglas.*

## 5) PROPOSED WITNESSES

**A) Michael A. Douglas** is expected to testify to his background; the circumstances under which he met Norman C. Bloom; the agreements reached between the parties; the work he performed pursuant to those agreements; the value of that work; the representations made by Norman C. Bloom during the course of their relationship; the work performed by attorneys involved in the case.

*Disagree. Douglas' testimony is subject to a Motion in Limine to Preclude. Additionally, to the extent defendant will attempt to offer expert testimony, plaintiff objects because no disclosure concerning the same has been timely made by Douglas.*

**B) Richard DiMarco** is expected to testify regarding his representation of Norman C. Bloom related to the resolution of his father's estate; the negotiation and execution of the Divisive Reorganization agreement; the division of labor between Cohen and Wolf, P.C. and Michael A. Douglas; his observations of

45