UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

NORMAN C. BLOOM,

    Plaintiff,

-vs-                                      CIVIL NO. 3:02CV907 (PCD)

MICHAEL A. DOUGLAS, ET AL.

    Defendants.

## STIPULATION OF DISMISSAL

The parties hereby stipulate to the dismissal of this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated at New Haven, Connecticut, this 10th day of March, 2005.

_____
Frederick A. Lovejoy, Esq. (CT 03121)
Attorney for Plaintiff

_____
Ira B. Grudberg, Esq.
Attorney for Defendants and Third-Party Defendants