**ORDER**

*United States District Court*
*District of Connecticut*
*FILED AT NEW HAVEN*
*March 10, 2005*
*Kevin F. Rowe, Clerk*
*By: P. Villano, Deputy Clerk*

The case, having been reported settled and the parties having stipulated to its dismissal, the case is dismissed with prejudice, reserving to each party the right to reopen the case for the purpose of enforcing the settlement provided a request to reopen is filed not later than thirty (30) days from the date of this Order. The court will retain jurisdiction for the purpose of any such request.

SO ORDERED.

Dated at New Haven, Connecticut, this 10th day of March, 2005.

Peter C. Dorsey, U.S. District Judge
United States District Court