UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Norman C. BLOOM : | |
|    Plaintiff, : | |
| : | |
|       -vs- : | Civil No. 3:02cv907  (PCD) |
| : | |
| Michael A. DOUGLAS, : | |
|    Defendant and Third Party Plaintiff, : | |
| : | |
|       -vs- : | |
| : | |
| Norman C. BLOOM, NORMAN R. : | |
| BLOOM REVOCABLE TRUST, : | |
| NORMAN R. BLOOM FAMILY SPRAY : | |
| TRUST, and NORMAN R. BLOOM : | |
| IRREVOCABLE INSURANCE TRUST : | |
|    Third Party Defendants. : | |

**RULING ON DEFENDANT'S AND THIRD PARTY PLAINTIFF'S MOTION FOR DEFAULT FOR PLAINTIFF'S AND THIRD PARTY DEFENDANT'S FAILURE TO COMPLY WITH THE COURT'S TRIAL PREPARATION ORDER DATED NOVEMBER 10, 2004**

     Defendant/Third Party Plaintiff ("Defendant"), Michael Douglas, moves [Doc. No. 119] for default against Plaintiff, Norman C. Bloom, and Third Party Defendants Norman R. Bloom Revocable Trust, Norman R. Bloom Family Spray Trust, and Norman R. Bloom Irrevocable Insurance Trust ("Plaintiff"), for failing to comply with this Court's Trial Preparation Order [Doc. No. 93].  Defendant's motion is **denied**, for the reasons stated on the record in open court.

     _____SO ORDERED.

     Dated at New Haven, Connecticut, March __8__, 2005.

                /s/
_____

Peter C. Dorsey
United States District Judge