UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Norman C. BLOOM | : | |
|     Plaintiff, | : | |
| | : | |
|     -vs- | : | Civil No. 3:02cv907  (PCD) |
| | : | |
| Michael A. DOUGLAS, | : | |
|     Defendant and Third Party Plaintiff, | : | |
| | : | |
|     -vs- | : | |
| | : | |
| NORMAN R. BLOOM REVOCABLE TRUST, NORMAN R. BLOOM FAMILY SPRAY TRUST, and NORMAN R. BLOOM IRREVOCABLE INSURANCE TRUST | : | |
|     Third Party Defendants. | : | |

## RULING ON PLAINTIFF'S AND THIRD-PARTY DEFENDANTS' MOTIONS IN LIMINE

    Plaintiff, Norman C. Bloom, and Third Party Defendants Norman R. Bloom Revocable Trust, Norman R. Bloom Family Spray Trust, and Norman R. Bloom Irrevocable Insurance Trust ("Plaintiff"), move [Doc. No. 101] for an order in support of their motion in limine: (1) to strike the affirmative defenses and counterclaim of defendant and third-party plaintiff, Michael A. Douglas, Esq., and/or to preclude the testimony of Douglas at trial for failing to appear, without justifiable excuse, for properly noticed depositions; (2) to preclude the testimony at trial of Sid M. Miller, Esq., the attorney delinquently disclosed as an expert witness by Defendant; (3) to strike the counterclaims and defenses and/or preclude the testimony of Defendant for failing to serve a damage analysis as required by the Report of Parties Planning Meeting, paragraph E(9), which was approved and adopted as an order of this Court; and (4) for the court reporter's fees

due to the belated cancellation by Defendant of four scheduled depositions. For the reasons stated on the record in open court, the motion is **granted in part** and **denied in part**.

SO ORDERED.

Dated at New Haven, Connecticut, March  8 , 2005.

/s/

Peter C. Dorsey
United States District Judge