UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Norman C. BLOOM : | |
|    Plaintiff, : | |
| : | |
|      -vs- : | Civil No. 3:02cv907  (PCD) |
| : | |
| Michael A. DOUGLAS, : | |
|    Defendant and Third Party Plaintiff, : | |
| : | |
|      -vs- : | |
| : | |
| Norman C. BLOOM, NORMAN R. : | |
| BLOOM REVOCABLE TRUST, : | |
| NORMAN R. BLOOM FAMILY SPRAY : | |
| TRUST, and NORMAN R. BLOOM : | |
| IRREVOCABLE INSURANCE TRUST : | |
|    Third Party Defendants. : | |

**RULING ON DEFENDANT'S MOTION *IN LIMINE* TO PRECLUDE EVIDENCE RELATING TO OFFERS OF SETTLEMENT OR COMPROMISE**

Defendant/Third Party Plaintiff ("Defendant"), Michael Douglas, moves [Doc. No. 118], *in limine*, to preclude evidence proposed by the Plaintiff and Third Party Defendants that relates to offers of compromise or settlement. Defendant's motion is **granted in part**, for the reasons stated on the record in open court.

    SO ORDERED.

Dated at New Haven, Connecticut, March  9 , 2005.

                                                              /s/

                                                 Peter C. Dorsey
                                     United States District Judge