# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

Norman C. BLOOM      :
   Plaintiff,      :
           :
    -vs-      :  Civil No. 3:02cv907  (PCD)
           :
Michael A. DOUGLAS,    :
   Defendant and Third Party Plaintiff,  :
           :
    -vs-      :
           :
Norman C. BLOOM, NORMAN R.  :
BLOOM REVOCABLE TRUST,   :
NORMAN R. BLOOM FAMILY SPRAY  :
TRUST, and NORMAN R. BLOOM  :
IRREVOCABLE INSURANCE TRUST :
   Third Party Defendants.   :

## <u>RULING ON DEFENDANT'S MOTION *IN LIMINE* TO LIMIT THE SCOPE OF EXPERT TESTIMONY</u>

   Defendant/Third Party Plaintiff ("Defendant"), Michael Douglas, moves [Doc. No. 117],

*in limine*, to limit the scope of expert testimony at trial.  Defendant's motion is **granted in part**,

for the reasons stated on the record in open court.

   SO ORDERED.

   Dated at New Haven, Connecticut, March  9 , 2005.

             /s/

            Peter C. Dorsey
          United States District Judge