# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Norman C. BLOOM | : | |
| Plaintiff, | : | |
| | : | |
| -vs- | : | Civil No. 3:02cv907  (PCD) |
| | : | |
| Michael A. DOUGLAS, | : | |
| Defendant and Third Party Plaintiff, | : | |
| | : | |
| -vs- | : | |
| | : | |
| Norman C. BLOOM, NORMAN R. | : | |
| BLOOM REVOCABLE TRUST, | : | |
| NORMAN R. BLOOM FAMILY SPRAY | : | |
| TRUST, and NORMAN R. BLOOM | : | |
| IRREVOCABLE INSURANCE TRUST | : | |
| Third Party Defendants. | : | |

## RULING ON PLAINTIFF/THIRD PARTY DEFENDANT'S MOTION FOR MODIFICATION OF THE COURT'S SCHEDULING ORDER

Plaintiff//Third Party Defendant ("Plaintiff"), Norman C. Bloom, moves [Doc. No. 126],

pursuant to Rule 45(c)(3)(A)(iv) of the Federal Rules of Civil Procedure, for an order protecting

A. Reynolds Gordon ("the Applicant") from a subpoena dated February 10, 2005 ("the

Subpoena"), which requires him to appear and give testimony on March 7, 2005.  Plaintiff

requests, as a result of a pre-existing medical appointment, that the Applicant be permitted to

appear no earlier than March 9, 2005.

Because he has demonstrated that requiring the Applicant to appear on March 7 and 8,

2005, would result in an undue burden, Plaintiff's motion is **granted**.  Plaintiff shall be made

available on March 9, 2005 and thereafter.

_____SO ORDERED.

Dated at New Haven, Connecticut, March  9 , 2005.


_____ /s/ _____

Peter C. Dorsey
United States District Judge